**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | Nos. 01-46C, 01-251C, 01-416C |
| | ) | (Judge Allegra) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATEMENT**

The parties propose that they proceed in the following manner:

1. Cuyahoga Metropolitan Housing Authority ("CMHA") will file a motion for summary judgment requesting the Court to rule on the applicable measure(s) of damages: i.e., expectancy, reliance and/or restitution. In connection with its request for expectancy damages, CMHA will include in its motion a request that the Court determine the calculation formula for the application of automatic annual adjustment factors and the calculation formula for the limitation provision, namely, how comparable unassisted unit rentals, the initial difference and material differences are to be utilized to calculate the limitation. In the case of "material difference," the Court will be requested to determine whether 20%, or some other benchmark, is the appropriate measure of material difference. The Government will file a response and cross-motion on the same issues, including the issue of whether a material difference

exists where the proposed adjustment exceeds the sum of comparable, unassisted rents and the initial difference. CMHA may respond to the cross motion and reply to the Government's response to CMHA's motion. The Government may reply to CMHA's response to the Government's motion.

2. After the Court rules on the above, the parties would attempt to calculate and agree upon the damages and, if they are unable to do so because of factual disputes, the parties will request trial on the disputed issues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinus & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

Attorney for Plaintiff

Of counsel:
Lessie Milton Jones
Vark J. Valponi
Heather L. Tonsing

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0290
Facsimile: (202) 514-8624

Attorneys for Defendant