**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | Nos. 01-46C, 01-251C, 01-416C |
| | ) | (Judge Allegra) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of three days to file its answer to plaintiff's amended complaint in case number 01-416C. If granted, the enlargement would enlarge the time for filing from October 14, 2003 (the date that the Government believes an answer is due, if at all), until October 17, 2003. Counsel for the Government has conferred with plaintiff's counsel by telephone regarding this request, and has been authorized to represent that plaintiff does not object to the enlargement.

The Government seeks an enlargement because it did not receive a copy of the amended complaint until October 7, 2003, when a hard copy (as opposed to an electronic version) arrived by mail, and never received a copy of the amended complaint through the Court's electronic filing system. Counsel for the Government believes that it did not receive electronic notice because the electronic filing was made not through the "lead" case number in

this action, 01-46C, but through one of the other case numbers, 01-416C, that have been consolidated with 01-46C. Counsel for the Government filed a notice of appearance in case 01-46C, and has been advised by the Clerk's office that all filings in this consolidated case should be made through 01-46C (even if they relate solely to one of the actions that have been consolidated with 01-46C). To the best of the Government's knowledge, neither current trial counsel nor predecessor trial counsel (who was substituted for on the date plaintiff filed the amended complaint) received electronic notification that the amended complaint had been filed.

To the extent service was properly effected at all, the Government believes that it was not accomplished until September 29, 2003, when a copy was sent by mail. Pursuant to RCFC 6(a), 6(e) and 15(a), the Government's response would not be due until October 14, 2003. Because the amended complaint did not reach counsel of record for the Government until October 8, 2003, and because he was at a deposition all day October 9, the Government requests an additional three days, to and including October 17, to respond to the amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0290
Facsimile: (202) 514-8624

Attorneys for Defendant