# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: October 20, 2003)

---

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Pursuant to the joint status report filed by the parties on October 10, 2003, plaintiff shall file its motion for summary judgement on or before December 19, 2003. Subsequent cross-motions and replies shall be filed according to CFCR 7.1.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge