# APPENDIX 2

U. S. Department of Justice

Civil Division

Tele: (202) 307-0290

HDL:APAverbach
DJ No. 154-01-46

*Washington, D.C. 20530*

November 20, 2003

Via Facsimile and First Class Mail
Fred J. Livingstone, Esq.
Taft, Stettinius & Hollister LLP
3500 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2302

Re: Cuyahoga Metropolitan Housing Authority v. United States, Fed. Cl. No. 01-46C

Dear Mr Livingstone:

Our responses to your requests for admission sent by e-mail on October 21, 2003 are set forth below.

**Request for Admission No. 1**: Admit that there was a 1986 Memorandum issued to its field offices or other offices whose responsibility it is to process or supervise the processing of automatic annual adjustments in contract rent which states that "a material difference exists whenever the adjusted Section 8 rent would exceed 120 percent times the sum of the comparable rent and the initial difference." ("1986 Memorandum")

Defendant admits that such a memorandum was issued, but avers that the memorandum contains other statements that must be considered in interpreting the meaning of the document as a whole.

**Request for Admission No. 2:** Admit that no other issuance to its field offices or other offices whose responsibility it is to process or supervise the processing of automatic annual adjustments in contract rent since the issuance of the 1986 Memorandum to the end of the time periods involved in the within cases, has both used the term "material difference" and provided any other percentage or method of determining such material difference.

Defendant is currently unaware of any such issuances, other than Notice 95-12 (which, as defendant explained in its summary judgment papers, effectively redefined the term "material difference"). However, it is continuing to make inquiries among HUD personnel as to the existence of such an issuance, and will promptly supplement its response in the event such an issuance is located.

Very truly yours,

ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch