# APPENDIX 3

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CUYAHOGA METROPOLITAN HOUSING AUTHORITY,** | ) | **CONSOLIDATED CASE NOS. 01-46C, 01-251C AND 01-416C** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE ALLEGRA** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **ORDER GRANTING SUMMARY JUDGMENT** |
| | ) | |
| **Defendant.** | ) | |

This Court grants the motion for summary judgment of Plaintiff Cuyahoga Metropolitan Housing Authority ("CMHA") on the issue of damages and orders the parties to calculate Plaintiff's damages as follows:

1. For each year, initially adjust the Contract Rent by the AAAF factor published for units with turnover.

2. Thereafter, calculate the Overall Limitation by multiplying the sum of Comparable Rent and the Initial Difference by 120 percent.

3. Thereafter, set the amount calculated in item 1 as the Contract Rent unless it exceeds the amount calculated in item 2 in which event the latter amount shall be the Contract Rent.

4. Thereafter, the amounts paid by HUD for all years in question for the three projects shall be subtracted from the totals derived by application of the above principles to arrive at the expectancy damage amount. To the extent that the agreed but unpaid sum for the 1995 Contract Rent adjustment for Quarrytown is not covered by the above, it shall be taken into account.

5. CMHA's costs in obtaining Comparable Rent Studies shall constitute its restitution damages.

Date:____________________

______________________________________
Judge

K0130616.2

**CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion for Summary Judgment and Memorandum of Authority for Motion for Summary Judgment was filed electronically with the Court on December 3, 2003, with notice of this filing being sent to all parties by operation of the Court's electronic filing system.

______________________________
Fred J. Livingstone