# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: December 15, 2003)

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On December 11, 2003, plaintiff filed its motion for summary judgment but did not include its proposed findings of uncontroverted fact as required by RCFC 56(h). On or before January 9, 2004, plaintiff shall file its proposed findings of uncontroverted facts. After that date, subsequent cross-motions and replies shall be filed in accordance with the timing provisions of RCFC 7.1, with defendant's first filing date to run from January 9, 2004.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge