**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CUYAHOGA METROPOLITAN HOUSING AUTHORITY,** | ) | **CONSOLIDATED CASE NOS. 01-46C, 01-251C AND 01-416C** |
| **Plaintiff,** | ) | **JUDGE ALLEGRA** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **PLAINTIFF'S SECOND PROPOSED FINDINGS OF UNCONTROVERTED FACT** |
| **Defendant.** | ) | |

Pursuant to the provisions of Rule 56(d)(1) of the Rules of the Unites States Court of Federal Claims (RCFC) and the December 15, 2003 Order of this Court, Plaintiff, Cuyahoga Metropolitan Housing Authority ("CMHA"), hereby submits its Second Proposed Findings of Uncontroverted Fact.

1. On January 15, 1979, CMHA and the United States Department of Housing and Urban Development ("HUD or Defendant") entered into a housing assistance payment ("HAP") contract for CMHA's Quarrytown Towers Apartments ("Quarrytown HAP Contract"). Defendant agrees.[1/]

2. A true and accurate copy of the Quarrytown HAP Contract with no material differences is attached to the Quarrytown Complaint as Exhibit A. Defendant agrees.

[1/] All statements herein that "Defendant agrees" are based on Defendant's Response to Plaintiff's First Proposed Findings of Uncontroverted Facts.

3. On May 1, 1979, CMHA and HUD entered into a HAP contract for CMHA's Severance Towers Apartments ("Severance HAP Contract"). Defendant agrees.

4. A true and accurate copy of the Severance HAP Contract is attached to the Defendant's Appendix 48. Defendant agrees.

5. On August 15, 1978, CMHA and HUD entered into a HAP contract for CMHA's("Ambleside HAP Contract"). Defendant agrees.

6. A true and accurate copy of the Ambleside HAP Contract is attached to the Ambleside Complaint as Exhibit A. Defendant agrees.

7. Pursuant to the application of the Government's published automatic annual adjustment factors (AAAFs), the Contract Rent for the Quarrytown Towers Apartments ("Quarrytown ") increased from its initial contract rent of $310 in 1979 to $560 in 1994. The Initial Difference for Quarrytown was $62. Defendant agrees.

8. Pursuant to the application of the Government's published AAAFs, the Contract Rent for the Severance Towers Apartments ("Severance") increased from $306 in 1978 to $572 in 1994. The Initial Difference for Severance was $61. Defendant agrees.

9. Pursuant to the application of the Government's published AAAFs, the Contract Rent for the Ambleside Tower Apartments ("Ambleside") increased from $306 in 1978 to $575 in 1994. The Initial Difference for Ambleside was $60. Defendant agrees.

10. Since 1994, the AAAFs published by the Government for the years 1995 through 2001 are as follows:

| Year | Non-Turnover Units | Turnover Units |
|---|---|---|
| 1995 | 1.018 | 1.028 |
| 1996 | 1.008 | 1.018 |
| 1997 | 1.013 | 1.023 |

| | | |
|---|---|---|
| 1998 | 1.020 | 1.030 |
| 1999 | 1.024 | 1.034 |
| 2000 | 1.033 | 1.043 |
| 2001 | 1.003 | 1.013 |

Defendant agrees.

11. Comparable Rents for Quarrytown, Severance and Ambleside for anniversary years 1995-2001 are as follows:

| Year/Project | Quarrytown | Severance | Ambleside |
|---|---|---|---|
| 1995 | n/a | n/a | n/a |
| 1996 | $395 | n/a | n/a |
| 1997 | $405 | $490 | $530 |
| 1998 | $430 | $525 | $570 |
| 1999 | $440 | $550 | $590 |
| 2000 | $470 | $570 | $610 |
| 2001 | n/a | n/a | $620 |

These Comparable Rents are based upon Comparable Rent Surveys for Quarrytown, Severance and Ambleside prepared by Richard Racek of Calabrese, Racek and Markos, Inc., Real Estate Services, attached hereto as Tabs 1, 2 and 3, respectively.

12. Comparable Rents when added to the Initial Difference result in the following sums for Quarrytown, Severance and Ambleside for anniversary years 1995-2001:

| Year/Project | Quarrytown | Severance | Ambleside |
|---|---|---|---|
| 1995 | $447 | n/a | n/a |
| 1996 | $457 | n/a | n/a |
| 1997 | $467 | $551 | $590 |
| 1998 | $492 | $586 | $630 |
| 1999 | $502 | $611 | $650 |

| | | | |
|---|---|---|---|
| 2000 | $532 | $631 | $670 |
| 2001 | n/a | n/a | $680 |

13. For all the years in question, so long as the adjustment of Contract Rents by the AAAF does not exceed 120% of the sum of Comparable Rent plus the Initial Difference, the adjustment does not result in a Material Difference and does not exceed the Overall Limitation in the HAP Contracts. See HUD Memo dated January 14, 1986 attached as Appendix 1 to Plaintiff's Motion for Summary Judgment.

14. The sum of Comparable Rent and the Initial Difference when multiplied by 120% result in the following sums for Quarrytown, Severance and Ambleside for anniversary years 1995-2001.

| Year/Project | Quarrytown | Severance | Ambleside |
|---|---|---|---|
| 1995 | n/a | n/a | n/a |
| 1996 | $**576**[2/] | **$582** | **$585** |
| 1997 | $560[3/] | $661 | $708 |
| 1998 | $590 | $703 | $756 |
| 1999 | $602 | $733 | $780 |
| 2000 | $638 | $757 | $804 |
| 2001 | n/a | n/a | $816 |

15. The sums listed in Proposed Finding 14 constitute the Overall Limitation of Contract Rent pursuant to the HAP Contracts for anniversary years 1996-2001, unless they

2/ Bold figures represent agreed rents.

3/ Lower than previous year figure. See Proposed Finding 15.

are lower than the previous year, in which event the previous year's figure constitutes the Overall Limitation for that year.

16. HUD has agreed to adjust the Contract Rent for Quarrytown for 1995 to $576 and to adjust the Contract Rent for Severance and Ambleside for 1996 to $582 and $585 respectively. CMHA has agreed to accept those rents as a full adjustment for those years. Defendant agrees.[4/]

17. The steps in annually adjusting Contract Rents are:

(a) apply the turnover automatic adjustment factors in Proposed Finding 10 to the agreed Contract Rents for 1995 for Quarrytown and for 1996 for Severance and Ambleside;

(b) determine whether the resulting amount exceeds the corresponding figure in the Table in Proposed Finding 14. If it does not exceed this figure, use the resulting amount; if it does exceed, use the figure from the table in Proposed Finding 14, unless same is less than the figure for the prior year in the table set forth in Proposed Finding 18. In the latter event, use the prior year's figure;

(c) apply the appropriate factor for each next year thereafter to the Contract Rent determined for the prior year.

(d) follow the same procedure as set forth in (b) for amounts calculated in (c).

18. The following table represents the Contract Rents calculated pursuant to the steps set forth in Proposed Finding 17:

| Year/Project | Quarrytown | Severance | Ambleside |
|---|---|---|---|
| 1995 | **$576** | n/a | n/a |

4/ Bold figures represent agreed rents.

| | | | |
|---|---|---|---|
| 1996 | $576 | **$582** | **$585** |
| 1997 | $576 | $595 | $599 |
| 1998 | $590 | $613 | $617 |
| 1999 | $602 | $634 | $638 |
| 2000 | $628 | $661 | $665 |
| 2001 | n/a | n/a | $674 |

19. The amounts in the table in Proposed Finding 17 represent the Contract Rents properly adjusted by the appropriate AAAF, subject to the Overall Limitation that such adjustment will not result in a Material Difference between the adjusted rent and rent for comparable unassisted units plus the Initial Difference. No Contract Rent has been reduced for the years in question.

20. Pursuant to agreement of counsel, HUD has adjusted the Contract Rents to the sums listed below for the following years without prejudice to CMHA's further claims as to those years:

| Year/Project | Quarrytown | Severance | Ambleside |
|---|---|---|---|
| 2000 | n/a | $601 | $604 |
| 2001 | n/a | n/a | $606 |

Respectfully submitted,

/s/ Fred J. Livingstone

Fred J. Livingstone (0009528)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 (facsimile)

Attorney for Plaintiff

Of Counsel:

Mark J. Valponi (0009527)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

LaVerne Nichols Boyd (0009279)
CUYAHOGA METROPOLITAN HOUSING AUTHORITY
1441 West 25th Street
Cleveland, Ohio 44113-3101
(216) 348-5000
(216) 348-4925 (facsimile)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Second Proposed Findings of Uncontroverted Fact was filed electronically with the Court on January 2, 2004, with notice of this filing being sent to all parties by operation of the Court's electronic filing system.

/s/ *Fred J. Livingstone*
Fred J. Livingstone

# HUD RENT SURVEY
OF

Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Presented in a Summary Report

FOR: Cuyahoga Metropolitan Housing Authority
c/o Kelley, McCann & Livingstone, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

BY: Richard G. Racek, MAI
Richard G. Racek, Jr.

AS OF: June 1, 1995
June 1, 1996
June 1, 1997
June 1, 1998
June 1, 1999
June 1, 2000

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

ERIC M. CALABRESE
DWIGHT A. KUMLER, MAI
DOUGLAS C. LEOHR
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR.
DANIEL L. SMITH
DOUGLAS P. SLOAN, MAI
BRIAN J. TOBEY

November 9, 2000

Cuyahoga Metropolitan Housing Authority
c/o Kelley, McCann & Livingstone, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, the appraisers have made a personal inspection, study, and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject property is a180 unit, apartment building that was constructed in 1979. Due to an average maintenance program the overall property is in generally average to fair condition. The improvements include one, 11 story, masonry, elevator apartment building with various site improvements.

The purpose of this HUD Rent Survey is to estimate the market rent for the subject's one bedroom units in their relative condition as of the effective dates of evaluation. The intended use of this summary report is to assist the Cuyahoga Metropolitan Housing Authority in analyzing the rent schedule of the above captioned property for external reporting purposes. Market rent is defined on page 8 of this report.

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1995, is:

**$385 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1996, is:

**$395 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1997, is:

**$405 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1998, is:

**$430 per month**

Cuyahoga Metropolitan Housing Authority
c/o Kelley, McCann & Livingstone, LLP
Cleveland, Ohio 44114-2302  November 9, 2000

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1999, is:

**$440 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 2000, is:

**$470 per month**

At the time of the inspection (November 6, 2000) only two units were vacant. A representative sampling of the units and all of the common areas were inspected. The units inspected were generally in average to fair overall condition. Additionally, the exterior of the property has been adequately maintained and hence it is also in average to fair condition.

It is assumed by the appraisers that the subject property is free and clear of all materials or conditions that are considered hazardous by the Environmental Protection Agency. Should any materials or conditions of this nature be found, the estimated market rent will then be subject to review.

The appraisers state that there is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraisers' final rent conclusions. This rent survey report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market, which should continue to be viable income producing units into the foreseeable future.

Respectfully submitted,

CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

:lc
5522
4694



Typical View of Subject Property



Rear View of Subject Property



Street Scene of West Bagley Road Facing East



Street Scene of West Bagley Road Facing West



Street Scene of Mulberry Street Facing North



Street Scene of Mulberry Street Facing South



Interior View - Community Room



Interior View - Lobby



Typical View of Hallway



Typical View of Sitting Area on Each Floor



Typical View of Living Room



Typical View of Kitchen



Typical View of Bathroom



Typical View of Bedroom

## CERTIFICATE OF VALUE

We hereby certify that we have personally inspected the subject property being appraised, and the comparable properties; that the statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of our knowledge and belief, subject to limiting conditions herein set forth; and that to the best of our knowledge and belief no pertinent information has been overlooked in the appraisal of the following property:

**Quarrytown Apartments**
**55 West Bagley Road**
**Berea, Cuyahoga County, Ohio**

The undersigned hereby certifies that, to the best of our knowledge and belief; except as otherwise noted in this appraisal report:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. We have made a personal inspection of the property that is the subject of this report.
9. No one other than the undersigned prepared the analyses, conclusions, and opinions concerning the real estate that are set forth in this appraisal report.
10. Disclosure of the content of this appraisal report is governed by the by-laws and regulations of the Appraisal Institute.
11. We certify that, to the best of our knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.
12. We certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
13. As of the date of this report, I, Richard G. Racek, have completed the requirements of the continuing education program of the Appraisal Institute.

Respectfully submitted,

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

LIMITING CONDITIONS AND SPECIAL ASSUMPTIONS
(Unless specifically stated otherwise in this report.)

This rent survey covers the property as described within this report. The areas and dimensions as shown herein are assumed to be correct. The information identified in this report as being furnished by others is believed to be reliable, but no responsibility for its accuracy is assumed.

Responsible ownership, competent management, and a marketable title to the property are assumed, and that it is free and clear of all liens and encumbrances, unless otherwise stated. No responsibility is assumed for matters involving legal or title considerations.

The parcel dimensions and sketches in this report are included to assist the reader in visualizing the property. No land survey was ordered or made by the appraisers, and no responsibility is assumed for such matters. Any sketch or identified survey of the property included in this report is only for the purpose of assisting the reader.

The appraisers were not provided with any sub-surface reports in which to determine the stability of the soil, thus it is assumed that the subject soils and conditions are adequate to support the improvements.

No opinion is expressed as to the value of sub-surface oil, gas or mineral rights or whether the property is subject to surface entry for the exploration or removal of such materials.

The measurements of the improvements were taken by the appraisers and/or from architectural drawings furnished by the client. Additional maps and exhibits found in this report are for the readers reference purposes only. No guarantee as to the accuracy is expressed or implied.

The appraisers, by reason of this rent survey, are not required to give testimony or attendance in court, unless arrangements have been previously made therefore.

Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by anyone but the client for whom it was made without the consent of the appraisers and the client.

Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations, news, sales or other media, or publication without the written consent of the authors, particularly as to valuation conclusions, the identity of the appraisers or firm with which we are connected, or reference to any professional organization to which we are associated.

The Americans with Disabilities Act ("ADA") became effective January 26, 1992. No specific compliance survey and analysis of this property has been made to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. As there is no direct evidence relating to this issue, possible non-compliance with the requirements of ADA was not considered in estimating the market rent for the property.

The market rent estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. The appraisers are not expert in the identification of hazardous substances or detrimental environmental conditions. The appraisers' routine inspection of, and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of materials and environmental conditions that are considered hazardous by the environmental protection agency on or around the property that would negatively affect the marketability of the individual units.

**Additional special assumptions incorporated into this analysis are delineated as follows:**

1. **That the real estate is free and clear of any materials or conditions that are considered hazardous by the Environmental Protection Agency. If it should be discovered that such materials or conditions exist, the appraisers reserve the right to revise the final rent conclusion.**

2. **All mechanicals are assumed to be in good working condition.**

3. **Various other assumptions, conditions, and projections as described herein.**

## MARKET RENT DEFINITION

Market rent, according to The Dictionary of Real Estate Appraisal, Third Edition, published by the Appraisal Institute is defined as follows:

> Market Rent: The rental income that a property would most probably command in the open market; indicated by the current rents paid and asked for comparable space as of the date of this appraisal.


Subject
Cleveland
Hopkins
International Airport
NASA
Lewis
Research
Center
Ford
Motor
Co.
BROOK
PARK
OLMSTED
TWP.
OLMSTED FALLS
MIDDLEBURG
HEIGHTS
BEREA
STRONGSVILLE
PARK
Little Met
Golf Course
Mastick
Woods
GC
Springvale
Country
Club
Riverside
Golf
Course
Emerald
Woods
Golf Course
Royal
Crest
Golf Course
Hickory
Nut
Golf
Course
Baldwin
Wallace
College
County
Fairgrounds
Research
Park
Rocky
River
OUTERBELT
BROOKPARK
MAPLE
RIDGE
RD.
LORAIN
MASTICK
CEDAR POINT
SHELDON
BAGLEY
WEST
TURNPIKE
SPRAGUE
WHITNEY
ALBION
SNELL
ROYALTON
WESTWOOD
PEARL
EASTLAND
COLUMBIA
LEWIS
PROSPECT
CLARKE
BOONE
FREEWAY
MEDINA
ENGLE
Great Northern
Shopping Cen.
Subject

# HUD RENT SURVEY
# OF
# A 180 Unit Apartment Building

| | | | |
|---|---|---|---|
| **Owner:** | Cuyahoga Metropolitan Housing Authority | **Map Ref.:** | 21-B-2 |
| **Property Address:** | 55 West Bagley Road | **PPN:** | 364-04-001 to -004 |

**City:** Berea **County:** Cuyahoga **State:** Ohio **Zip Code:** 44017
**SMSA/Census Tract:** 1680/1342.04

**Client:** Cuyahoga Metropolitan Housing Authority, c/o Kelley, McCann & Livingstone, LLP
**Client's Address:** 3500 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2302

**Sales History**

**Current Sale Price:** N/A **Current Sale Date:** N/A
**Previous Sale Date:** No transfer has occurred since 1979
**Property Rights Appraised:** Fee simple, subject to short term leases.
**Purpose of Analysis:** Estimate market rent.
**Intended Use of Appraisal:** External reporting.
**Effective Date of Appraisal:** June 1, 1995, June 1, 1996, June 1, 1997, June 1, 1998, June 1, 1999, June 1, 2000
**Date of Inspection:** November 6, 2000

## EXTENT OF DATA COLLECTION

The first section of this report will include a descriptive analysis of the general and specific neighborhood market area, the site, and improvements. This analysis will ascertain the market in which the subject units exists. The second portion of the report will include the analysis employed to estimate the market rent of the subject units within its market.

The data that was selected in developing this rent survey was considered the most pertinent available. The extent of the data verification was commensurate with what was believed necessary to complete this assignment. This typically included a review of courthouse records, actual documentation that is retained in our files, and an interview with at least one person involved with each comparable property surveyed.

## NEIGHBORHOOD ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Location:** | Suburban | | **Property Values:** | Increasing |
| **Built-up:** | 97% | | **Housing Demand/Supply:** | In Balance |
| **Present Land Use:** | Single Family: | 49% | **Predominant Occupancy:** | Owner |
| | Two-Four Family: | 3% | **Change in Present Land Use:** | Not Likely |
| | Multi-Family: | 10% | | |
| | Commercial: | 20% | | |
| | Vacant: | 3% | | |

**Single Family**

| | | | | | |
|---|---|---|---|---|---|
| **Price Range:** | $55,000 | **To** | $150,000 Plus | **Predominant:** | $85,000 |
| **Age:** | 45 | **To** | 100+ **Years Plus** | **Predominant:** | 70± **Years** |

**Typical Apartment**

**Type:** Walk-up **No. Stories:** 2-4 levels
**No. Units:** 6-40± **Age:** 35±Years
**Condition:** Average **Rent Levels:** Stable to Rising **Rent Controls:** None
**Estimated Neighborhood Apartment Vacancy Rate:** 5%-10%

**Overall Rating**

| | | | |
|---|---|---|---|
| **Employment Stability:** | Average | **Property Compatibility:** | Average - Good |
| **Adequacy Of Utilities:** | Average | **Protection From Detrimental Conditions:** | Average - Good |
| **Convenience Of Schools:** | Average | **General Appearance Of Properties:** | Average - Good |
| **Police And Fire Protection:** | Average | **Appeal to Market:** | Average - Good |
| **Recreational Facilities:** | Average | | |

| **Accessibility To** | **Distance** | **Access Or Convenience** |
|---|---|---|
| **Public Transportation:** | Immediate | Good |
| **Employment Centers:** | .25 to 10 Miles | Average - Good |
| **Shopping Facilities:** | Immediate | Good |
| **Grammar Schools:** | .25 Mile | Average |
| **Freeway Access:** | 2.5± Miles | Average |

**Comments:** The subject property is located in the central portion of the City of Berea which is located southwest of the Cleveland Central Business District. The land uses in the area include single family, multi-family, commercial/retail and industrial. It should be noted that the Baldwin Wallace College is located within the immediate subject neighborhood. The Berea Recreation Center is located approximately one-third mile north of the subject. Northwest of the subject comprises an industrial district within the city. Access to the interstate

freeway system (Interstate 71) is less than 2.5 miles east of the subject property. The Cleveland Hopkins International Airport is located approximately 1.5 miles north of the subject. The area's proximity to employment opportunities (industrial and commercial) as well as the ease of access to transportation (freeway and airport) and the presence of Baldwin Wallace College enhances the desirability/marketability of residential rental properties within this area. Shopping and services can be found in the immediate subject neighborhood (Downtown Berea) as well as surrounding neighborhoods. These amenities (shopping, transportation and employment) contribute to the low vacancy rates which are currently in existence. Accordingly, the subject neighborhood should remain a desirable apartment rental market into the foreseeable future and contribute to the low vacancy rates and stable to rising rent levels.

**SITE ANALYSIS**

**Dimensions:** Irregular **Area:** 87,555 SF or 2.01 ± acres
**Topography:** Generally level.
**View Amenity:** Average - Multi family residential, single family dwellings and commercial.
**Drainage/Flood Conditions:** None noted at the time of inspection.
**Is The Property Located In A HUD Identified Special Flood Area?** No: Zone C (CP#390097 0001 B - June 1, 1979)
**Zoning:** RO; Residence - Office
**Present Improvements:** A permitted non-conforming (grandfathered) use of the land.
**Highest And Best Use:** Present multi-family use.

**Off-Site Improvements**

| | | | |
|---|---|---|---|
| **Electricity:** | Public | **Storm Sewer:** | Yes |
| **Gas:** | Public | **Curb/Gutter:** | Yes-Concrete |
| **Water:** | Public | **Sidewalk:** | Yes-Concrete |
| **Sanitary Sewer:** | Public | **Streetlight:** | Yes-Pole Mounted |

**Street:** Asphalt Paved - 80' ROW along West Bagley Road and 65'± ROW along Mulberry Street.
**Ingress And Egress (Adequacy):** Adequate - from both West Bagley Road and Mulberry Street.

**Comments: (Including Any Easements Or Encroachments Or Any Nonconforming Use(s) Or Present Improvements)**
There are no apparent adverse easements or encroachments associated with the subject property. However, normal utility easements are assumed. As indicted the subject has frontage on two public rights-of-way.

**DESCRIPTION OF IMPROVEMENTS**

**Type:** elevator **No. Of Stories:** 11 **No. Of Bldgs.:** 1
**Bldg. Size:** 142,734± sq.ft. **Unit Mix:** 180 one bedroom units.
**No. Of Rooms:** 720 **No. Of Baths:** 180 Year Built: 1979
**Basic Structural System:** Masonry **Exterior Walls:** Brick **Windows:** Sliding in metal frames.
**Roof:** Flat, built-up composition **Interior Walls:** Drywall
**Floors:** Carpet & composition **Bath Floors & Walls:** Composition & ceramic tile/drywall
**Adequacy Of Soundproofing:** Average **Heating:** Baseboard **Type:** Electric
**Condition:** Average to fair **Air Conditioning:** window
**Elevator(s):** Two **Security Features:** Buzzer entry, locking doors and windows.
**Kitchen Cabinets, Drawers And Counter Space:** Average **Condition:** Fair

**Appliances**

**Range/Oven:** 180 **Refrigerator:** 180 **Dishwasher:** 0 **Disposal:** 0
**Hot Water Heater(s):** Gas fired, boilers (property owner pays for hot water).
**Plumbing Fixtures:** Four fixtures per unit.
**Electrical Service:** Adequate considering age (property owner pays for electric).
**Recreational Facilities:** Activity room with kitchen and two public restrooms.
**Effective Age:** 15-20 **Years** **Estimated Remaining Economic Life:** 30-35 **Years**

**Overall Property Ratings**

| | |
|---|---|
| **General Appearance Of Property:** | Average to fair |
| **Quality Of Construction (Materials And Finish):** | Average |
| **Condition Of Improvements:** | Average to fair |
| **Room Size And Layout:** | Average |
| **Closets And Storage:** | Average |
| **Plumbing-Adequacy And Condition:** | Average |
| **Electrical-Adequacy And Condition:** | Average |
| **Amenities And Parking Facilities:** | Fair to poor |
| **Appeal To Market:** | Average to fair |

**Comments: (Special Features, Functional Or Physical Inadequacies, Repairs Needed, Modernization, Etc.)**
The subject property consists of a 1979 vintage, masonry, elevator apartment building that has been fairly well maintained. The property contains a total of 180 one bedroom units The individual units are accessed off of common hallways. These units are typically finished with painted drywall walls, painted precast concrete ceilings, carpeted or composition tile floors. Each suite has one full bathroom and a kitchen. The units are heated by electric baseboard heat and through the wall air conditioning units. The common amenities include halls/stairways, laundry rooms, an activities room with kitchen, two public baths, and management offices. Site improvements include a concrete and asphalt drive and parking area, lawn and general landscaping.

At the time of inspection, each of the units inspected were considered to be in average to fair overall condition. No evidence of deferred maintenance was noted at the time of inspection.

REAL ESTATE TAX INFORMATION - 1999

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Assessed Value** | **Land:** | $ 154,000 | **Building:** | $1,732,500 | **Total:** | $1,886,500 |
| **100% Market Value** | **Land:** | $ 440,000 | **Building:** | $4,950,000 | **Total:** | $5,390,000 |
| **Annual Taxes** | **Gross Tax:** | $ 0 | **Less Credits & Rollbacks:** | $ 0 | **Net Tax:** | $ 0 |
| **Special Assessments:** $ 0 | **Net Taxes & Special Assessments:** | | | $ 0 | | |

This property is exempt from real estate taxes.

**HIGHEST AND BEST USE**

Highest and best use is a fundamental concept in the valuation of real estate which is defined as follows:

> "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability."

SOURCE: The Dictionary of Real Estate Appraisal. - 3rd edition. Appraisal Institute, 1993.

The highest and best use of the land, considered separately **as if vacant** and available for development, may differ from the highest and best use of the property **as improved** with existing building improvements. Therefore, for improved properties, a separate analysis of highest and best use must be developed for each of the following:

1. The highest and best use of the site as **if vacant**.
2. The highest and best use of the site as **improved**.

The only exception in valuing land as if vacant is when the site has been developed to an intensity that is higher than would be allowed under the current zoning. If the remaining economic life of the building improvements is sufficient, the land is valued according to the intensity of development. By doing so, an economic balance is maintained between the agents of production (land, labor, capital, and coordination) which will result in a more accurate value indication.

Factors that must be taken into consideration in determining the highest and best use of the property include the following:

1. Existing land use regulations.
2. Probable modifications to the existing land use regulations.
3. Economic demand.
4. Physical adaptability of the property.
5. Neighborhood trends.
6. Optimal use of the property.

Subject Review

As was indicated previously, the subject property is a 1979 vintage apartment complex consisting of 180 suites. The units consist of one bedroom units. A modernly designed facility would typically comprise a more functional complex and unit layout, however, the existing units are quite acceptable. The property is currently in average to fair condition. The building improvements are considered to comprise a legal, non-conforming use of the land according to the City of Berea Zoning Department. Demand exists for such facilities as is evidenced by stable occupancy levels within the general subject market area.

Highest and Best Use as Vacant

The highest and best use of the subject site, if vacant, is considered to be for a permitted use which would be in conformance with the zoning regulations.

Highest and Best Use as Improved

The highest and best use of the subject site, as improved, is considered to be for its continued multi-family use. Inasmuch as the value of the subject property is significantly greater than the value of the subject site if vacant, as well as the fact that there is no reason to raze the existing improvements, it is therefore concluded that the highest and best use of the subject property is its current multi-family use.

METHOD OF ANALYSIS

As was indicated previously the purpose of this report is to estimate the current market rent for the apartment units located within the subject property which are participating in a HUD rent assistance program. Presented on the following pages are the U.S. Department of Housing and Urban Development (HUD) Form HUD-92273 (-S8) which were used in analyzing the rents for the subject units. A total of five apartment projects located within the subject's market area were analyzed. Adjustments were made due to the variance in the size of an individual units, utility expense responsibilities and overall condition of the properties. Plus adjustments were made in cases where features of the comparable property were deemed to be inferior to that of the subject and conversely minus adjustments were made when features of the comparable property were determined to be superior to that of the subject property. As indicated on the following rent comparability grids, various adjustments were made to each of the properties surveyed. The following paragraphs will briefly describe why each of the adjustments were made.

**Line #8 - Condition/Street Appeal:** Each of the complexes surveyed involved properties that were improved with structures that were built between 1963 and 1971. These buildings were all considered to be superior to the subject in terms of both condition and street appeal which would require downward adjustments. Comparable Nos. 1, 2 and 4 required a downward adjustment of say $25.00 for their superior condition and appeal. Comparable Nos. 3 and 5 were considered to be in even more superior condition and thus $40.00 minus adjustments were made to these properties. The adjustments were carried forward for each of the effective years in question.

**Line #13 - Unit Interior Square Feet:** Adjustments were made to each of the comparable properties when the square footage of the suites differed from the subject property. The difference in the square footage between each of the comparables and the subject was multiplied by approximately $0.15 per square foot in order to arrive at an adjustment. Thus, each comparable has a somewhat different adjustment depending on the unit sizes.

**Line #14 - Balcony/Patio:** While the subject property has balconies along the front of the building, they are accessed off of the sitting area within the hallway. Thus, none of the suites have their own private balconies. However, Comparable Nos. 3, 4 and 5 have private balconies which are accessed from the individual suites. Therefore, these properties required a $5.00 downward adjustment for this superior characteristic.

**Line #17 - Microwave/Dishwasher:** After surveying the five complexes in order to estimate rental rates for the one bedroom units within the subject property, it was indicated that Comparable Nos. 1 and 4 provided dishwashers within their suites. Therefore, given this superior amenity, a $10.00 downward adjustment was made.

**Line #20 - Window Coverings:** After reviewing each of the five properties surveyed, Comparable No. 2 was the only complex which offered window coverings. Thus, a $5.00 minus adjustment was made.

**Line #25 - Extra Storage:** It was reported that the subject property did not have any extra storage spaces for the tenants. However, four of the five properties surveyed, Comparable Nos. 1, 3, 4 and 5, did provide extra storage for their tenants. Thus, a $5.00 minus adjustment was made to these properties.

**Line #27 - Clubhouse/Meeting Rooms:** The subject property has a large meeting room or activities area as well as small sitting areas on each floor. This is similar to each of the properties surveyed with the exception of Comparable No. 2 which did not have any meeting rooms. Therefore, the $5.00 plus adjustment was made for this inferior characteristic.

**Line #28 - Pool/Recreation Areas:** Each of the five properties surveyed provided some type of recreational facilities for their tenants. Comparable Nos. 1, 2 and 5 provided swimming pools and therefore the $5.00 minus adjustment was made to these properties. Comparable No. 3 had both an exercise facility and playground equipment for their residents. Given the limited amount of exercise equipment and the small playground area, a $5.00 downward adjustment was made to this property. Comparable No. 4 provided a pool, exercise room and playground equipment and thus a larger $10.00 minus adjustment was made to this property.

**Line #34 - Cooling:** While air conditioning is provided within each of the comparable properties surveyed, since each property had a wall mounted air conditioning unit, the electricity to run this unit was the responsibility of the tenant. While it is difficult to accurately estimate a specific dollar adjustment given the fact that different tenants run the air conditioning at different intervals which would ultimately effect their cost of electricity used. Overall, a $5.00 plus adjustment is considered to be adequate to cover this expense.

**Line #35 - Cooking:** This category is also difficult to quantify since some tenants cook more or less than others. However, for the purpose of this analysis, a $5.00 plus adjustment has been made to each of the properties surveyed to account for the fact that tenants are responsible for this expense category.

**Line #37 - Other Electric:** Each of the comparable properties surveyed require that each of the tenants pay for their own electric usage. This category can fluctuate depending on the number of tenants within a suite, the size of the suite as well as various other circumstances which would affect the electricity usage. Overall, based primarily upon a review of operating expenses that have obtained by Calabrese, Racek & Markos, Inc., it is estimated that the other electric usage within a suite would total approximately $25.00 per month. This figure has been used for the first three effective years and then was increased to $30.00 per month for the last three effective years to account for inflationary trends.

After a thorough inspection of the subject property, it appears that the condition and location of the subject falls within the range that has been established by competing conventional apartment buildings within the area. Thus, the rental rates for the suites within the subject property should be within the range of rental rates established by the market surveys. Therefore, it is estimated that all 180, one bedroom suites within the subject property should have a contract unit rent of $385 per month, as of June 1, 1995. This rental rate would include all utilities except telephone and cable television. The contract rent potential of subject property is estimated by multiplying the contract unit rent per month by the total number of one bedroom apartment units within the complex. Thus, the monthly contract rent potential of the one bedroom apartment units, as of June 1, 1995 is developed as follows:

$385 x 180 units = **$69,300**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $395 per month including all utilities except telephone and cable television, as of June 1, 1996. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$395 x 180 units = **$71,100**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $405 per month including all utilities except telephone and cable television, as of June 1, 1997. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$405 x 180 units = **$72,900**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $430 per month including all utilities except telephone and cable television, as of June 1, 1998. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$430 x 180 units = **$77,400**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $440 per month including all utilities except telephone and cable television, as of June 1, 1999. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$440 x 180 units = **$79,200**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $470 per month including all utilities except telephone and cable television, as of June 1, 2000. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$470 x 180 units = **$84,600**

ADDENDUM TO

Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **One Bedroom** *Subject's FHA #:*

| | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments | | Tower In The Park | | Coventry Towers | | Parkside Towers | | Chestnut Lake | | Park Place | |
| | 55 West Bagley Road | | 55 Barrett Road | | 11831 Pearl Road | | 8380 Pearl Road | | 17577 Whitney Road | | 6340 Stumph Road | |
| | Berea, Cuyahoga County | | Berea, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Parma Hts., Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $399 | N | $385 | N | $425 | N | $390 | N | $450 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1995 | — | June 1995 | — | June 1995 | — | June 1995 | — | June 1995 | — |
| 3 | **Rent Concessions** | | N | — | N | — | N | — | N | — | N | — |
| 4 | **Occupancy for Unit Type** | | 95% | — | 95% | — | 97% | — | 97% | — | 95% | — |
| 5 | **Effective Rent & Rent/ sq. ft** | | $399 | $0.65 | $385 | $0.60 | $425 | $0.71 | $390 | $0.60 | $450 | $0.75 |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | — | E/5 | — | E/6 | — | E/6 | — | E/5 | — |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | — | 1967 | — | 1968 | — | 1963-68 | — | 1966 | — |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | — | G | — | G | — | G | — | G | — |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | — | Y/3 | — | Y/2.5 | — | Y/3 | — | Y/4.75 | — |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 12 | **# Baths** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | — | 650 | ($8) | 600 | — |
| 14 | **Balcony/ Patio** | N | N | — | N | — | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | — | W | — | W | — | W | — | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | — | RF | — | RF | — | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | — | N | — | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | — | L | — | L | — | L | — | L | |
| 19 | **Floor Coverings** | C | C | — | C | — | C | — | C | — | C | — |
| 20 | **Window Coverings** | N | N | — | Y | ($5) | N | — | N | — | N | — |
| 21 | **Cable/ Satellite/Internet** | C | C | — | C | — | C | — | C | — | C | |
| 22 | **Special Features** | N | N | — | N | — | N | — | N | — | N | |
| 23 | | | | — | | — | | — | | — | | |
| D | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | L/0 | | L/0 | — | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | — | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | — | Y | — | Y | — | Y | — | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | — | N | $5 | MR | — | MR | — | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | — | N | — | N | — | N | — | N | |
| 30 | **Service Coordination** | N | N | — | N | — | N | — | N | — | N | |
| 31 | **Non-shelter Services** | T,EC | N | — | N | — | N | — | N | — | N | |
| 32 | | | | — | | — | | — | | — | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | Y | Y | — | Y | — | Y | — | Y | — | Y | |
| 39 | **Trash /Recycling** | Y | Y | — | Y | — | Y | — | Y | — | Y | — |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $35 | | $35 | | $35 | | $35 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($12)* | *$82* | *($1)* | *$81* | *($20)* | *$90* | *($28)* | *$98* | *($20)* | *$90* |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $387 | | $384 | | $405 | | $362 | | $430 | |
| 45 | Adj Rent/Last rent | | | 97% | | 100% | | 95% | | 93% | | 96% |
| 46 | **Estimated Market Rent** | $385 | $0.64 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

11/16/00

Appraiser's Signature Date

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| # | *Subject*<br>Quarrytown Apartments<br>55 West Bagley Road<br>Berea, Cuyahoga County | Data on Subject | *Comp #1*<br>Tower In The Park<br>55 Barrett Road<br>Berea, Cuyahoga | | *Comp #2*<br>Coventry Towers<br>11831 Pearl Road<br>Strongsville, Cuyahoga | | *Comp #3*<br>Parkside Towers<br>8380 Pearl Road<br>Strongsville, Cuyahoga | | *Comp #4*<br>Chestnut Lake<br>17577 Whitney Road<br>Strongsville, Cuyahoga | | *Comp #5*<br>Park Place<br>6340 Stumph Road<br>Parma Hts., Cuyahoga | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $415 | N | $400 | N | $440 | N | $400 | N | $464 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1996 | | June 1996 | | June 1996 | | June 1996 | | June 1996 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $415 | $0.68 | $400 | $0.63 | $440 | $0.73 | $400 | $0.62 | $464 | $0.77 |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | C | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | N | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | C | C | | C | | C | | C | | C | |
| 22 | **Special Features** | N | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | T,EC | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $35 | | $35 | | $35 | | $35 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($12)* | *$82* | *($1)* | *$81* | *($20)* | *$90* | *($28)* | *$98* | *($20)* | *$90* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $403 | | $399 | | $420 | | $372 | | $444 | |
| 45 | Adj Rent/Last rent | | | 97% | | 100% | | 95% | | 93% | | 96% |
| 46 | **Estimated Market Rent** | $395 | $0.66 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

11/16/00

**Appraiser's Signature** **Date**

**Grid was prepared:** **Manually** **Using HUD's Excel form**

**HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments<br>55 West Bagley Road<br>Berea, Cuyahoga County | | Tower In The Park<br>55 Barrett Road<br>Berea, Cuyahoga | | Coventry Towers<br>11831 Pearl Road<br>Strongsville, Cuyahoga | | Parkside Towers<br>8380 Pearl Road<br>Strongsville, Cuyahoga | | Chestnut Lake<br>17577 Whitney Road<br>Strongsville, Cuyahoga | | Park Place<br>6340 Stumph Road<br>Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $435 | N | $400 | N | $440 | N | $420 | N | $450 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1997 | | June 1997 | | June 1997 | | June 1997 | | June 1997 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$435** | $0.71 | **$400** | $0.63 | **$440** | $0.73 | **$420** | $0.65 | **$450** | $0.75 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | C | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | N | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | C | C | | C | | C | | C | | C | |
| 22 | **Special Features** | N | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | T,EC | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | ***Heat (in rent?/ type)*** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | ***# Adjustments B to D*** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $35 | | $35 | | $35 | | $35 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | *($12)* | *$82* | *($1)* | *$81* | *($20)* | *$90* | *($28)* | *$98* | *($20)* | *$90* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $423 | | $399 | | $420 | | $392 | | $430 | |
| 45 | **Adj Rent/Last rent** | | | 97% | | 100% | | 95% | | 93% | | 96% |
| 46 | **Estimated Market Rent** | $405 | $0.68 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

Appraiser's Signature Date 11/16/00

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | *Subject* | | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments | **Data** | Tower In The Park | | Coventry Towers | | Parkside Towers | | Chestnut Lake | | Park Place | |
| | 55 West Bagley Road | **on** | 55 Barrett Road | | 11831 Pearl Road | | 8380 Pearl Road | | 17577 Whitney Road | | 6340 Stumph Road | |
| | Berea, Cuyahoga County | **Subject** | Berea, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Parma Hts., Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $459 | N | $430 | N | $495 | N | $440 | N | $459 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1998 | — | June 1998 | — | June 1998 | — | June 1998 | — | June 1998 | — |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$459** | $0.75 | **$430** | $0.67 | **$495** | $0.83 | **$440** | $0.68 | **$459** | $0.77 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | **E/11** | E/8 | — | E/5 | — | E/6 | — | E/6 | — | E/5 | — |
| 7 | **Yr. Built/Yr. Renovated** | **1979** | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | **F/F** | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | **G** | G | — | G | — | G | — | G | — | G | — |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | **1** | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 12 | **# Baths** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | **600** | 613 | ($2) | 640 | ($6) | 600 | — | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | **N** | N | — | N | — | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | **W** | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | **RF** | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | **N** | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | **L** | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | **C** | C | — | C | — | C | — | C | — | C | — |
| 20 | **Window Coverings** | **N** | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | **C** | C | | C | | C | | C | | C | |
| 22 | **Special Features** | **N** | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | **L/0** | L/0 | | L/0 | — | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | **N** | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | **MR** | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | **N** | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | **N** | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | **N** | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | **T,EC** | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | **Y** | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | **Y** | Y | — | Y | — | Y | — | Y | — | Y | — |
| 39 | **Trash /Recycling** | **Y** | Y | | Y | | Y | | Y | | Y | |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $40 | | $40 | | $40 | | $40 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($7)* | *$87* | *$4* | *$86* | *($15)* | *$95* | *($23)* | *$103* | *($15)* | *$95* |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | **$452** | | **$434** | | **$480** | | **$417** | | **$444** | |
| 45 | Adj Rent/Last rent | | | 98% | | 101% | | 97% | | 95% | | 97% |
| 46 | **Estimated Market Rent** | **$430** | **$0.72** | Estimated Market Rent/ Sq. Ft | | | | | | | | |

[signature] 1/11/00

**Appraiser's Signature** **Date**

[signature]

**Grid was prepared:** **Manually** **Using HUD's Excel form**

**HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | ***Subject*** | **Data on Subject** | ***Comp #1*** | | ***Comp #2*** | | ***Comp #3*** | | ***Comp #4*** | | ***Comp #5*** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments | | Tower In The Park | | Coventry Towers | | Parkside Towers | | Chestnut Lake | | Park Place | |
| | 55 West Bagley Road | | 55 Barrett Road | | 11831 Pearl Road | | 8380 Pearl Road | | 17577 Whitney Road | | 6340 Stumph Road | |
| | Berea, Cuyahoga County | | Berea, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Parma Hts., Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $471 | N | $435 | N | $485 | N | $450 | N | $475 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1999 | — | June 1999 | — | June 1999 | — | June 1999 | — | June 1999 | — |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $471 | $0.77 | $435 | $0.68 | $485 | $0.81 | $450 | $0.69 | $475 | $0.79 |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | — | E/5 | — | E/6 | — | E/6 | — | E/5 | — |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | — | G | — | G | — | G | — | G | — |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | — |
| 12 | **# Baths** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | — | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | — | N | — | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | — | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | — | RF | — | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | — | N | — | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | — | L | — | L | — | L | — | L | — |
| 19 | **Floor Coverings** | C | C | — | C | — | C | — | C | — | C | — |
| 20 | **Window Coverings** | N | N | — | Y | ($5) | N | — | N | — | N | — |
| 21 | **Cable/ Satellite/Internet** | C | C | — | C | — | C | — | C | — | C | — |
| 22 | **Special Features** | N | N | — | N | — | N | — | N | — | N | — |
| 23 | | | | | | | | | | | | |
| D | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | L/0 | L/0 | | L/0 | — | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | — | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | — | Y | — | Y | — | Y | — | Y | — |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | — | N | $5 | MR | — | MR | — | MR | — |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | — | N | — | N | — | N | — | N | — |
| 30 | **Service Coordination** | N | N | — | N | — | N | — | N | — | N | — |
| 31 | **Non-shelter Services** | T,EC | N | — | N | — | N | — | N | — | N | — |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | Y | Y | — | Y | — | Y | — | Y | — | Y | — |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $40 | | $40 | | $40 | | $40 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | ($7) | $87 | $4 | $86 | ($15) | $95 | ($23) | $103 | ($15) | $95 |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $464 | | $439 | | $470 | | $427 | | $460 | |
| 45 | Adj Rent/Last rent | | | 99% | | 101% | | 97% | | 95% | | 97% |
| 46 | **Estimated Market Rent** | $440 | $0.73 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

Appraiser's Signature

11/16/00

Date

**Grid was prepared:** **Manually** **Using HUD's Excel form**

**HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **One Bedroom** *Subject's FHA #:*

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments<br>55 West Bagley Road<br>Berea, Cuyahoga County | | Tower In The Park<br>55 Barrett Road<br>Berea, Cuyahoga | | Coventry Towers<br>11831 Pearl Road<br>Strongsville, Cuyahoga | | Parkside Towers<br>8380 Pearl Road<br>Strongsville, Cuyahoga | | Chestnut Lake<br>17577 Whitney Road<br>Strongsville, Cuyahoga | | Mystic Creek<br>6340 Stumph Road<br>Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $503 | N | $445 | N | $535 | N | $460 | N | $525 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 2000 | | June 2000 | | June 2000 | | June 2000 | | June 2000 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 98% | | 99% | | 97% | | 95% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$503** | $0.82 | **$445** | $0.70 | **$535** | $0.89 | **$460** | $0.71 | **$525** | $0.88 |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | C | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | N | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | C | C | | C | | C | | C | | C | |
| 22 | **Special Features** | N | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | L/0 | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | T,EC | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $40 | | $40 | | $40 | | $40 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($7)* | *$87* | *$4* | *$86* | *($15)* | *$95* | *($23)* | *$103* | *($15)* | *$95* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $496 | | $449 | | $520 | | $437 | | $510 | |
| 45 | Adj Rent/Last rent | | | 99% | | 101% | | 97% | | 95% | | 97% |
| 46 | **Estimated Market Rent** | $470 | $0.78 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

[signature] 11/16/00

Appraiser's Signature Date

[signature]

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**


Cleveland
Hopkins
International Airport
NASA
Lewis
Research
Center
Ford
Motor
Co.
Holy
Cross
Cemetery
Chevrolet
Motor
Co.
BROOK
PARK
MIDDLEBURG
HEIGHTS
BEREA
Subject
PARMA
HTS
STRONGSVILLE
Mill
Stream
Run
Reservation
Cuyahoga
Community
College
Western
Campus
Nike
Park
County
Fairgrounds
Research
Park
Southland
Shopping Cen.
Brookgate
Shopping
Cen.
Baldwin
Lake
River
FREEWAY
OUTERBELT
SOUTH
BROOKPARK
SNOW
SHELDON
BAGLEY
PLEASANT
SPRAGUE
WHITNEY
ALBION
ROYALTON
TURNPIKE
SHURMER
LORAIN
CUYAHOGA
MARKS
COUNTY
COUNTY



Rent Comparable 1



Rent Comparable 2



Rent Comparable 3



Rent Comparable 4



Rent Comparable 5

*Attachment #1a*

## *Appraiser Certification*

*Project Name:* Quarrytown Apartments *FHA Project No :* ____________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek inspected the interior and exterior of the subject property. Richard G. Racek inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ____________________.

**Warning*:* If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

**Appraiser's Name:** Richard G. Racek **Signature:** [signature]

**Date:** _____

**Permanent License No:** 383427 **Issuing State:** Ohio

**Expires:** 11/00

**Did you prepare the RCS under a temporary license?** No *If so, attach a copy of the temporary license.*

*Attachment #1a*

## *Appraiser Certification*

*Project Name:* Quarrytown Apartments *FHA Project No :* ______________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek, Jr inspected the interior and exterior of the subject property. Richard G. Racek, Jr inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ______________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ______________________.

**Warning*:* If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

**Appraiser's Name:** Richard G. Racek, Jr. **Signature:** [signature]
**Date:** 11/16/00

**Permanent License No:** 428964 **Issuing State:** Ohio

**Expires:** 7/01

**Did you prepare the RCS under a temporary license?** No *If so, attach a copy of the temporary license.*

**APPRAISAL QUALIFICATIONS OF**

**RICHARD G. RACEK, MAI**

| | |
|---|---|
| RESIDENCE: | 6567 Creekside Trail, Solon, Ohio |
| EDUCATION: | Graduate, Ohio State University, Class of 1968<br>B.S. in Commerce and Business Administration<br>Major in Real Estate and Appraising |
| FIELD OF STUDY: | Real Estate Appraising, Real Estate Law, Financing, Site Planning, Landscape Architecture, Land Economics, Urban and Industrial Geography, AIREA Courses 1, 1B, 2, 7, Standards of Professional Practice |
| OFFICES HELD: | Chairman of the Planning Commission of the City of Warrensville Heights, Ohio<br>Councilman at Large in the City of Warrensville Heights |
| EXPERIENCE: | 1962 to Present<br>Originally employed by the William J. Racek & Associates Real Estate Company in Warrensville Heights, Ohio.<br>Associated from 1968 to 1969 with the Continental Appraisal Company, Columbus, Ohio.<br>Associated from February, 1969 to February, 1979 with the Ostendorf-Morris Company, Cleveland, Ohio.<br>Partner and President - Calabrese, Racek and Markos, Inc., Cleveland, Ohio<br><br>Real Estate Management, Columbus, Ohio<br>Licensed Real Estate Broker - State of Ohio |
| CLIENTS: | Commercial Banks<br>Major Insurance Companies<br>Federal Agencies<br>State of Ohio, Department of Highways<br>County Departments<br>Many Industrial Corporations<br>Principal Railroads<br>Public Utilities |

Appraisal experience includes all types of real estate including residential, retail, commercial, industrial, leasehold and fee interest, easement areas and court testimony experience.

| | |
|---|---|
| MEMBERSHIPS: | MAI - Appraisal Institute<br>"The Appraisal Institute conducts a program for its designated members. MAI's and SRA's who meet the minimum standards of this program are awarded periodic educational certification. I am currently certified under this program."<br>Realtor - Cleveland Area Board of Realtors<br>State Certified Appraiser #383427 |

1/1/95

# APPRAISER QUALIFICATIONS OF RICHARD G. RACEK, JR.

**RESIDENCE:** 6609 Copley Avenue, Solon, Ohio

**EDUCATION:** Graduate, Ohio State University, Class of 1996
B.S. in Business Administration With a Major in Real Estate and Urban Analysis

**FIELD OF STUDY:** Real Estate Appraising, Real Estate Law, Real Estate Financing, City and Regional Planning, and Architecture

Appraisal Institute Courses:

| | |
|---|---|
| Appraisal Principles 110 | General Applications 320 |
| Appraisal Procedures 120 | Standards of Prof. Prac. Part A |
| Basic Income Capitalization 310 | Standards of Prof. Prac. Part B |
| Advanced Income Capitalization 510 | |
| Highest & Best Use and Market Analysis 520 | |
| Advanced Sales Comparison & Cost Approaches 530 | |
| Advanced Applications 550 | |

**EXPERIENCE:**

June 1989 - 1996: Real Estate/Intern
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

1996 - Present: Real Estate Appraiser
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

**SCOPE OF APPRAISAL EXPERIENCE:**

Comprehensive background in commercial, industrial, residential and multi-family real estate appraisal. Including: various new and proposed commercial and industrial properties in Greater Cleveland and throughout the State of Ohio, including but not limited to offices, strip shopping centers, apartments, heavy industrial complexes, multiple occupancy light industrial complexes, vacant land, residential, restaurants, auto dealerships and special use properties. Expert testimony has been performed at numerous Board of Revisions and the Ohio Board of Tax Appeals. This work has been completed at the request of various commercial banks, major insurance companies, government agencies, many commercial and industrial corporations, attorneys and private individuals.

**STATE LICENSE/ CERTIFICATES:**

Licensed real estate sales person, State of Ohio
Certified General Real Estate Appraiser, State of Ohio
Certificate #428964

**AFFILIATIONS:** Associate Member of the Appraisal Institute

Revised 1/7/2000

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser Richard G. Racek

2. Class of Certification/Licensure: x Certified General
 ____ Licensed Residential
 ____ Temporary ____ General ____ Licensed

 Certification/Licensure Number: 383427

3. Scope: This report x is within the scope of my Certification or License.
 ____ is not within the scope of my Certification or License.

4. Service Provided By: x Disinterested & Unbiased Third Party
 ____ Interested & Biased Third Party
 ____ Interested Third Party on Contingent Fee Basis

5. Signature of person preparing and reporting the appraisal [signature]

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser.

**State of Ohio**
**Department of Commerce**
**Division of Real Estate**
**Appraiser Section**
**Cleveland (216) 787-3100**

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser: Richard G. Racek, Jr.

2. Class of Certification/Licensure:

   X Certified General
   ___ Certified Residential
   ___ Licensed Residential
   ___ Temporary ___ General ___ Licensed

   Certification/Licensure Number: 428964

3. Scope: This report X is within the scope of my Certification/License

   ___ is not within the scope of my Certification/License

4. Service provided by: X disinterested & unbiased third party
   ___ interested & biased third party
   ___ interested third party on contingent fee basis

5. Signature of person preparing and reporting the appraisal

   [signature]

THIS FORM MUST BE INCLUDED IN CONJUNCTION WITH ALL APPRAISAL ASSIGNMENTS OR SPECIALIZED SERVICES PERFORMED BY A STATE-CERTIFIED OR STATE-LICENSED REAL ESTATE APPRAISER.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland OH
(216) 787-3100

# HUD RENT SURVEY
# OF

Severance Towers Apartments
25 Severance Circle
Cleveland Heights, Cuyahoga County, Ohio

Presented in a Summary Report

FOR: Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

BY: Richard G. Racek, MAI
Richard G. Racek, Jr.

AS OF: May 1, 1995
May 1, 1996
May 1, 1997
May 1, 1998
May 1, 1999
May 1, 2000
February 22, 2001

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216 696-5442
FAX 216 696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

ERIC M. CALABRESE
DWIGHT A. KUMLER, MAI
DOUGLAS C. LECHR
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR.
DANIEL L. SMITH
DOUGLAS P. SLOAN, MAI
BRIAN J. TOBEY

February 26, 2001

Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Severance Towers Apartments
25 Severance Circle
Cleveland Heights, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, the appraisers have made a personal inspection, study, and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject property is a189 unit, apartment building that was constructed in 1979. Due to an average maintenance program the overall property is in generally average to fair condition. The improvements include one, 8 story, masonry, elevator apartment building with various site improvements.

The purpose of this HUD Rent Survey is to estimate the market rent for the subject's one bedroom units in their relative condition as of the effective dates of evaluation. The intended use of this summary report is to assist the Cuyahoga Metropolitan Housing Authority in analyzing the rent schedule of the above captioned property for external reporting purposes. Market rent is defined on page 7 of this report.

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1995, is:

**$460 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1996, is:

**$470per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1997, is:

**$490 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1998, is:

**$525 per month**

CALABRESE, RACEK AND MARKOS, INC.

Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
Cleveland, Ohio 44114-2302 -2- February 26, 2001

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Severance Towers Apartments
25 Severance Circle
Cleveland Heights, Cuyahoga County, Ohio

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1999, is:

**$550 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 2000, is:

**$570 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of February 22, 2001, is:

**$580 per month**

At the time of the inspection (February 22, 2001) only four units were vacant. A representative sampling of the units and all of the common areas were inspected. The units inspected were generally in average to fair overall condition. Additionally, the exterior of the property has been adequately maintained and hence it is also in average to fair condition.

It is assumed by the appraisers that the subject property is free and clear of all materials or conditions that are considered hazardous by the Environmental Protection Agency. Should any materials or conditions of this nature be found, the estimated market rent will then be subject to review.

The appraisers state that there is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraisers' final rent conclusions. This rent survey report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market, which should continue to be viable income producing units into the foreseeable future.

Respectfully submitted,

CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

:lc
5584
4756



Typical View of Subject Property



Street Scene Facing North



Street Scene Facing South



View of Community Room



View of Typical Hallway



View of Typical Laundry Room



Typical Kitchen



Typical Living Room



Typical Bathroom



Typical Bedroom

# CERTIFICATE OF VALUE

We hereby certify that we have personally inspected the subject property being appraised, and the comparable properties; that the statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of our knowledge and belief, subject to limiting conditions herein set forth; and that to the best of our knowledge and belief no pertinent information has been overlooked in the appraisal of the following property:

**Severance Towers Apartments**
**25 Severance Circle**
**Cleveland Heights, Cuyahoga County, Ohio**

The undersigned hereby certifies that, to the best of our knowledge and belief; except as otherwise noted in this appraisal report:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. We have made a personal inspection of the property that is the subject of this report.

9. No one other than the undersigned prepared the analyses, conclusions, and opinions concerning the real estate that are set forth in this appraisal report.

10. Disclosure of the content of this appraisal report is governed by the by-laws and regulations of the Appraisal Institute.

11. We certify that, to the best of our knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

12. We certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, I, Richard G. Racek, have completed the requirements of the continuing education program of the Appraisal Institute.

Respectfully submitted,

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

LIMITING CONDITIONS AND SPECIAL ASSUMPTIONS
(Unless specifically stated otherwise in this report.)

This rent survey covers the property as described within this report. The areas and dimensions as shown herein are assumed to be correct. The information identified in this report as being furnished by others is believed to be reliable, but no responsibility for its accuracy is assumed.

Responsible ownership, competent management, and a marketable title to the property are assumed, and that it is free and clear of all liens and encumbrances, unless otherwise stated. No responsibility is assumed for matters involving legal or title considerations.

The parcel dimensions and sketches in this report are included to assist the reader in visualizing the property. No land survey was ordered or made by the appraisers, and no responsibility is assumed for such matters. Any sketch or identified survey of the property included in this report is only for the purpose of assisting the reader.

The appraisers were not provided with any sub-surface reports in which to determine the stability of the soil, thus it is assumed that the subject soils and conditions are adequate to support the improvements.

No opinion is expressed as to the value of sub-surface oil, gas or mineral rights or whether the property is subject to surface entry for the exploration or removal of such materials.

The measurements of the improvements were taken by the appraisers and/or from architectural drawings furnished by the client. Additional maps and exhibits found in this report are for the readers reference purposes only. No guarantee as to the accuracy is expressed or implied.

The appraisers, by reason of this rent survey, are not required to give testimony or attendance in court, unless arrangements have been previously made therefore.

Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by anyone but the client for whom it was made without the consent of the appraisers and the client.

Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations, news, sales or other media, or publication without the written consent of the authors, particularly as to valuation conclusions, the identity of the appraisers or firm with which we are connected, or reference to any professional organization to which we are associated.

The Americans with Disabilities Act ("ADA") became effective January 26, 1992. No specific compliance survey and analysis of this property has been made to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. As there is no direct evidence relating to this issue, possible non-compliance with the requirements of ADA was not considered in estimating the market rent for the property.

The market rent estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. The appraisers are not expert in the identification of hazardous substances or detrimental environmental conditions. The appraisers' routine inspection of, and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of materials and environmental conditions that are considered hazardous by the environmental protection agency on or around the property that would negatively affect the marketability of the individual units.

**Additional special assumptions incorporated into this analysis are delineated as follows:**

1. **That the real estate is free and clear of any materials or conditions that are considered hazardous by the Environmental Protection Agency. If it should be discovered that such materials or conditions exist, the appraisers reserve the right to revise the final rent conclusion.**

2. **All mechanicals are assumed to be in good working condition.**

3. **Various other assumptions, conditions, and projections as described herein.**

MARKET RENT DEFINITION

Market rent, according to The Dictionary of Real Estate Appraisal, Third Edition, published by the Appraisal Institute is defined as follows:

> Market Rent: The rental income that a property would most probably command in the open market; indicated by the current rents paid and asked for comparable space as of the date of this appraisal.


Euclid Beach
EUCLID
BRATENAHL
EAST
CLEVELAND
CLEVELAND
HEIGHTS
Subject
SOUTH
EUCLID
UNIVERSITY
HEIGHTS
SHAKER
HEIGHTS
WARRENSVILLE
TOWNSHIP
Lakeview Cemetery
Forest Hills Park
Oakwood Country Club
John Carroll Univ.
Canterbury Country Club
Shaker Hts. Country Club
Highland Cemetery
Highland Park
Golf Course
Euclid Creek Reservation
SHORE
FRWY
LAKELAND
CHARDON
MAYFIELD
CEDAR
FAIRMOUNT
CHAGRIN
HARVARD
MILES
WOODLAND
NORTHFIELD
WARRENSVILLE CENTER
GREEN RD
MONTICELLO
EUCLID
SHAKER
VAN AKEN

# HUD RENT SURVEY
# OF
# A 189 Unit Apartment Building

**Owner:** Severance Housing Corp. DBA Cuyahoga Metropolitan Housing Authority
**Map Ref.:** 9-C-2
**PPN:** 683-25-009
**Property Address:** 25 Severance Circle
**City:** Cleveland Heights **County:** Cuyahoga **State:** Ohio **Zip Code:** 44118
**SMSA/Census Tract:** 1680/1408.00
**Client:** Cuyahoga Metropolitan Housing Authority, c/o Taft, Stettinius & Hollister, LLP
**Client's Address:** 3500 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2302

**Sales History**

**Current Sale Price:** N/A **Current Sale Date:** N/A
**Previous Sale Date:** No transfer has occurred since 1978
**Property Rights Appraised:** Fee simple, subject to short term leases.
**Purpose of Analysis:** Estimate market rent.
**Intended Use of Appraisal:** External reporting.
**Effective Date of Appraisal:** May 1, 1995, May 1, 1996, May 1, 1997, May 1, 1998, May 1, 1999, May 1, 2000, February 22, 2001
**Date of Inspection:** February 22, 2001

## EXTENT OF DATA COLLECTION

The first section of this report will include a descriptive analysis of the general and specific neighborhood market area, the site, and improvements. This analysis will ascertain the market in which the subject units exists. The second portion of the report will include the analysis employed to estimate the market rent of the subject units within its market.

The data that was selected in developing this rent survey was considered the most pertinent available. The extent of the data verification was commensurate with what was believed necessary to complete this assignment. This typically included a review of courthouse records, actual documentation that is retained in our files, and an interview with at least one person involved with each comparable property surveyed.

## NEIGHBORHOOD ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Location:** | Suburban | | **Property Values:** | Increasing |
| **Built-up:** | 97% | | **Housing Demand/Supply:** | In Balance |
| **Present Land Use:** | Single Family: | 82% | **Predominant Occupancy:** | Owner |
| | Two-Four Family: | 5% | **Change in Present Land Use:** | Not Likely |
| | Multi-Family: | 5% | | |
| | Commercial: | 5% | | |
| | Vacant: | 3% | | |

**Single Family**

| | | | | | |
|---|---|---|---|---|---|
| **Price Range:** | $70,000 | **To** | $150,000 Plus | **Predominant:** | $85,000 |
| **Age:** | 30 Years | **To** | 95+ Years Plus | **Predominant:** | 50± Years |

**Typical Apartment**

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | Walk-up | **No. Stories:** | 2-3 levels | | |
| **No. Units:** | 6-20± | **Age:** | 40±Years | | |
| **Condition:** | Average | **Rent Levels:** | Stable to Rising | **Rent Controls:** | None |

**Estimated Neighborhood Apartment Vacancy Rate:** 5%-10%

**Overall Rating**

| | | | |
|---|---|---|---|
| **Employment Stability:** | Average | **Property Compatibility:** | Average - Good |
| **Adequacy Of Utilities:** | Average | **Protection From Detrimental Conditions:** | Average |
| **Convenience Of Schools:** | Average | **General Appearance Of Properties:** | Average |
| **Police And Fire Protection:** | Average | **Appeal to Market:** | Average |
| **Recreational Facilities:** | Average | | |

| Accessibility To | Distance | Access Or Convenience |
|---|---|---|
| **Public Transportation:** | Immediate | Good |
| **Employment Centers:** | ½ - 6 Miles | Good |
| **Shopping Facilities:** | Immediate | Good |
| **Grammar Schools:** | .25 Mile | Average |
| **Freeway Access:** | 5± Miles | Average |

**Comments:** The subject is located as an outlot of the Severance Center Shopping Center which is located at the southeast quadrant of Taylor and Mayfield Roads in Cleveland Heights, Ohio. This area is primarily developed with a mixture of single family, multi-family and commercial land uses. The single family dwellings range from middle aged bungalow style houses to large, older colonial style dwellings. The multi-family development includes converted, single family dwellings as well as large apartment type structures, such as the subject. This area has easy access to retail/commercial development along both Taylor and Mayfield Roads in the immediate subject area. Located immediately across the street from the subject is the Severance Center Shopping Center which includes a Wal-Mart, Home Depot, Tops Supermarket as well as various other smaller retail tenants. The subject neighborhood is a stable area with an apartment vacancy and credit loss rate of between 0% and 10%. The immediate neighborhood, in conclusion, is a good residential area due to its location and proximity to employment opportunities and commercial/retail access, as well as recreational facilities. Therefore, it is concluded that there are no apparent adverse conditions which would tend to have a negative effect upon local real estate values now or within the foreseeable future.

**SITE ANALYSIS**

**Dimensions:** Irregular **Area:**218,105 SF or 5.01 ± acres
**Topography:** Generally level.
**View Amenity:** Average - Multi family residential, single family dwellings and commercial.
**Drainage/Flood Conditions:** None noted at the time of inspection.
**Is The Property Located In A HUD Identified Special Flood Area?** No: Zone C (CP#390105 0003 B - June 25, 1976)
**Zoning:** S1 - Special Residential - Commercial - Office and Professional District.
**Present Improvements:** A permitted conforming use of the land.
**Highest And Best Use:** Present multi-family use.

**Off-Site Improvements**

| | | | |
|---|---|---|---|
| **Electricity:** | Public | **Storm Sewer:** | Yes |
| **Gas:** | Public | **Curb/Gutter:** | Yes-Concrete |
| **Water:** | Public | **Sidewalk:** | Yes-Concrete |
| **Sanitary Sewer:** | Public | **Streetlight:** | Yes-Pole Mounted |

**Street:** Asphalt paved two lane R.O.W. along Severance Circle.
**Ingress And Egress (Adequacy):** Adequate - from Severance Circle.

**Comments: (Including Any Easements Or Encroachments Or Any Nonconforming Use(s) Or Present Improvements)**
There are no apparent adverse easements or encroachments associated with the subject property. However, normal utility easements are assumed.

**DESCRIPTION OF IMPROVEMENTS**

**Type:** elevator **No. Of Stories:** 8 **No. Of Bldgs.:** 1
**Bldg. Size:** 163,656± sq.ft. **Unit Mix:** 189 one bedroom units.
**No. Of Rooms:** 756 **No. Of Baths:** 189 Year Built: 1979
**Basic Structural System:** Masonry **Exterior Walls:** Brick **Windows:** Sliding in metal frames.
**Roof:** Flat, built-up composition **Interior Walls:** Drywall
**Floors:** Carpet & composition **Bath Floors & Walls:** Composition & ceramic tile/drywall
**Adequacy Of Soundproofing:** Average **Heating:** Baseboard **Type:** Hot water
**Condition:** Average to fair **Air Conditioning:** window
**Elevator(s):** Two **Security Features:** Buzzer entry, locking doors and windows.
**Kitchen Cabinets, Drawers And Counter Space:** Average **Condition:** Fair

**Appliances**

**Range/Oven:** 189 **Refrigerator:** 189 **Dishwasher:** 0 **Disposal:** 189
**Hot Water Heater(s):** Gas fired, boilers (property owner pays for hot water).
**Plumbing Fixtures:** Four fixtures per unit.
**Electrical Service:** Adequate considering age (property owner pays for electric).
**Recreational Facilities:** Activity room with kitchen and one additional activities room without kitchen.
**Effective Age:** 20-25 **Years** **Estimated Remaining Economic Life:** 25-30 **Years**

**Overall Property Ratings**

| | |
|---|---|
| **General Appearance Of Property:** | Average to fair |
| **Quality Of Construction (Materials And Finish):** | Average |
| **Condition Of Improvements:** | Average to fair |
| **Room Size And Layout:** | Average |
| **Closets And Storage:** | Average |
| **Plumbing-Adequacy And Condition:** | Average |
| **Electrical-Adequacy And Condition:** | Average |
| **Amenities And Parking Facilities:** | Fair to poor |
| **Appeal To Market:** | Average to fair |

**Comments: (Special Features, Functional Or Physical Inadequacies, Repairs Needed, Modernization, Etc.)**
The subject property consists of a 1979 vintage, masonry, elevator apartment building that has been fairly well maintained. The property contains a total of 189 one bedroom units. The individual units are accessed off of common hallways. These units are typically finished with painted drywall walls, painted poured in place concrete ceilings, and carpeted or composition tile floors. Each suite has one full bathroom and a kitchen. The units are heated by hot water baseboard heat and through the wall air conditioning units. The common amenities include halls/stairways, laundry rooms, an activities room with kitchen, an activities room without a kitchen, and management office. Site improvements include an asphalt drive and parking area, lawn, general landscaping and security lighting.

At the time of inspection, each of the units inspected were considered to be in average to fair overall condition. No evidence of deferred maintenance was noted at the time of inspection. It was reported that the common area hallways have been repainted and will be re-carpeted in the near future.

REAL ESTATE TAX INFORMATION - 2000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Assessed Value** | | **Land:** | $343,530 | **Building:** | $1,683,460 | **Total:** | $2,026,990 |
| **100% Market Value** | | **Land:** | $981,514 | **Building:** | $4,809,886 | **Total:** | $5,791,400 |
| **Annual Taxes** | | **Gross Tax:** | $317,426.64 | **Less Credits & Rollbacks:** | $66,833.50 | **Net Tax:** | $183,759.64 |
| **Special Assessments:** | $364.10 | **Net Taxes & Special Assessments:** | | | $184,123.74 | | |

## HIGHEST AND BEST USE

Highest and best use is a fundamental concept in the valuation of real estate which is defined as follows:

> "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability."

SOURCE: The Dictionary of Real Estate Appraisal. - 3rd edition. Appraisal Institute, 1993.

The highest and best use of the land, considered separately **as if vacant** and available for development, may differ from the highest and best use of the property **as improved** with existing building improvements. Therefore, for improved properties, a separate analysis of highest and best use must be developed for each of the following:

1. The highest and best use of the site as **if vacant**.
2. The highest and best use of the site as **improved**.

The only exception in valuing land as if vacant is when the site has been developed to an intensity that is higher than would be allowed under the current zoning. If the remaining economic life of the building improvements is sufficient, the land is valued according to the intensity of development. By doing so, an economic balance is maintained between the agents of production (land, labor, capital, and coordination) which will result in a more accurate value indication.

Factors that must be taken into consideration in determining the highest and best use of the property include the following:

1. Existing land use regulations.
2. Probable modifications to the existing land use regulations.
3. Economic demand.
4. Physical adaptability of the property.
5. Neighborhood trends.
6. Optimal use of the property.

### Subject Review

As was indicated previously, the subject property is a 1979 vintage apartment complex consisting of 189 suites. The units consist of one bedroom suites. A modernly designed facility would typically comprise a more functional complex and unit layout, however, the existing units are quite acceptable. The property is currently in average to fair condition. The building improvements are considered to comprise a legal, conforming use of the land according to the City of Cleveland Heights Zoning Department. Demand exists for such facilities as is evidenced by stable occupancy levels within the general subject market area.

### Highest and Best Use as Vacant

The highest and best use of the subject site, if vacant, is considered to be for a permitted use which would be in conformance with the zoning regulations.

### Highest and Best Use as Improved

The highest and best use of the subject site, as improved, is considered to be for its continued multi-family use. Inasmuch as the value of the subject property is significantly greater than the value of the subject site if vacant, as well as the fact that there is no reason to raze the existing improvements, it is therefore concluded that the highest and best use of the subject property is its current multi-family use.

## METHOD OF ANALYSIS

As was indicated previously the purpose of this report is to estimate the current market rent for the apartment units located within the subject property which are participating in a HUD rent assistance program. Presented on the following pages are the U.S. Department of Housing and Urban Development (HUD) Form HUD-92273 (-S8) which were used in analyzing the rents for the subject units. A total of five apartment projects located within the subject's market area were analyzed. Adjustments were made due to the variance in the size of an individual units, utility expense responsibilities and overall condition of the properties. Plus adjustments were made in cases where features of the comparable property were deemed to be inferior to that of the subject and conversely minus adjustments were made when features of the comparable property were determined to be superior to that of the subject property. As indicated on the following rent comparability grids, various adjustments were made to each of the properties surveyed. The following paragraphs will briefly describe why each of the adjustments were made.

**Line #8 - Condition/Street Appeal:** Each of the complexes surveyed involve properties that were improved with structures that were built between 1964 and 1990. These buildings were all considered to be superior to the subject in terms of both condition and street appeal which would require downward adjustments. Comparable Nos. 1, 3 and 4 required a downward adjustment of say $150 for their far superior condition and appeal to the market. Comparable Nos. 2 and 5 were considered to be somewhat better than the subject which required a $50.00 downward adjustment. These adjustments were carried forward for each of the effective years in question.

**Line #9 - Neighborhood:** While each of the properties are considered to be located in the subject's general market area, Comparable No. 3 is located closer to the University Circle area which is a somewhat better rental neighborhood. Therefore, a $25.00 downward adjustment was made. Comparable No. 4 overlooks the University Circle area and is considered to be a more desirable rental area. Therefore, a $50.00 downward adjustment was made to this property.

**Line #13 - Unit Interior Square Feet:** Adjustments were made to each of the comparable properties when the square footage of the suites differed from the subject property. The difference in the square footage between each of the comparables and the subject was multiplied by approximately $0.15 per square foot in order to arrive at an adjustment. Thus, each comparable has a somewhat different adjustment depending on the unit size.

**Line #14 - Balcony/Patio:** While the majority of the suites within the subject property have balconies, only one of the comparables surveyed did not provide balconies to their units. Therefore, Comparable No. 4 requires a $5.00 plus adjustment for this inferior characteristic.

**Line #17 - Microwave/Dishwasher:** After surveying the five complexes in order to estimate rental rates for the one bedroom units within the subject property, it was indicated that all five properties had dishwashers within their units and Comparable Nos. 1 and 3 also provided microwaves. Therefore, a $20.00 downward adjustment was made to Comparable Nos. 1 and 3 for these superior characteristics and $10.00 downward adjustments were made to Comparable No. 2, 4 and 5 for the fact that they only had dishwashers.

**Line #20 - Window Coverings:** The five properties surveyed reported that they provided window coverings for their suites. This superior characteristic requires a $5.00 downward adjustment.

**Line #24 - Parking:** The five properties surveyed reported that garage parking was available to their tenants. However, Comparable No. 3 was the only complex surveyed that actually provided a garage with the suite. Therefore, given the desirable area in which this property is located, a $50.00 downward adjustment was made to this property.

**Line #25 - Extra Storage:** It was reported that the subject property did not have any extra storage spaces for the tenants. However, all of the properties surveyed did provide extra storage for their tenants. Thus, a $5.00 minus adjustment was made to each of these properties.

**Line #27 - Clubhouse/Meeting Rooms:** The subject property has two activity rooms which are available to the tenants. However, it was reported that no such facility exists Comparable Nos. 1 through 4. Therefore, a $5.00 plus adjustment was made to each of these properties.

**Line #28 - Pool/Recreation Area:** Comparable Nos. 1 through 4 were the only properties surveyed which provided exercise rooms for their tenants. Since the subject property did not have any exercise facilities for their tenants, a $25.00 downward adjustment was made to these comparable properties.

**Line #31 - Non-Shelter Services:** The suites within the subject property had an emergency call system. This is superior to each of the properties surveyed. Therefore, $5.00 plus adjustments were made to each of the comparable properties.

**Line #33 - Heating:** Heat is provided within the subject property as well as four of the comparable properties surveyed. However, Comparable No. 1 require that the tenants pay for their own gas heat. Therefore, a $20.00 plus adjustment was made to this property in years 1995 through 1997, a $25.00 plus adjustment was made for years 1998 through 2000 and a $40.00 plus adjustment was made to this property for year 2001.

**Line #34 - Cooling:** While air conditioning is provided within each of the comparable properties surveyed, only Comparable Nos. 1, 2 and 5 require that the tenants pay for the electricity to run these units. While it is difficult to accurately estimate a specific dollar adjustment given the fact that different tenants run their air conditioning at different intervals which would ultimately effect the cost of electricity used, a $5.00 plus adjustment is considered to be adequate to cover this expense.

**Line #35 - Cooking:** This category is also difficult to quantify since some tenants cook more or less than others. However, for the purpose of this analysis, a $5.00 plus adjustment has been made to each of the properties surveyed to account for the fact that tenants are responsible for this expense category.

**Line #37 - Other Electric:** Each of the comparable properties surveyed required that the tenants pay for their own electric usage. This category can fluctuate depending on the number of tenants within a suite, the size of the suite as well as various other circumstances which would effect the electricity usage. Overall, based primarily upon a review of operating expenses that have been obtained by Calabrese, Racek and Markos, Inc., it is estimated that the other electric usage within a suite would total approximately $25.00 per month. This figure has been used for the first three effective years and then was increased to $30.00 per month for the last four effective years to account for inflationary trends.

**Line #38 - Cold Water/Sewer:** While this expense is typically the responsibility of the landlord, Comparable No. 3 required that the tenants pay an additional $13.00 per month for this utility. Therefore, a $13.00 plus adjustment was made to Comparable No. 3.

After a thorough inspection of the subject property, it appears that the condition and location of the subject falls within the range that has been established by competing conventional apartment buildings within the area. Thus, the rental rates for the suites in the subject property should be within the range of rental rates established by the market surveys. Therefore, it is estimated that all 189, one bedroom suites within the subject property should have a contract unit rent of $460 per month, as of May 1, 1995. This rental rate would include all utilities except telephone and cable television. The contract rent potential of subject property is estimated by multiplying the contract unit rent per month by the total number of one bedroom apartment units within the complex. Thus, the monthly contract rent potential of the one bedroom apartment units, as of May 1, 1995 is developed as follows:

$460 x 189 units = **$86,940**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $470 per month including all utilities except telephone and cable television, as of May 1, 1996. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$470 x 189 units = **$88,830**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $490 per month including all utilities except telephone and cable television, as of May 1, 1997. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$490 x 189 units = **$92,610**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $525 per month including all utilities except telephone and cable television, as of May 1, 1998. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$525 x 189 units = **$99,225**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $550 per month including all utilities except telephone and cable television, as of May 1, 1999. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$550 x 189 units = **$103,950**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $570 per month including all utilities except telephone and cable television, as of May 1, 2000. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$570 x 189 units = **$107,730**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $580 per month including all utilities except telephone and cable television, as of February 22, 2001. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$580 x 189 units = **$109,620**

ADDENDUM TO

Severance Towers Apartments
25 Severance Circle
Cleveland Heights, Cuyahoga County, Ohio

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject: Severance Tower Apartments, 25 Severance Circle, Cleveland Hts., Cuyahoga County | Data on Subject | Comp #1: Kensington Place, 30 Severance Circle, Cleveland Hts. Cuyahoga | | Comp #2: Concord Apts, 35 Severance Circle, Cleveland Hts., Cuyahoga | | Comp #3: Triangle Apts, 11457 Mayfield Road, Cleveland, Cuyahoga | | Comp #4: Waldorf Tower Apts, 2300 Overlook Dr., Cleveland Hts., Cuyahoga | | Comp #5: Huntington Green, 2200 Milton Road, University Hts. Cuyahoga | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | | | | | | | | | | |
| 3 | Rent Concessions | | | | | | | | | | | |
| 4 | Occupancy for Unit Type | | | | | | | | | | | |
| 5 | Effective Rent & Rent/ sq. ft | | $615 | $1.07 | $510 | $0.82 | $680 | $1.24 | $719 | $1.13 | $540 | $0.87 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | | | | | | | | | | |
| 8 | Condition /Street Appeal | F/F | | ($150) | | ($50) | | ($150) | | ($150) | | ($50) |
| 9 | Neighborhood | G | | | | | | ($25) | | ($50) | | |
| 10 | Same Market? Miles to Subj | | | | | | | | | | | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | | | | | | | | | | |
| 13 | Unit Interior Sq. Ft. | 600 | | $4 | | ($4) | | $8 | | ($5) | | ($5) |
| 14 | Balcony/ Patio | Y | | | | | | | | $5 | | |
| 15 | AC: Central/ Wall | W | | | | | | | | | | |
| 16 | Range/ refrigerator | RF | | | | | | | | | | |
| 17 | Microwave/ Dishwasher | N | | ($20) | | ($10) | | ($20) | | ($10) | | ($10) |
| 18 | Washer/Dryer | L | | | | | | | | | | |
| 19 | Floor Coverings | C | | | | | | | | | | |
| 20 | Window Coverings | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 21 | Cable/ Satellite/Internet | C | | | | | | | | | | |
| 22 | Special Features | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | Security | Y | | | | | | | | | | |
| 27 | Clubhouse/ Meeting Rooms | MR | | $5 | | $5 | | $5 | | $5 | | |
| 28 | Pool/ Recreation Areas | N | | ($25) | | ($25) | | ($25) | | ($25) | | |
| 29 | Business Ctr / Nbhd Netwk | N | | | | | | | | | | |
| 30 | Service Coordination | N | | | | | | | | | | |
| 31 | Non-shelter Services | EC | | $5 | | $5 | | $5 | | $5 | | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | | $5 | | $5 | | | | | | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | | | | | | | | | | |
| 37 | Other Electric | Y | | $25 | | $25 | | $25 | | $25 | | $25 |
| 38 | Cold Water/ Sewer | Y | | | | | | $13 | | | | |
| 39 | Trash /Recycling | Y | | | | | | | | | | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | | ($205) | | ($99) | | ($280) | | ($250) | | ($73) |
| 42 | Sum Utility Adjustments | | | | | | | | | | | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$274* | [redacted] | *$144* | [redacted] | *$341* | [redacted] | *$295* | [redacted] | *$113* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | $479 | | $456 | | $461 | | $514 | | $507 | |
| 45 | Adj Rent/Last rent | | | 78% | | 89% | | 68% | | 71% | | 94% |
| 46 | Estimated Market Rent | $460 | $0.77 | [redacted] | | | | | | | | |

Appraiser's Signature / / Date

Fred C. Field 3/1/01

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments<br>25 Severance Circle<br>Cleveland Hts., Cuyahoga County | | Kensington Place<br>30 Severance Circle<br>Cleveland Hts. Cuyahoga | | Concord Apts<br>35 Severance Circle<br>Cleveland Hts., Cuyahoga | | Triangle Apts<br>11457 Mayfield Road<br>Cleveland, Cuyahoga | | Waldorf Tower Apts<br>2300 Overlook Dr.<br>Cleveland Hts., Cuyahoga | | Huntington Green<br>2200 Milton Road<br>University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $630 | $1.10 | $525 | $0.84 | $690 | $1.25 | $729 | $1.15 | $560 | $0.90 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$274* | [redacted] | *$144* | [redacted] | *$341* | [redacted] | *$295* | [redacted] | *$113* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | $494 | | $471 | | $471 | | $524 | | $527 | |
| 45 | Adj Rent/Last rent | | | 78% | | 90% | | 68% | | 72% | | 94% |
| 46 | Estimated Market Rent | $470 | $0.78 | [redacted] | | | | | | | | |

Appraiser's Signature — Date / /

[illegible] 3/1/01

**Grid was prepared:** Manually Using HUD's Excel form **HUD 92273 - S8**

 Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments | Data | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 25 Severance Circle | on | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland Hts., Cuyahoga County | Subject | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $630 | $1.10 | $540 | $0.86 | $700 | $1.27 | $739 | $1.16 | $570 | $0.92 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$274* | [redacted] | *$144* | [redacted] | *$341* | [redacted] | *$295* | [redacted] | *$113* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | **$494** | | **$486** | | **$481** | | **$534** | | **$537** | |
| 45 | Adj Rent/Last rent | | | 78% | | 90% | | 69% | | 72% | | 94% |
| 46 | **Estimated Market Rent** | **$490** | **$0.82** | [redacted] | | | | | | | | |

Appraiser's Signature / / Date

Grid was prepared: Manually Using HUD's Excel form HUD 92273 - S8

3/1/01

Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** | *Unit Type* **ONE BEDROOM** | *Subject's FHA #:*

| | | Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments, 25 Severance Circle, Cleveland Hts., Cuyahoga County | Data on Subject | Kensington Place, 30 Severance Circle, Cleveland Hts. Cuyahoga | | Concord Apts, 35 Severance Circle, Cleveland Hts., Cuyahoga | | Triangle Apts, 11457 Mayfield Road, Cleveland, Cuyahoga | | Waldorf Tower Apts, 2300 Overlook Dr., Cleveland Hts., Cuyahoga | | Huntington Green, 2200 Milton Road, University Hts. Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | | | | | | | | | | |
| 3 | Rent Concessions | | | | | | | | | | | |
| 4 | Occupancy for Unit Type | | | | | | | | | | | |
| 5 | Effective Rent & Rent/ sq. ft | | $675 | $1.17 | $575 | $0.92 | $710 | $1.29 | $749 | $1.18 | $570 | $0.92 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | | | | | | | | | | |
| 8 | Condition /Street Appeal | F/F | | ($150) | | ($50) | | ($150) | | ($150) | | ($50) |
| 9 | Neighborhood | G | | | | | | ($25) | | ($50) | | |
| 10 | Same Market? Miles to Subj | | | | | | | | | | | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | | | | | | | | | | |
| 13 | Unit Interior Sq. Ft. | 600 | | $4 | | ($4) | | $8 | | ($5) | | ($3) |
| 14 | Balcony/ Patio | Y | | | | | | | | $5 | | |
| 15 | AC: Central/ Wall | W | | | | | | | | | | |
| 16 | Range/ refrigerator | RF | | | | | | | | | | |
| 17 | Microwave/ Dishwasher | N | | ($20) | | ($10) | | ($20) | | ($10) | | ($10) |
| 18 | Washer/Dryer | L | | | | | | | | | | |
| 19 | Floor Coverings | C | | | | | | | | | | |
| 20 | Window Coverings | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 21 | Cable/ Satellite/Internet | C | | | | | | | | | | |
| 22 | Special Features | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| D | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ( $ Fee) | L/O | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | Security | Y | | | | | | | | | | |
| 27 | Clubhouse/ Meeting Rooms | MR | | $5 | | $5 | | $5 | | $5 | | |
| 28 | Pool/ Recreation Areas | N | | ($25) | | ($25) | | ($25) | | ($25) | | |
| 29 | Business Ctr / Nbhd Netwk | N | | | | | | | | | | |
| 30 | Service Coordination | N | | | | | | | | | | |
| 31 | Non-shelter Services | EC | | $5 | | $5 | | $5 | | $5 | | $5 |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | | $5 | | $5 | | | | | | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | | | | | | | | | | |
| 37 | Other Electric | Y | | $30 | | $30 | | $30 | | $30 | | $30 |
| 38 | Cold Water/ Sewer | Y | | | | | | $13 | | | | |
| 39 | Trash /Recycling | Y | | | | | | | | | | |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | | ($205) | | ($99) | | ($280) | | ($250) | | ($73) |
| 42 | Sum Utility Adjustments | | | | | | | | | | | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | Net/ Gross Adjmts B to E | | [redacted] | $284 | [redacted] | $149 | [redacted] | $346 | [redacted] | $300 | [redacted] | $118 |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $549 | | $526 | | $496 | | $549 | | $542 | |
| 45 | Adj Rent/Last rent | | | 81% | | 91% | | 70% | | 73% | | 95% |
| 46 | Estimated Market Rent | $525 | $0.88 | [redacted] | | | | | | | | |

Appraiser's Signature | Date / /

Grid was prepared: Manually | Using HUD's Excel form

HUD 92273 - S8

3/1/01

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments<br>25 Severance Circle<br>Cleveland Hts., Cuyahoga County | | Kensington Place<br>30 Severance Circle<br>Cleveland Hts. Cuyahoga | | Concord Apts<br>35 Severance Circle<br>Cleveland Hts., Cuyahoga | | Triangle Apts<br>11457 Mayfield Road<br>Cleveland, Cuyahoga | | Waldorf Tower Apts<br>2300 Overlook Dr.<br>Cleveland Hts., Cuyahoga | | Huntington Green<br>2200 Milton Road<br>University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $685 | $1.19 | $595 | $0.95 | $720 | $1.31 | $759 | $1.20 | $605 | $0.97 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ($ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/Gross Adjmts B to E* | | [redacted] | *$284* | [redacted] | *$149* | [redacted] | *$346* | [redacted] | *$300* | [redacted] | *$118* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | $559 | | $546 | | $506 | | $559 | | $577 | |
| 45 | Adj Rent/Last rent | | | 82% | | 92% | | 70% | | 74% | | 95% |
| 46 | Estimated Market Rent | $550 | $0.92 | [redacted] | | | | | | | | |

Appraiser's Signature      Date / /

Grid was prepared: Manually Using HUD's Excel form      HUD 92273 - S8

3/1/01

Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments<br>25 Severance Circle<br>Cleveland Hts., Cuyahoga County | | Kensington Place<br>30 Severance Circle<br>Cleveland Hts. Cuyahoga | | Concord Apts<br>35 Severance Circle<br>Cleveland Hts., Cuyahoga | | Triangle Apts<br>11457 Mayfield Road<br>Cleveland, Cuyahoga | | Waldorf Tower Apts<br>2300 Overlook Dr.<br>Cleveland Hts., Cuyahoga | | Huntington Green<br>2200 Milton Road<br>University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | **$ Last Rent / Restricted?** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | **Date Last Leased (mo/yr)** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | **Rent Concessions** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | **Occupancy for Unit Type** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $698 | $1.21 | $615 | $0.98 | $730 | $1.33 | $769 | $1.21 | $625 | $1.00 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | **Structure / Stories** | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | **Condition /Street Appeal** | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | **Neighborhood** | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | **Same Market? Miles to Subj** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | **# Bedrooms** | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | **# Baths** | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | **Unit Interior Sq. Ft.** | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | **Balcony/ Patio** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | **AC: Central/ Wall** | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | **Range/ refrigerator** | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | **Microwave/ Dishwasher** | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | **Washer/Dryer** | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | **Floor Coverings** | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | **Window Coverings** | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | **Special Features** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | **Parking ( $ Fee)** | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | **Extra Storage** | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | **Security** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | **Pool/ Recreation Areas** | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | **Business Ctr / Nbhd Netwk** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | **Service Coordination** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | **Non-shelter Services** | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | **Heat (in rent?/ type)** | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | **Cooling (in rent?/ type)** | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | **Other Electric** | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | **Cold Water/ Sewer** | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | **Trash /Recycling** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | **# Adjustments B to D** | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | **Sum Adjustments B to D** | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | **Sum Utility Adjustments** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | ***Net/ Gross Adjmts B to E*** | | [redacted] | *$284* | [redacted] | *$149* | [redacted] | *$346* | [redacted] | *$300* | [redacted] | *$118* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | **$572** | | **$566** | | **$516** | | **$569** | | **$597** | |
| 45 | Adj Rent/Last rent | | | 82% | | 92% | | 71% | | 74% | | 96% |
| 46 | **Estimated Market Rent** | $570 | $0.95 | [redacted] | | | | | | | | |

Appraiser's Signature Date / /

**Grid was prepared: Manually Using HUD's Excel form HUD 92273 - S8**

3/1/01

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments | Data | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 25 Severance Circle | on | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland Hts., Cuyahoga County | Subject | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $708 | $1.23 | $625 | $1.00 | $759 | $1.38 | $799 | $1.26 | $640 | $1.03 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $40 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$299* | [redacted] | *$149* | [redacted] | *$346* | [redacted] | *$300* | [redacted] | *$118* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $597 | | $576 | | $545 | | $599 | | $612 | |
| 45 | Adj Rent/Last rent | | | 84% | | 92% | | 72% | | 75% | | 96% |
| 46 | Estimated Market Rent | $580 | $0.97 | [redacted] | | | | | | | | |

Appraiser's Signature Date / /

Grid was prepared: Manually Using HUD's Excel form HUD 92273 - S8

3/1/01



Rent Comparable 1



Rent Comparable 2



Rent Comparable 3



Rent Comparable 4



Rent Comparable 5


Euclid Beach
EUCLID
BRATENAHL
North East Yacht Club
White City Park
EAST CLEVELAND
Forest Hills Park
Lakeview Cemetery
Euclid Creek Reservation
Subject
CLEVELAND HEIGHTS
Oakwood Country Club
SOUTH EUCLID
UNIVERSITY HEIGHTS
John Carroll Univ.
Case Western Reserve Univ.
Luke Easter Park
SHAKER HEIGHTS
Shaker Hts. Country Club
Canterbury Country Club
Highland Cemetery
Highland Park Golf Course
WARRENSVILLE TOWNSHIP

*Attachment #1a*

*Appraiser Certification*

*Project Name:* Severance Towers *FHA Project No :* ____________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek inspected the interior and exterior of the subject property. Richard G. Racek inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ______________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ______________________________.

**Warning:** **If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

Appraiser's Name: Richard G. Racek Signature: [signature]
Date: 3/1/01

Permanent License No: 383427 Issuing State: Ohio

Expires: 11/01

Did you prepare the RCS under a temporary license? No *If so, attach a copy of the temporary license.*

*Attachment #1a*

*Appraiser Certification*

*Project Name:* Severance Towers *FHA Project No :*

*By my signature below, I certify that, to the best of my knowledge and belief:*

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek, Jr inspected the interior and exterior of the subject property. Richard G. Racek, Jr inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ____________________.

**Warning: If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

**Appraiser's Name:** Richard G. Racek, Jr. **Signature:** [signature]
**Date:** 3/1/01

**Permanent License No:** 428964 **Issuing State:** Ohio

**Expires:** 7/01

**Did you prepare the RCS under a temporary license?** No *If so, attach a copy of the temporary license.*

# APPRAISAL QUALIFICATIONS OF

# RICHARD G. RACEK, MAI

| | |
|---|---|
| RESIDENCE: | 6567 Creekside Trail, Solon, Ohio |
| EDUCATION: | Graduate, Ohio State University, Class of 1968<br>B.S. in Commerce and Business Administration<br>Major in Real Estate and Appraising |
| FIELD OF STUDY: | Real Estate Appraising, Real Estate Law, Financing, Site Planning, Landscape Architecture, Land Economics, Urban and Industrial Geography, AIREA Courses 1, 1B, 2, 7, Standards of Professional Practice |
| OFFICES HELD: | Chairman of the Planning Commission of the City of Warrensville Heights, Ohio<br>Councilman at Large in the City of Warrensville Heights |
| EXPERIENCE: | 1962 to Present<br>Originally employed by the William J. Racek & Associates Real Estate Company in Warrensville Heights, Ohio.<br>Associated from 1968 to 1969 with the Continental Appraisal Company, Columbus, Ohio.<br>Associated from February, 1969 to February, 1979 with the Ostendorf-Morris Company, Cleveland, Ohio.<br>Partner and President - Calabrese, Racek and Markos, Inc., Cleveland, Ohio<br><br>Real Estate Management, Columbus, Ohio<br>Licensed Real Estate Broker - State of Ohio |
| CLIENTS: | Commercial Banks<br>Major Insurance Companies<br>Federal Agencies<br>State of Ohio, Department of Highways<br>County Departments<br>Many Industrial Corporations<br>Principal Railroads<br>Public Utilities |

Appraisal experience includes all types of real estate including residential, retail, commercial, industrial, leasehold and fee interest, easement areas and court testimony experience.

| | |
|---|---|
| MEMBERSHIPS: | MAI - Appraisal Institute<br>"The Appraisal Institute conducts a program for its designated members. MAI's and SRA's who meet the minimum standards of this program are awarded periodic educational certification. I am currently certified under this program."<br>Realtor - Cleveland Area Board of Realtors<br>State Certified Appraiser #383427 |

1/1/95

# APPRAISER QUALIFICATIONS OF
# RICHARD G. RACEK, JR.

| | |
|---|---|
| **RESIDENCE:** | 6609 Copley Avenue, Solon, Ohio |
| **EDUCATION:** | Graduate, Ohio State University, Class of 1996<br>B.S. in Business Administration With a Major in Real Estate and Urban Analysis |
| **FIELD OF STUDY:** | Real Estate Appraising, Real Estate Law, Real Estate Financing, City and Regional Planning, and Architecture<br>Appraisal Institute Courses:<br>Appraisal Principles 110 — General Applications 320<br>Appraisal Procedures 120 — Standards of Prof. Prac. Part A<br>Basic Income Capitalization 310 — Standards of Prof. Prac. Part B<br>Advanced Income Capitalization 510<br>Highest & Best Use and Market Analysis 520<br>Advanced Sales Comparison & Cost Approaches 530<br>Advanced Applications 550 |
| **EXPERIENCE:**<br>June 1989 - 1996 | Real Estate/Intern<br>Calabrese, Racek and Markos, Inc.<br>Cleveland, Ohio |
| 1996 - Present | Real Estate Appraiser<br>Calabrese, Racek and Markos, Inc.<br>Cleveland, Ohio |
| **SCOPE OF APPRAISAL EXPERIENCE:** | Comprehensive background in commercial, industrial, residential and multi-family real estate appraisal. Including: various new and proposed commercial and industrial properties in Greater Cleveland and throughout the State of Ohio, including but not limited to offices, strip shopping centers, apartments, heavy industrial complexes, multiple occupancy light industrial complexes, vacant land, residential, restaurants, auto dealerships and special use properties. Expert testimony has been performed at numerous Board of Revisions and the Ohio Board of Tax Appeals. This work has been completed at the request of various commercial banks, major insurance companies, government agencies, many commercial and industrial corporations, attorneys and private individuals. |
| **STATE LICENSE/ CERTIFICATES:** | Licensed real estate sales person, State of Ohio<br>Certified General Real Estate Appraiser, State of Ohio<br>Certificate #428964 |
| **AFFILIATIONS:** | Associate Member of the Appraisal Institute |

Revised 1/7/2000

# APPRAISER DISCLOSURE STATEMENT

**In compliance with Ohio Revised Code Section 4763.12 (C)**

1. Name of Appraiser Richard G. Racek

2. Class of Certification/Licensure: x Certified General
   ____ Licensed Residential
   ____ Temporary ____ General ____ Licensed

   Certification/Licensure Number: 383427

3. Scope: This report x is within the scope of my Certification or License.
   ____ is not within the scope of my Certification or License.

4. Service Provided By: x Disinterested & Unbiased Third Party
   ____ Interested & Biased Third Party
   ____ Interested Third Party on Contingent Fee Basis

5. Signature of person preparing and reporting the appraisal [signature]

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland (216) 787-3100

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser: Richard G. Racek, Jr.

2. Class of Certification/Licensure:
   - X Certified General
   - ___ Certified Residential
   - ___ Licensed Residential
   - ___ Temporary ___ General ___ Licensed

   Certification/Licensure Number: 428964

3. Scope: This report X is within the scope of my Certification/License
   ___ is not within the scope of my Certification/License

4. Service provided by: X disinterested & unbiased third party
   ___ interested & biased third party
   ___ interested third party on contingent fee basis

5. Signature of person preparing and reporting the appraisal

   [signature]

THIS FORM MUST BE INCLUDED IN CONJUNCTION WITH ALL APPRAISAL ASSIGNMENTS OR SPECIALIZED SERVICES PERFORMED BY A STATE-CERTIFIED OR STATE-LICENSED REAL ESTATE APPRAISER.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland OH
(216) 787-3100

# HUD RENT SURVEY
# OF

Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Presented in a Summary Report

FOR: Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

BY: Richard G. Racek, MAI
Richard G. Racek, Jr.

AS OF: May 1, 1995
May 1, 1996
May 1, 1997
May 1, 1998
May 1, 1999
May 1, 2000
April 24, 2001

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

ERIC M. CALABRESE
DWIGHT A. KUMLER, MAI
DOUGLAS C. LEOHR
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR.
DANIEL L. SMITH
DOUGLAS P. SLOAN, MAI
BRIAN J. TOBEY

April 25, 2001

Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, the appraisers have made a personal inspection, study, and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject property is a 201 unit, apartment building that was constructed in 1978. Due to an average maintenance program the overall property is in generally average to fair condition. The improvements include one, 14 story, masonry, elevator apartment building with various site improvements.

The purpose of this HUD Rent Survey is to estimate the market rent for the subject's one bedroom units in their relative condition as of the effective dates of evaluation. The intended use of this summary report is to assist the Cuyahoga Metropolitan Housing Authority in analyzing the rent schedule of the above captioned property for external reporting purposes. Market rent is defined on page 7 of this report.

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1995, is:

**$500 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1996, is:

**$515per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1997, is:

**$530 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1998, is:

**$570 per month**

CALABRESE, RACEK AND MARKOS, INC.

Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
Cleveland, Ohio 44114-2302  April 25, 2001

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1999, is:

**$590 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 2000, is:

**$610 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of April 24, 2001, is:

**$620 per month**

At the time of the inspection (April 24, 2001) only ten units were vacant. A representative sampling of the units and all of the common areas were inspected. The units inspected were generally in average to fair overall condition. Additionally, the exterior of the property has been adequately maintained and hence it is also in average to fair condition.

It is assumed by the appraisers that the subject property is free and clear of all materials or conditions that are considered hazardous by the Environmental Protection Agency. Should any materials or conditions of this nature be found, the estimated market rent will then be subject to review.

The appraisers state that there is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraisers' final rent conclusions. This rent survey report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market, which should continue to be viable income producing units into the foreseeable future.

Respectfully submitted,

CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

:lc
5625
4797



Typical View of Subject Property



Street Scene Facing North



Street Scene Facing South



View of Community Room



View of Typical Hallway




View of Typical Laundry Room



Typical Kitchen



Typical Living Room



Typical Bathroom



Typical Bedroom

# CERTIFICATE OF VALUE

We hereby certify that we have personally inspected the subject property being appraised, and the comparable properties; that the statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of our knowledge and belief, subject to limiting conditions herein set forth; and that to the best of our knowledge and belief no pertinent information has been overlooked in the appraisal of the following property:

**Ambleside Tower Apartments**
**2190 Ambleside Drive**
**Cleveland, Cuyahoga County, Ohio**

The undersigned hereby certifies that, to the best of our knowledge and belief; except as otherwise noted in this appraisal report:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. We have made a personal inspection of the property that is the subject of this report.

9. No one other than the undersigned prepared the analyses, conclusions, and opinions concerning the real estate that are set forth in this appraisal report.

10. Disclosure of the content of this appraisal report is governed by the by-laws and regulations of the Appraisal Institute.

11. We certify that, to the best of our knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

12. We certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, I, Richard G. Racek, have completed the requirements of the continuing education program of the Appraisal Institute.

Respectfully submitted,

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

LIMITING CONDITIONS AND SPECIAL ASSUMPTIONS
(Unless specifically stated otherwise in this report.)

This rent survey covers the property as described within this report. The areas and dimensions as shown herein are assumed to be correct. The information identified in this report as being furnished by others is believed to be reliable, but no responsibility for its accuracy is assumed.

Responsible ownership, competent management, and a marketable title to the property are assumed, and that it is free and clear of all liens and encumbrances, unless otherwise stated. No responsibility is assumed for matters involving legal or title considerations.

The parcel dimensions and sketches in this report are included to assist the reader in visualizing the property. No land survey was ordered or made by the appraisers, and no responsibility is assumed for such matters. Any sketch or identified survey of the property included in this report is only for the purpose of assisting the reader.

The appraisers were not provided with any sub-surface reports in which to determine the stability of the soil, thus it is assumed that the subject soils and conditions are adequate to support the improvements.

No opinion is expressed as to the value of sub-surface oil, gas or mineral rights or whether the property is subject to surface entry for the exploration or removal of such materials.

The measurements of the improvements were taken by the appraisers and/or from architectural drawings furnished by the client. Additional maps and exhibits found in this report are for the readers reference purposes only. No guarantee as to the accuracy is expressed or implied.

The appraisers, by reason of this rent survey, are not required to give testimony or attendance in court, unless arrangements have been previously made therefore.

Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by anyone but the client for whom it was made without the consent of the appraisers and the client.

Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations, news, sales or other media, or publication without the written consent of the authors, particularly as to valuation conclusions, the identity of the appraisers or firm with which we are connected, or reference to any professional organization to which we are associated.

The Americans with Disabilities Act ("ADA") became effective January 26, 1992. No specific compliance survey and analysis of this property has been made to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. As there is no direct evidence relating to this issue, possible non-compliance with the requirements of ADA was not considered in estimating the market rent for the property.

The market rent estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. The appraisers are not expert in the identification of hazardous substances or detrimental environmental conditions. The appraisers' routine inspection of, and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of materials and environmental conditions that are considered hazardous by the environmental protection agency on or around the property that would negatively affect the marketability of the individual units.

**Additional special assumptions incorporated into this analysis are delineated as follows:**

1. **That the real estate is free and clear of any materials or conditions that are considered hazardous by the Environmental Protection Agency. If it should be discovered that such materials or conditions exist, the appraisers reserve the right to revise the final rent conclusion.**

2. **All mechanicals are assumed to be in good working condition.**

3. **Various other assumptions, conditions, and projections as described herein.**

MARKET RENT DEFINITION

Market rent, according to The Dictionary of Real Estate Appraisal, Third Edition, published by the Appraisal Institute is defined as follows:

> Market Rent: The rental income that a property would most probably command in the open market; indicated by the current rents paid and asked for comparable space as of the date of this appraisal.


BRATENAHL
CHARDON
EAST
CLEVELAND
SOUTH
EUCLID
CLEVELAND
HEIGHTS
UNIVERSITY
HEIGHTS
SHAKER
HEIGHTS
Subject
Forest Hills
Park
Lakeview
Cemetery
Case
Western Reserve
Univ.
John Carroll
Univ.
Oakwood
Country
Club
Canterbury
Country Club
Highland
Cemetery
Highland
Park
Golf Course
WARRENSVILLE
TOWNSHIP
WARRENSVILLE
HEIGHTS
NORTH
RANDALL
Thistledown
Race Track
GARFIELD
Luke Easter
Park
Euclid
Creek
Reservation
MAYFIELD
FAIRMOUNT
CHAGRIN
HARVARD
MILES
FREEWAY
CEDAR
MONTICELLO
SHAKER
WOODLAND
NORTHFIELD
WARRENSVILLE
GREEN
HIGHLAND
NOBLE
WOODWORTH
SHAW
TAYLOR
LEE
SUPERIOR
COVENTRY
EMERY
Severance
Town Center
Denison
Park
Shaker
Hts.
Country Club

# HUD RENT SURVEY
# OF
# A 201 Unit Apartment Building

**Owner:** Cuyahoga Metropolitan Housing Authority **Map Ref.:** 8-D-3
**Property Address:** 2190 Ambleside Drive **PPN:** 121-14-007 to -013
**City:** Cleveland **County:** Cuyahoga **State:** Ohio **Zip Code:** 44106
**SMSA/Census Tract:** 1680/1192.02
**Client:** Cuyahoga Metropolitan Housing Authority, c/o Taft, Stettinius & Hollister, LLP
**Client's Address:** 3500 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2302

**Sales History**
**Current Sale Price:** N/A **Current Sale Date:** N/A
**Previous Sale Date:** No transfer has occurred since 1978
**Property Rights Appraised:** Fee simple, subject to short term leases.
**Purpose of Analysis:** Estimate market rent.
**Intended Use of Appraisal:** External reporting.
**Effective Date of Appraisal:** May 1, 1995, May 1, 1996, May 1, 1997, May 1, 1998, May 1, 1999, May 1, 2000, April 24, 2001
**Date of Inspection:** April 24, 2001

## EXTENT OF DATA COLLECTION

The first section of this report will include a descriptive analysis of the general and specific neighborhood market area, the site, and improvements. This analysis will ascertain the market in which the subject units exists. The second portion of the report will include the analysis employed to estimate the market rent of the subject units within its market.

The data that was selected in developing this rent survey was considered the most pertinent available. The extent of the data verification was commensurate with what was believed necessary to complete this assignment. This typically included a review of courthouse records, actual documentation that is retained in our files, and an interview with at least one person involved with each comparable property surveyed.

## NEIGHBORHOOD ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Location:** | Urban | | **Property Values:** | Increasing |
| **Built-up:** | 97% | | **Housing Demand/Supply:** | In Balance |
| **Present Land Use:** | Institutional: | 65% | **Predominant Occupancy:** | Owner |
| | Single Family: | 10% | **Change in Present Land Use:** | Not Likely |
| | Multi-Family: | 17% | | |
| | Commercial: | 5% | | |
| | Vacant: | 3% | | |

**Typical Apartment**
**Type:** Walk-up & elevator **No. Stories:** 2-12 levels
**No. Units:** 6-150± **Age:** 12-70±Years
**Condition:** Average **Rent Levels:** Stable to Rising **Rent Controls:** None
**Estimated Neighborhood Apartment Vacancy Rate:** 5%-10%

**Overall Rating**

| | | | |
|---|---|---|---|
| **Employment Stability:** | Average | **Property Compatibility:** | Average - Good |
| **Adequacy Of Utilities:** | Average | **Protection From Detrimental Conditions:** | Average |
| **Convenience Of Schools:** | Average | **General Appearance Of Properties:** | Average |
| **Police And Fire Protection:** | Average | **Appeal to Market:** | Average |
| **Recreational Facilities:** | Average | | |

| Accessibility To | Distance | Access Or Convenience |
|---|---|---|
| **Public Transportation:** | Immediate | Good |
| **Employment Centers:** | Immediate - 6 miles | Good |
| **Shopping Facilities:** | 1/4 to 3 miles | Good |
| **Grammar Schools:** | .25 Mile | Average |
| **Freeway Access:** | 5± Miles | Average |

**Comments:** The subject property is located along the west side of Ambleside Drive between Cedar Avenue and Martin Luther King Boulevard, in Cleveland, Cuyahoga County, Ohio. This area is known as University Circle. The most notably organizations in this region comprise the Cleveland Clinic, Case Western Reserve University, Rainbow Babies & Children's Hospital, University Hospital, as well as various other museums and concert halls. A large percentage of the population in the area consists of students, professors, doctors and hospital staff. This is an area with extremely high demand which is the main reason for the high rental and low vacancy rates.

The subject comprises a late 1970s vintage 14 story, masonry apartment building. The improvements cover a large portion of the site and there is limited on-site parking. This facility is still very functional, however, if it were operated as a conventional building which is open to anyone interested in an apartment within this area, it would be inferior to the conventional buildings in the area given the lack of parking and amenities. Overall, the subject neighborhood is a highly sought after location given its proximity to employment centers and the university. Thus, this area should continue to be a very desirable area in which to locate for the foreseeable future.

**SITE ANALYSIS**

**Dimensions:** Irregular **Area:** 50,760± SF or 1.165 ± acres
**Topography:** Generally level to slightly sloping.
**View Amenity:** Average - Multi family residential, institutional and commercial.
**Drainage/Flood Conditions:** None noted at the time of inspection.
**Is The Property Located In A HUD Identified Special Flood Area?** No: Zone C (CP#390104 0015 B - August 1, 1978).
**Zoning:** Multi-Family.
**Present Improvements:** A permitted conforming use of the land.
**Highest And Best Use:** Present multi-family use.

**Off-Site Improvements**

| | | | |
|---|---|---|---|
| **Electricity:** | Public | **Storm Sewer:** | Yes |
| **Gas:** | Public | **Curb/Gutter:** | Yes-Concrete |
| **Water:** | Public | **Sidewalk:** | Yes-Concrete |
| **Sanitary Sewer:** | Public | **Streetlight:** | Yes-Pole Mounted |

**Street:** Asphalt paved two lane R.O.W. along Ambleside Drive.
**Ingress And Egress (Adequacy):** Adequate - from Ambleside Drive.

**Comments: (Including Any Easements Or Encroachments Or Any Nonconforming Use(s) Or Present Improvements)**
There are no apparent adverse easements or encroachments associated with the subject property. However, normal utility easements are assumed.

**DESCRIPTION OF IMPROVEMENTS**

**Type:** elevator **No. Of Stories:** 14 **No. Of Bldgs.:** 1
**Bldg. Size:** 163,674± sq.ft. **Unit Mix:** 201 one bedroom units.
**No. Of Rooms:** 804 **No. Of Baths:** 201 Year Built: 1978
**Basic Structural System:** Masonry **Exterior Walls:** Brick **Windows:** Sliding in metal frames.
**Roof:** Flat, built-up composition **Interior Walls:** Drywall
**Floors:** Carpet & composition **Bath Floors & Walls:** Composition & ceramic tile/drywall
**Adequacy Of Soundproofing:** Average **Heating:** Baseboard **Type:** Hot water
**Condition:** Average to fair **Air Conditioning:** window
**Elevator(s):** Two **Security Features:** Buzzer entry, locking doors and windows.
**Kitchen Cabinets, Drawers And Counter Space:** Average **Condition:** Fair

**Appliances**

**Range/Oven:** 201 **Refrigerator:** 201 **Dishwasher:** 0 **Disposal:** 201
**Hot Water Heater(s):** Gas fired, boilers (property owner pays for hot water).
**Plumbing Fixtures:** Four fixtures per unit.
**Electrical Service:** Adequate considering age (property owner pays for electric).
**Recreational Facilities:** Activity room with kitchen and one additional activities room without kitchen.
**Effective Age:** 20-25 **Years** **Estimated Remaining Economic Life:** 25-30 **Years**

**Overall Property Ratings**

| | |
|---|---|
| **General Appearance Of Property:** | Average to fair |
| **Quality Of Construction (Materials And Finish):** | Average |
| **Condition Of Improvements:** | Average to fair |
| **Room Size And Layout:** | Average |
| **Closets And Storage:** | Average |
| **Plumbing-Adequacy And Condition:** | Average |
| **Electrical-Adequacy And Condition:** | Average |
| **Amenities And Parking Facilities:** | Fair to poor |
| **Appeal To Market:** | Average to fair |

**Comments: (Special Features, Functional Or Physical Inadequacies, Repairs Needed, Modernization, Etc.)**
The subject property consists of a 1978 vintage, masonry, elevator apartment building that has been fairly well maintained. The property contains a total of 201 one bedroom units. The individual units are accessed off of common hallways. These units are typically finished with painted drywall walls, painted poured in place concrete ceilings, and carpeted or composition tile floors. Each suite has one full bathroom and a kitchen. The units are heated by hot water baseboard heat and through the wall air conditioning units. The common amenities include halls/stairways, a laundry room, an activities room with kitchen, an activities room without a kitchen, and management office. Site improvements include an asphalt drive and parking area, lawn, general landscaping and security lighting.

At the time of inspection, each of the units inspected were considered to be in average to fair overall condition. No evidence of deferred maintenance was noted at the time of inspection, other than the common area hallways need to be repainted and re-carpeted in the near future.

REAL ESTATE TAX INFORMATION - 2000

| | | | | | | |
|---|---|---|---|---|---|---|
| **Assessed Value** | **Land:** $45,340 | **Building:** | $2,214,590 | **Total:** | $2,259,930 |
| **100% Market Value** | **Land:** $129,543 | **Building:** | $6,327,400 | **Total:** | $6,456,943 |
| **Annual Taxes** | **Gross Tax:** $0.00 | **Less Credits & Rollbacks:** | $0.00 | **Net Tax:** | $0.00 |
| **Special Assessments:** $0.00 | **Net Taxes & Special Assessments:** | | $0.00 | | |

This property is exempt from taxation.

## HIGHEST AND BEST USE

Highest and best use is a fundamental concept in the valuation of real estate which is defined as follows:

> "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability."

SOURCE: The Dictionary of Real Estate Appraisal. - 3rd edition. Appraisal Institute, 1993.

The highest and best use of the land, considered separately **as if vacant** and available for development, may differ from the highest and best use of the property **as improved** with existing building improvements. Therefore, for improved properties, a separate analysis of highest and best use must be developed for each of the following:

1. The highest and best use of the site as **if vacant**.
2. The highest and best use of the site as **improved**.

The only exception in valuing land as if vacant is when the site has been developed to an intensity that is higher than would be allowed under the current zoning. If the remaining economic life of the building improvements is sufficient, the land is valued according to the intensity of development. By doing so, an economic balance is maintained between the agents of production (land, labor, capital, and coordination) which will result in a more accurate value indication.

Factors that must be taken into consideration in determining the highest and best use of the property include the following:

1. Existing land use regulations.
2. Probable modifications to the existing land use regulations.
3. Economic demand.
4. Physical adaptability of the property.
5. Neighborhood trends.
6. Optimal use of the property.

### Subject Review

As was indicated previously, the subject property is a 1978 vintage apartment complex consisting of 201 suites. The units consist of one bedroom suites. A modernly designed facility would typically comprise a more functional complex and unit layout, however, the existing units are quite acceptable. The property is currently in average to fair condition. The building improvements are considered to comprise a legal, conforming use of the land according to the City of Cleveland Zoning Department. Demand exists for such facilities as is evidenced by stable occupancy levels within the general subject market area.

### Highest and Best Use as Vacant

The highest and best use of the subject site, if vacant, is considered to be for a permitted use which would be in conformance with the zoning regulations.

### Highest and Best Use as Improved

The highest and best use of the subject site, as improved, is considered to be for its continued multi-family use. Inasmuch as the value of the subject property is significantly greater than the value of the subject site if vacant, as well as the fact that there is no reason to raze the existing improvements, it is therefore concluded that the highest and best use of the subject property is its current multi-family use.

## METHOD OF ANALYSIS

As was indicated previously the purpose of this report is to estimate the current market rent for the apartment units located within the subject property which are participating in a HUD rent assistance program. Presented on the following pages are the U.S. Department of Housing and Urban Development (HUD) Form HUD-92273 (-S8) which were used in analyzing the rents for the subject units. A total of five apartment projects located within the subject's market area were analyzed. Adjustments were made due to the variance in the size of an individual units, utility expense responsibilities and overall condition of the properties. Plus adjustments were made in cases where features of the comparable property were deemed to be inferior to that of the subject and conversely minus adjustments were made when features of the comparable property were determined to be superior to that of the subject property. As indicated on the following rent comparability grids, various adjustments were made to each of the properties surveyed. The following paragraphs will briefly describe why each of the adjustments were made.

**Line #8 - Condition/Street Appeal:** Each of the complexes surveyed involve properties that were improved with structures that were built between 1964 and 1990. These buildings were all considered to be superior to the subject in terms of both condition and street appeal which would require downward adjustments. Comparable Nos. 1, 3 and 4 required a downward adjustment of say $150 for their far superior condition and appeal to the market. Comparable Nos. 2 and 5 were considered to be somewhat better than the subject which required a $50.00 downward adjustment. These adjustments were carried forward for each of the effective years in question.

**Line #9 - Neighborhood:** While each of the properties are considered to be located in the subject's general market area, Comparable Nos. 1 and 2 are located near Severance Center which is considered to be a somewhat less desirable rental neighborhood. Therefore, a $50.00 plus adjustment was made. Comparable Nos. 3 and 4 are situated in the University Circle neighborhood. Therefore, no adjustment was made. Comparable No. 5 is located east of the subject in University Heights which is also considered to be a somewhat less desirable area in which a $50.00 plus adjustment was made.

**Line #13 - Unit Interior Square Feet:** Adjustments were made to each of the comparable properties when the square footage of the suites differed from the subject property. The difference in the square footage between each of the comparables and the subject was multiplied by approximately $0.15 per square foot in order to arrive at an adjustment. Thus, each comparable has a somewhat different adjustment depending on the unit size.

**Line #14 - Balcony/Patio:** While the majority of the suites within the subject property have balconies, only one of the comparables surveyed did not provide balconies to their units. Therefore, Comparable No. 4 requires a $5.00 plus adjustment for this inferior characteristic.

**Line #17 - Microwave/Dishwasher:** After surveying the five complexes in order to estimate rental rates for the one bedroom units within the subject property, it was indicated that all five properties had dishwashers within their units and Comparable Nos. 1 and 3 also provided microwaves. Therefore, a $20.00 downward adjustment was made to Comparable Nos. 1 and 3 for these superior characteristics and $10.00 downward adjustments were made to Comparable No. 2, 4 and 5 for the fact that they only had dishwashers.

**Line #20 - Window Coverings:** The five properties surveyed reported that they provided window coverings for their suites. This superior characteristic requires a $5.00 downward adjustment.

**Line #24 - Parking:** The five properties surveyed reported that garage parking was available to their tenants. However, Comparable No. 3 was the only complex surveyed that actually provided a garage with the suite. Therefore, given the desirable area in which this property is located, a $50.00 downward adjustment was made to this property.

**Line #25 - Extra Storage:** It was reported that the subject property did not have any extra storage spaces for the tenants. However, all of the properties surveyed did provide extra storage for their tenants. Thus, a $5.00 minus adjustment was made to each of these properties.

**Line #27 - Clubhouse/Meeting Rooms:** The subject property has two activity rooms which are available to the tenants. However, it was reported that no such facility exists in Comparable Nos. 1 through 4. Therefore, a $5.00 plus adjustment was made to each of these properties.

**Line #28 - Pool/Recreation Area:** Comparable Nos. 1 through 4 were the only properties surveyed which provided exercise rooms for their tenants. Since the subject property did not have any exercise facilities for their tenants, a $25.00 downward adjustment was made to these comparable properties.

**Line #31 - Non-Shelter Services:** The suites within the subject property had an emergency call system. This is superior to each of the properties surveyed. Therefore, $5.00 plus adjustments were made to each of the comparable properties.

**Line #33 - Heating:** Heat is provided within the subject property as well as four of the comparable properties surveyed. However, Comparable No. 1 require that the tenants pay for their own gas heat. Therefore, a $20.00 plus adjustment was made to this property in years 1995 through 1997, a $25.00 plus adjustment was made for years 1998 through 2000 and a $40.00 plus adjustment was made to this property for year 2001.

**Line #34 - Cooling:** While air conditioning is provided within each of the comparable properties surveyed, only Comparable Nos. 1, 2 and 5 require that the tenants pay for the electricity to run these units. While it is difficult to accurately estimate a specific dollar adjustment given the fact that different tenants run their air conditioning at different intervals which would ultimately effect the cost of electricity used, a $5.00 plus adjustment is considered to be adequate to cover this expense.

**Line #35 - Cooking:** This category is also difficult to quantify since some tenants cook more or less than others. However, for the purpose of this analysis, a $5.00 plus adjustment has been made to each of the properties surveyed to account for the fact that tenants are responsible for this expense category.

**Line #37 - Other Electric:** Each of the comparable properties surveyed required that the tenants pay for their own electric usage. This category can fluctuate depending on the number of tenants within a suite, the size of the suite as well as various other circumstances which would effect the electricity usage. Overall, based primarily upon a review of operating expenses that have been obtained by Calabrese, Racek and Markos, Inc., it is estimated that the other electric usage within a suite would total approximately $25.00 per month. This figure has been used for the first three effective years and then was increased to $30.00 per month for the last four effective years to account for inflationary trends.

**Line #38 - Cold Water/Sewer:** While this expense is typically the responsibility of the landlord, Comparable No. 3 required that the tenants pay an additional $13.00 per month for this utility. Therefore, a $13.00 plus adjustment was made to Comparable No. 3.

After a thorough inspection of the subject property, it appears that the condition and location of the subject falls within the range that has been established by competing conventional apartment buildings within the area. Thus, the rental rates for the suites in the subject property should be within the range of rental rates established by the market surveys. Therefore, it is estimated that all 201, one bedroom suites within the subject property should have a contract unit rent of $500 per month, as of May 1, 1995. This rental rate would include all utilities except telephone and cable television. The contract rent potential of subject property is estimated by multiplying the contract unit rent per month by the total number of one bedroom apartment units within the complex. Thus, the monthly contract rent potential of the one bedroom apartment units, as of May 1, 1995 is developed as follows:

$500 x 201 units = **$100,500**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 201, one bedroom apartment units within the subject property should have a contract rent of $515 per month including all utilities except telephone and cable television, as of May 1, 1996. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$515 x 201 units = **$103,515**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 201, one bedroom apartment units within the subject property should have a contract rent of $530 per month including all utilities except telephone and cable television, as of May 1, 1997. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$530 x 201 units = **$106,530**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 201, one bedroom apartment units within the subject property should have a contract rent of $570 per month including all utilities except telephone and cable television, as of May 1, 1998. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$570 x 201 units = **$114,570**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 201, one bedroom apartment units within the subject property should have a contract rent of $590 per month including all utilities except telephone and cable television, as of May 1, 1999. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$590 x 201 units = **$118,590**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 201, one bedroom apartment units within the subject property should have a contract rent of $610 per month including all utilities except telephone and cable television, as of May 1, 2000. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$610 x 201 units = **$122,610**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 201, one bedroom apartment units within the subject property should have a contract rent of $620 per month including all utilities except telephone and cable television, as of April 24, 2001. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$620 x 201 units = **$124,620**

ADDENDUM TO

Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 2190 Ambleside Drive | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland, Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| [redacted] | | | | | | | | | | | | |
| 1 | **$ Last Rent / Restricted?** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 2 | **Date Last Leased (mo/yr)** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 3 | **Rent Concessions** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 4 | **Occupancy for Unit Type** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$615** | $1.07 | **$510** | $0.82 | **$680** | $1.24 | **$719** | $1.13 | **$540** | $0.87 |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | |
| 6 | **Structure / Stories** | **E/14** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | **Yr. Built/Yr. Renovated** | **1978** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | **Condition /Street Appeal** | **F/F** | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | **Neighborhood** | **E** | [redacted] | $50 | [redacted] | $50 | [redacted] | | [redacted] | | [redacted] | $50 |
| 10 | **Same Market? Miles to Subj** | | [redacted] | | [redacted] | | [redacted] | — | [redacted] | — | [redacted] | |
| [redacted] | | | | | | | | | | | | |
| 11 | **# Bedrooms** | **1** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | **# Baths** | **1** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | **Unit Interior Sq. Ft.** | **555** | [redacted] | ($3) | [redacted] | ($11) | [redacted] | $1 | [redacted] | ($12) | [redacted] | ($10) |
| 14 | **Balcony/ Patio** | **Y** | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | **AC: Central/ Wall** | **W** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | **Range/ refrigerator** | **RF** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | **Microwave/ Dishwasher** | **N** | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | **Washer/Dryer** | **L** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | **Floor Coverings** | **C** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | **Window Coverings** | **N** | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | **Cable/ Satellite/Internet** | **C** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | **Special Features** | **N** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | |
| 24 | **Parking ($ Fee)** | **L/0** | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | **Extra Storage** | **N** | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | **Security** | **Y** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | **Clubhouse/ Meeting Rooms** | **MR** | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | **Pool/ Recreation Areas** | **N** | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | **Business Ctr / Nbhd Netwk** | **N** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | **Service Coordination** | **N** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | **Non-shelter Services** | **EC** | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | **Y/G** | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | **Cooling (in rent?/ type)** | **Y/E** | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | **Cooking (in rent?/ type)** | **Y/E** | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | **Hot Water (in rent?/ type)** | **Y/G** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | **Other Electric** | **Y** | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | **Cold Water/ Sewer** | **Y** | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | **Trash /Recycling** | **Y** | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| [redacted] | | | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | **Sum Adjustments B to D** | | [redacted] | ($208) | [redacted] | ($106) | [redacted] | ($255) | [redacted] | ($207) | [redacted] | ($80) |
| 42 | **Sum Utility Adjustments** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 43 | ***Net/ Gross Adjmts B to E*** | | [redacted] | *$323* | [redacted] | *$201* | [redacted] | *$309* | [redacted] | *$252* | [redacted] | *$170* |
| [redacted] | | | | | | | | | | | | |
| [redacted] | **Adjusted Rent (5+ 43)** | | **$522** | | **$499** | | **$479** | | **$557** | | **$550** | |
| 45 | Adj Rent/Last rent | | | 85% | | 98% | | 70% | | 77% | | 102% |
| [redacted] | **Estimated Market Rent** | **$500** | **$0.90** | [redacted] | | | | | | | | |

4 30 01

**Appraiser's Signature** **Date**

4/20/01

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 2190 Ambleside Drive | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland, Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | — | $630 | — | $525 | — | $690 | — | $729 | — | $560 | — |
| 2 | **Date Last Leased (mo/yr)** | — | May 1996 | — | May 1996 | — | May 1996 | — | May 1996 | — | May 1996 | — |
| 3 | **Rent Concessions** | | N | — | N | — | N | — | N | — | N | — |
| 4 | **Occupancy for Unit Type** | — | 95% | — | 96% | — | 95% | — | 97% | — | 96% | — |
| 5 | **Effective Rent & Rent/ sq. ft** | — | **$630** | $1.10 | **$525** | $0.84 | **$690** | $1.25 | **$729** | $1.15 | **$560** | $0.90 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/14 | E/6 | — | E/9 | — | E/11 | — | E/8 | — | E/7 | — |
| 7 | **Yr. Built/Yr. Renovated** | 1978 | 1990 | — | 1978 | — | 1989 | — | 1964 | — | 1969 | — |
| 8 | **Condition /Street Appeal** | F/F | E/E | ($150) | G/G | ($50) | E/E | ($150) | E/E | ($150) | G/G | ($50) |
| 9 | **Neighborhood** | E | G | $50 | G | $50 | E | — | E | — | G | $50 |
| 10 | **Same Market? Miles to Subj** | | Y/3 | | Y/2 | | Y/.75 | | Y/.8 | | Y/4.5 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 12 | **# Baths** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 13 | **Unit Interior Sq. Ft.** | 555 | 565 | ($3) | 625 | ($11) | 550 | $1 | 655 | ($12) | 622 | ($10) |
| 14 | **Balcony/ Patio** | Y | Y | — | Y | — | Y | — | N | $5 | Y | — |
| 15 | **AC: Central/ Wall** | W | C | — | W | — | C | — | C | — | C | — |
| 16 | **Range/ refrigerator** | RF | RF | — | RF | — | RF | — | RF | — | RF | — |
| 17 | **Microwave/ Dishwasher** | N | Y/Y | ($20) | N/Y | ($10) | Y/Y | ($20) | N/Y | ($10) | N/Y | ($10) |
| 18 | **Washer/Dryer** | L | L | — | L | — | L | — | L | — | L | — |
| 19 | **Floor Coverings** | C | C | — | C | — | C | — | C | — | C | — |
| 20 | **Window Coverings** | N | B | ($5) | B | ($5) | B | ($5) | B | ($5) | B | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | C | — | C | — | C | — | C | — | C | — |
| 22 | **Special Features** | N | N | — | N | — | N | — | N | — | N | — |
| 23 | | | | — | | — | | — | | — | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | G/35 | | G/35 | | G/0 | ($50) | G/35 | | G/30 | |
| 25 | **Extra Storage** | N | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | — |
| 27 | **Clubhouse/ Meeting Rooms** | MR | N | $5 | N | $5 | N | $5 | N | $5 | Y | — |
| 28 | **Pool/ Recreation Areas** | N | N/E | ($25) | N/E | ($25) | N/E | ($25) | N/E | ($25) | N | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | — | N | — | N | — | N | — | N | — |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | EC | N | $5 | N | $5 | N | $5 | N | $5 | N | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/G | N/G | $20 | Y/G | | Y/G | | Y/G | | Y/G | |
| 34 | **Cooling (in rent?/ type)** | Y/E | N/E | $5 | N/E | $5 | Y/E | — | Y/E | — | N/E | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | Y/G | | Y/G | | Y/G | | Y/G | | Y/G | |
| 37 | **Other Electric** | Y | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | N | $13 | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | — | Y | — | Y | — | Y | — | Y | — |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 | 2 | 5 |
| 41 | **Sum Adjustments B to D** | | $60 | ($208) | $60 | ($106) | $11 | ($255) | $15 | ($207) | $55 | ($80) |
| 42 | **Sum Utility Adjustments** | | $35 | | $30 | | $43 | | $30 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | ($93) | *$323* | ($11) | *$201* | ($201) | *$309* | ($162) | *$252* | $10 | *$170* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | **$537** | | **$514** | | **$489** | | **$567** | | **$570** | |
| 45 | Adj Rent/Last rent | | | 85% | | 98% | | 71% | | 78% | | 102% |
| 46 | **Estimated Market Rent** | $515 | $0.93 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

4 30 01

Appraiser's Signature Date

4/30/01 Grid was prepared: **Manually** **Using HUD's Excel form**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject: Ambleside Tower Apartments, 2160 Ambleside Drive, Cleveland, Cuyahoga County | Data on Subject | Comp #1: Kensington Place, 30 Severance Circle, Cleveland Hts. Cuyahoga | | Comp #2: Concord Apts, 35 Severance Circle, Cleveland Hts., Cuyahoga | | Comp #3: Triangle Apts, 11457 Mayfield Road, Cleveland, Cuyahoga | | Comp #4: Waldorf Tower Apts, 2300 Overlook Dr., Cleveland Hts., Cuyahoga | | Comp #5: Huntington Green, 2200 Milton Road, University Hts. Cuyahoga | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 2 | Date Last Leased (mo/yr) | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 3 | Rent Concessions | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 4 | Occupancy for Unit Type | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 5 | Effective Rent & Rent/ sq. ft | | $630 | $1.10 | $540 | $0.86 | $700 | $1.27 | $739 | $1.16 | $570 | $0.92 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/14 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 7 | Yr. Built/Yr. Renovated | 1978 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | E | [redacted] | $50 | [redacted] | $50 | [redacted] | — | [redacted] | — | [redacted] | $50 |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 12 | # Baths | 1 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 13 | Unit Interior Sq. Ft. | 555 | [redacted] | ($3) | [redacted] | ($11) | [redacted] | $1 | [redacted] | ($12) | [redacted] | ($10) |
| 14 | Balcony/ Patio | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | $5 | [redacted] | — |
| 15 | AC: Central/ Wall | W | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 19 | Floor Coverings | C | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | |
| 22 | Special Features | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 23 | | | | | | | | | | | | |
| D. | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ($ Fee) | L/0 | [redacted] | — | [redacted] | — | [redacted] | ($50) | [redacted] | — | [redacted] | — |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | — |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | — |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 30 | Service Coordination | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | — | [redacted] | — | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 37 | Other Electric | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | Cold Water/ Sewer | Y | [redacted] | — | [redacted] | — | [redacted] | $13 | [redacted] | — | [redacted] | — |
| 39 | Trash /Recycling | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($208) | [redacted] | ($106) | [redacted] | ($255) | [redacted] | ($207) | [redacted] | ($80) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$323* | [redacted] | *$201* | [redacted] | *$309* | [redacted] | *$252* | [redacted] | *$170* |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $537 | | $529 | | $499 | | $577 | | $580 | |
| 45 | Adj Rent/Last rent | | | 85% | | 98% | | 71% | | 78% | | 102% |
| 46 | Estimated Market Rent | $530 | $0.95 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

Appraiser's Signature 4 30 01 Date

4/30/01 Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | *Subject* | Data | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments | on | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 2190 Ambleside Drive | Subject | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland, Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | — | $675 | — | $575 | — | $710 | — | $749 | — | $570 | — |
| 2 | **Date Last Leased (mo/yr)** | — | May 1998 | — | May 1998 | — | May 1998 | — | May 1998 | — | May 1998 | — |
| 3 | **Rent Concessions** | — | N | — | N | — | N | — | N | — | N | — |
| 4 | **Occupancy for Unit Type** | — | [illegible] | — | [illegible] | — | 96% | — | 95% | — | 97% | — |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$675** | **$1.17** | **$575** | **$0.92** | **$710** | **$1.29** | **$749** | **$1.18** | **$570** | **$0.92** |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/14 | [illegible] | — | E/9 | — | E/11 | — | E/8 | — | E/7 | — |
| 7 | **Yr. Built/Yr. Renovated** | 1978 | [illegible] | — | 1970 | — | 1989 | — | 1964 | — | 1969 | — |
| 8 | **Condition /Street Appeal** | F/F | E/E | ($150) | G/G | ($50) | E/E | ($150) | E/E | ($150) | G/G | ($50) |
| 9 | **Neighborhood** | E | G | $50 | G | $50 | E | — | E | — | G | $50 |
| 10 | **Same Market? Miles to Subj** | | [illegible] | | [illegible] | | Y/.25 | | [illegible] | | Y/.5 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 12 | **# Baths** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 13 | **Unit Interior Sq. Ft.** | 555 | [illegible] | ($3) | [illegible] | ($11) | [illegible] | $1 | 635 | ($12) | 622 | ($10) |
| 14 | **Balcony/ Patio** | Y | Y | — | Y | — | Y | — | N | $5 | Y | — |
| 15 | **AC: Central/ Wall** | W | C | — | W | — | C | — | C | — | C | — |
| 16 | **Range/ refrigerator** | RF | RF | — | RF | — | RF | — | RF | — | RF | — |
| 17 | **Microwave/ Dishwasher** | N | Y/Y | ($20) | N/Y | ($10) | Y/Y | ($20) | N/Y | ($10) | N/Y | ($10) |
| 18 | **Washer/Dryer** | L | L | — | L | — | L | — | L | — | L | — |
| 19 | **Floor Coverings** | C | C | — | C | — | C | — | C | — | C | — |
| 20 | **Window Coverings** | N | B | ($5) | B | ($5) | B | ($5) | B | ($5) | B | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | C | — | C | — | C | — | C | — | C | — |
| 22 | **Special Features** | N | N | — | N | — | N | — | N | — | N | — |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | L/0 | [illegible] | | G/35 | | G/0 | ($50) | G/35 | | G/30 | |
| 25 | **Extra Storage** | N | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | N | $5 | N | $5 | N | $5 | N | $5 | Y | — |
| 28 | **Pool/ Recreation Areas** | N | N/E | ($25) | N/E | ($25) | N/E | ($25) | N/E | ($25) | N | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | — | N | — | N | — | N | — | N | — |
| 30 | **Service Coordination** | N | N | — | N | — | N | — | N | — | N | |
| 31 | **Non-shelter Services** | EC | N | $5 | N | $5 | N | $5 | N | $5 | N | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/G | N/G | $25 | Y/G | | Y/G | — | Y/G | — | Y/G | |
| 34 | **Cooling (in rent?/ type)** | Y/E | N/E | $5 | N/E | $5 | Y/E | | Y/E | | N/E | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | Y/G | | Y/G | | Y/G | | Y/G | | Y/G | |
| 37 | **Other Electric** | Y | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | Y | Y | — | Y | — | N | $13 | Y | — | Y | — |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | — | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 | 2 | 5 |
| 41 | **Sum Adjustments B to D** | — | [illegible] | ($208) | [illegible] | ($106) | $11 | ($255) | $15 | ($207) | $55 | ($80) |
| 42 | **Sum Utility Adjustments** | — | $65 | | $40 | | $48 | | $35 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | [illegible] | *$333* | [illegible] | *$206* | [illegible] | *$314* | [illegible] | *$257* | $15 | *$175* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | **$592** | | **$569** | | **$514** | | **$592** | | **$585** | |
| 45 | Adj Rent/Last rent | | | 88% | | 99% | | 72% | | 79% | | 103% |
| 46 | **Estimated Market Rent** | **$570** | **$1.03** | Estimated Market Rent/ Sq. Ft | | | | | | | | |

4 30 01

**Appraiser's Signature** **Date**

4/30/01

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| # | Subject: Ambleside Tower Apartments, 2190 Ambleside Drive, Cleveland, Cuyahoga County | Data on Subject | Comp #1: Kensington Place, 30 Severance Circle, Cleveland Hts. Cuyahoga | | Comp #2: Concord Apts, 35 Severance Circle, Cleveland Hts., Cuyahoga | | Comp #3: Triangle Apts, 11457 Mayfield Road, Cleveland, Cuyahoga | | Comp #4: Waldorf Tower Apts, 2300 Overlook Dr., Cleveland Hts., Cuyahoga | | Comp #5: Huntington Green, 2200 Milton Road, University Hts. Cuyahoga | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 2 | Date Last Leased (mo/yr) | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 3 | Rent Concessions | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 4 | Occupancy for Unit Type | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 5 | Effective Rent & Rent/ sq. ft | | $685 | $1.19 | $595 | $0.95 | $720 | $1.31 | $759 | $1.20 | $605 | $0.97 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/14 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 7 | Yr. Built/Yr. Renovated | 1978 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | E | [redacted] | $50 | [redacted] | $50 | [redacted] | | [redacted] | | [redacted] | $50 |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | — | [redacted] | — | [redacted] | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 555 | [redacted] | ($3) | [redacted] | ($11) | [redacted] | $1 | [redacted] | ($12) | [redacted] | ($10) |
| 14 | Balcony/ Patio | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | $5 | [redacted] | — |
| 15 | AC: Central/ Wall | W | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | — | [redacted] | — | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | — | [redacted] | — | [redacted] | | [redacted] | | [redacted] | — |
| 23 | | | | | | | | | | | | |
| D | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ($ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | — |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | — |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | — |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $25 | [redacted] | | [redacted] | — | [redacted] | — | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | — | [redacted] | — | [redacted] | | [redacted] | — | [redacted] | — |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($208) | [redacted] | ($106) | [redacted] | ($255) | [redacted] | ($207) | [redacted] | ($80) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | $333 | [redacted] | $206 | [redacted] | $314 | [redacted] | $257 | [redacted] | $175 |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $602 | | $589 | | $524 | | $602 | | $620 | |
| 45 | Adj Rent/Last rent | | | 88% | | 99% | | 73% | | 79% | | 102% |
| 46 | Estimated Market Rent | $590 | $1.06 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

4 30 01

Appraiser's Signature Date

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:* [redacted]

| | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 2190 Ambleside Drive | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland, Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | [redacted] | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | **Date Last Leased (mo/yr)** | [redacted] | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | **Rent Concessions** | [redacted] | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | **Occupancy for Unit Type** | [redacted] | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $698 | $1.21 | $615 | $0.98 | $730 | $1.33 | $769 | $1.21 | $625 | $1.00 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/14 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | **Yr. Built/Yr. Renovated** | 1978 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | **Condition /Street Appeal** | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | **Neighborhood** | E | [redacted] | $50 | [redacted] | $50 | [redacted] | | [redacted] | | [redacted] | $50 |
| 10 | **Same Market? Miles to Subj** | [redacted] | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | **# Baths** | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | **Unit Interior Sq. Ft.** | 555 | [redacted] | ($3) | [redacted] | ($11) | [redacted] | $1 | [redacted] | ($12) | [redacted] | ($10) |
| 14 | **Balcony/ Patio** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | **AC: Central/ Wall** | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | **Range/ refrigerator** | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | **Microwave/ Dishwasher** | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | **Washer/Dryer** | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | **Floor Coverings** | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | **Window Coverings** | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | **Special Features** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | | | | | | | | | | |
| D. | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | **Extra Storage** | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | **Security** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | **Pool/ Recreation Areas** | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | **Business Ctr / Nbhd Netwk** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | **Service Coordination** | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | **Non-shelter Services** | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | **Cooling (in rent?/ type)** | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | **Other Electric** | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | **Cold Water/ Sewer** | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | **Trash /Recycling** | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | **Sum Adjustments B to D** | | [redacted] | ($208) | [redacted] | ($106) | [redacted] | ($255) | [redacted] | ($207) | [redacted] | ($80) |
| 42 | **Sum Utility Adjustments** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | [redacted] | *$333* | [redacted] | *$206* | [redacted] | *$314* | [redacted] | *$257* | [redacted] | *$175* |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $615 | | $609 | | $534 | | $612 | | $640 | |
| 45 | Adj Rent/Last rent | | | 88% | | 99% | | 73% | | 80% | | 102% |
| 46 | **Estimated Market Rent** | $610 | $1.10 | [redacted] | | | | | | | | |

4 30 01

**Appraiser's Signature** **Date**

4/30/01

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

 Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 2190 Ambleside Drive | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland, Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | $708 | — | $625 | — | $759 | — | $799 | — | $640 | — |
| 2 | Date Last Leased (mo/yr) | | Apr 2001 | — | Apr 2001 | — | Apr 2001 | — | Apr 2001 | — | Apr 2001 | — |
| 3 | Rent Concessions | | N | — | N | — | N | — | N | — | N | — |
| 4 | Occupancy for Unit Type | | 100% | — | 99% | — | 100% | — | 100% | — | 97% | — |
| 5 | Effective Rent & Rent/ sq. ft | | $708 | $1.23 | $625 | $1.00 | $759 | $1.38 | $799 | $1.26 | $640 | $1.03 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/14 | E/8 | — | E/9 | — | E/11 | — | E/8 | — | E/7 | — |
| 7 | Yr. Built/Yr. Renovated | 1978 | 1920 | — | 1974 | — | 1989 | — | 1964 | — | 1969 | — |
| 8 | Condition /Street Appeal | F/F | E/E | ($150) | G/G | ($50) | E/E | ($150) | E/E | ($150) | G/G | ($50) |
| 9 | Neighborhood | E | G | $50 | G | $50 | E | — | E | — | G | $50 |
| 10 | Same Market? Miles to Subj | | Y/.5 | | Y/.5 | | Y/.75 | | Y/.5 | | Y/4.5 | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 12 | # Baths | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | Unit Interior Sq. Ft. | 555 | 575 | ($3) | 625 | ($11) | 550 | $1 | 635 | ($12) | 622 | ($10) |
| 14 | Balcony/ Patio | Y | Y | — | Y | — | Y | — | N | $5 | Y | — |
| 15 | AC: Central/ Wall | W | C | | W | | C | — | C | | C | |
| 16 | Range/ refrigerator | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | Microwave/ Dishwasher | N | Y/Y | ($20) | N/Y | ($10) | Y/Y | ($20) | N/Y | ($10) | N/Y | ($10) |
| 18 | Washer/Dryer | L | L | — | L | — | L | — | L | — | L | — |
| 19 | Floor Coverings | C | C | — | C | — | C | — | C | — | C | — |
| 20 | Window Coverings | N | B | ($5) | B | ($5) | B | ($5) | B | ($5) | B | ($5) |
| 21 | Cable/ Satellite/Internet | C | C | | C | | C | — | C | | C | |
| 22 | Special Features | N | N | | N | | N | — | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ( $ Fee) | L/0 | G/45 | | G/35 | | G/0 | ($50) | G/35 | | G/30 | |
| 25 | Extra Storage | N | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | Security | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | Clubhouse/ Meeting Rooms | MR | N | $5 | N | $5 | N | $5 | N | $5 | Y | — |
| 28 | Pool/ Recreation Areas | N | N/E | ($25) | N/E | ($25) | N/E | ($25) | N/E | ($25) | N | — |
| 29 | Business Ctr / Nbhd Netwk | N | N | — | N | — | N | | N | — | N | — |
| 30 | Service Coordination | N | N | | N | | N | | N | | N | |
| 31 | Non-shelter Services | EC | N | $5 | N | $5 | N | $5 | N | $5 | N | $5 |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | N/G | $40 | Y/G | | Y/G | | Y/G | | Y/G | |
| 34 | Cooling (in rent?/ type) | Y/E | N/E | $5 | N/E | $5 | Y/E | — | Y/E | — | N/E | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | Y/G | | Y/G | | Y/G | | Y/G | | Y/G | |
| 37 | Other Electric | Y | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | Cold Water/ Sewer | Y | Y | — | Y | — | N | $13 | Y | — | Y | — |
| 39 | Trash /Recycling | Y | Y | | Y | | Y | | Y | | Y | |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 | 2 | 5 |
| 41 | Sum Adjustments B to D | | $60 | ($208) | $60 | ($106) | $11 | ($255) | $15 | ($207) | $55 | ($80) |
| 42 | Sum Utility Adjustments | | $80 | | $40 | | $48 | | $35 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | ($68) | *$348* | ($6) | *$206* | ($196) | *$314* | ($157) | *$257* | $15 | *$175* |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $640 | | $619 | | $563 | | $642 | | $655 | |
| 45 | Adj Rent/Last rent | | | 90% | | 99% | | 74% | | 80% | | 102% |
| 46 | Estimated Market Rent | $620 | $1.12 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

[signature] 4/30/01

Appraiser's Signature [signature] Date 4/30/01

Grid was prepared: Manually Using HUD's Excel form



Subject
BRATENAHL
EAST
CLEVELAND
CLEVELAND
HEIGHTS
SOUTH
EUCLID
UNIVERSITY
HEIGHTS
SHAKER
HEIGHTS
WARRENSVILLE
TOWNSHIP
WARRENSVILLE
HEIGHTS
NORTH
RANDALL
GARFIELD
Forest Hills
Park
Lakeview
Cemetery
Case
Western Reserve
Univ.
John Carroll
Univ.
Luke Easter
Park
Highland
Cemetery
Highland
Park
Golf Course
Canterbury
Country Club
Shaker
Hts.
Country Club
Oakwood
Country
Club
Thistledown
Race Track
Euclid
Creek
Reservation
Denison
Park
CHARDON
ANDERSON
MAYFIELD
CEDAR
FAIRMOUNT
CHAGRIN
HARVARD
MILES
WOODLAND
FREEWAY



Rent Comparable 1



Rent Comparable 2



Rent Comparable 3



Rent Comparable 4



Rent Comparable 5

*Attachment #1a*

*Appraiser Certification*

*Project Name:* Ambleside Tower Apartments *FHA Project No :* ____________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek inspected the interior and exterior of the subject property. Richard G. Racek inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ____________________.

**Warning:** ***If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.***

Appraiser's Name: Richard G. Racek **Signature:** [signature]
Date: 4/30/01

Permanent License No: 383427 **Issuing State:** Ohio

Expires: 11/01

Did you prepare the RCS under a temporary license? No *If so, attach a copy of the temporary license.*

*Attachment #1a*

## *Appraiser Certification*

*Project Name:* Ambleside Tower Apartments *FHA Project No :* ____________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek, Jr inspected the interior and exterior of the subject property. Richard G. Racek, Jr inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ____________________.

**Warning***:* **If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

**Appraiser's Name:** Richard G. Racek, Jr. **Signature:** [signature]
**Date:** 4/30/01

**Permanent License No:** 428964 **Issuing State:** Ohio

**Expires:** 7/01

**Did you prepare the RCS under a temporary license?** No *If so, attach a copy of the temporary license.*

## APPRAISAL QUALIFICATIONS OF

## RICHARD G. RACEK, MAI

| | |
|---|---|
| RESIDENCE: | 6567 Creekside Trail, Solon, Ohio |
| EDUCATION: | Graduate, Ohio State University, Class of 1968<br>B.S. in Commerce and Business Administration<br>Major in Real Estate and Appraising |
| FIELD OF STUDY: | Real Estate Appraising, Real Estate Law, Financing, Site Planning, Landscape Architecture, Land Economics, Urban and Industrial Geography, AIREA Courses 1, 1B, 2, 7, Standards of Professional Practice |
| OFFICES HELD: | Chairman of the Planning Commission of the City of Warrensville Heights, Ohio<br>Councilman at Large in the City of Warrensville Heights |
| EXPERIENCE: | 1962 to Present<br>Originally employed by the William J. Racek & Associates Real Estate Company in Warrensville Heights, Ohio.<br>Associated from 1968 to 1969 with the Continental Appraisal Company, Columbus, Ohio.<br>Associated from February, 1969 to February, 1979 with the Ostendorf-Morris Company, Cleveland, Ohio.<br>Partner and President - Calabrese, Racek and Markos, Inc., Cleveland, Ohio<br><br>Real Estate Management, Columbus, Ohio<br>Licensed Real Estate Broker - State of Ohio |
| CLIENTS: | Commercial Banks<br>Major Insurance Companies<br>Federal Agencies<br>State of Ohio, Department of Highways<br>County Departments<br>Many Industrial Corporations<br>Principal Railroads<br>Public Utilities |

Appraisal experience includes all types of real estate including residential, retail, commercial, industrial, leasehold and fee interest, easement areas and court testimony experience.

| | |
|---|---|
| MEMBERSHIPS: | MAI - Appraisal Institute<br>"The Appraisal Institute conducts a program for its designated members. MAI's and SRA's who meet the minimum standards of this program are awarded periodic educational certification. I am currently certified under this program."<br>Realtor - Cleveland Area Board of Realtors<br>State Certified Appraiser #383427 |

1/1/95

**APPRAISER QUALIFICATIONS OF**
**RICHARD G. RACEK, JR.**

**RESIDENCE:** 6609 Copley Avenue, Solon, Ohio

**EDUCATION:** Graduate, Ohio State University, Class of 1996
B.S. in Business Administration With a Major
in Real Estate and Urban Analysis

**FIELD OF STUDY:** Real Estate Appraising, Real Estate Law, Real Estate Financing, City and Regional Planning, and Architecture
Appraisal Institute Courses:

| | |
|---|---|
| Appraisal Principles 110 | General Applications 320 |
| Appraisal Procedures 120 | Standards of Prof. Prac. Part A |
| Basic Income Capitalization 310 | Standards of Prof. Prac. Part B |

Advanced Income Capitalization 510
Highest & Best Use and Market Analysis 520
Advanced Sales Comparison & Cost Approaches 530
Advanced Applications 550

**EXPERIENCE:**

June 1989 - 1996: Real Estate/Intern
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

1996 - Present: Real Estate Appraiser
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

**SCOPE OF APPRAISAL EXPERIENCE:**

Comprehensive background in commercial, industrial, residential and multi-family real estate appraisal. Including: various new and proposed commercial and industrial properties in Greater Cleveland and throughout the State of Ohio, including but not limited to offices, strip shopping centers, apartments, heavy industrial complexes, multiple occupancy light industrial complexes, vacant land, residential, restaurants, auto dealerships and special use properties. Expert testimony has been performed at numerous Board of Revisions and the Ohio Board of Tax Appeals. This work has been completed at the request of various commercial banks, major insurance companies, government agencies, many commercial and industrial corporations, attorneys and private individuals.

**STATE LICENSE/ CERTIFICATES:**

Licensed real estate sales person, State of Ohio
Certified General Real Estate Appraiser, State of Ohio
Certificate #428964

**AFFILIATIONS:** Associate Member of the Appraisal Institute

Revised 1/7/2000

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser Richard G. Racek

2. Class of Certification/Licensure: x Certified General
____ Licensed Residential
____ Temporary ____ General ____ Licensed

Certification/Licensure Number: 383427

3. Scope: This report x is within the scope of my Certification or License.
____ is not within the scope of my Certification or License.

4. Service Provided By: x Disinterested & Unbiased Third Party
____ Interested & Biased Third Party
____ Interested Third Party on Contingent Fee Basis

5. Signature of person preparing and reporting the appraisal [signature]

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland (216) 787-3100

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser: Richard G. Racek, Jr.

2. Class of Certification/Licensure:

   X Certified General
   ___ Certified Residential
   ___ Licensed Residential
   ___ Temporary ___ General ___ Licensed

   Certification/Licensure Number: 428964

3. Scope: This report X is within the scope of my Certification/License

   ___ is not within the scope of my Certification/License

4. Service provided by: X disinterested & unbiased third party
   ___ interested & biased third party
   ___ interested third party on contingent fee basis

5. Signature of person preparing and reporting the appraisal

   [signature]

THIS FORM MUST BE INCLUDED IN CONJUNCTION WITH ALL APPRAISAL ASSIGNMENTS OR SPECIALIZED SERVICES PERFORMED BY A STATE-CERTIFIED OR STATE-LICENSED REAL ESTATE APPRAISER.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland OH
(216) 787-3100