# HUD RENT SURVEY
# OF
# A 180 Unit Apartment Building

**Owner:** Cuyahoga Metropolitan Housing Authority  **Map Ref.:** 21-B-2
**Property Address:** 55 West Bagley Road  **PPN:** 364-04-001 to -004

**City:** Berea **County:** Cuyahoga **State:** Ohio **Zip Code:** 44017
**SMSA/Census Tract:** 1680/1342.04

**Client:** Cuyahoga Metropolitan Housing Authority, c/o Kelley, McCann & Livingstone, LLP
**Client's Address:** 3500 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2302

**Sales History**
**Current Sale Price:** N/A  **Current Sale Date:** N/A
**Previous Sale Date:** No transfer has occurred since 1979
**Property Rights Appraised:** Fee simple, subject to short term leases.
**Purpose of Analysis:** Estimate market rent.
**Intended Use of Appraisal:** External reporting.
**Effective Date of Appraisal:** June 1, 1995, June 1, 1996, June 1, 1997, June 1, 1998, June 1, 1999, June 1, 2000
**Date of Inspection:** November 6, 2000

## EXTENT OF DATA COLLECTION

The first section of this report will include a descriptive analysis of the general and specific neighborhood market area, the site, and improvements. This analysis will ascertain the market in which the subject units exists. The second portion of the report will include the analysis employed to estimate the market rent of the subject units within its market.

The data that was selected in developing this rent survey was considered the most pertinent available. The extent of the data verification was commensurate with what was believed necessary to complete this assignment. This typically included a review of courthouse records, actual documentation that is retained in our files, and an interview with at least one person involved with each comparable property surveyed.

## NEIGHBORHOOD ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Location:** | Suburban | | **Property Values:** | Increasing |
| **Built-up:** | 97% | | **Housing Demand/Supply:** | In Balance |
| **Present Land Use:** | Single Family: | 49% | **Predominant Occupancy:** | Owner |
| | Two-Four Family: | 3% | **Change in Present Land Use:** | Not Likely |
| | Multi-Family: | 10% | | |
| | Commercial: | 20% | | |
| | Vacant: | 3% | | |

**Single Family**

| | | | | | |
|---|---|---|---|---|---|
| **Price Range:** | $55,000 | **To** | $150,000 Plus | **Predominant:** | $85,000 |
| **Age:** | 45 | **To** | 100+ **Years Plus** | **Predominant:** | 70± **Years** |

**Typical Apartment**

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | Walk-up | **No. Stories:** | 2-4 levels | | |
| **No. Units:** | 6-40± | **Age:** | 35±Years | | |
| **Condition:** | Average | **Rent Levels:** | Stable to Rising | **Rent Controls:** | None |

**Estimated Neighborhood Apartment Vacancy Rate:** 5%-10%

**Overall Rating**

| | | | |
|---|---|---|---|
| **Employment Stability:** | Average | **Property Compatibility:** | Average - Good |
| **Adequacy Of Utilities:** | Average | **Protection From Detrimental Conditions:** | Average - Good |
| **Convenience Of Schools:** | Average | **General Appearance Of Properties:** | Average - Good |
| **Police And Fire Protection:** | Average | **Appeal to Market:** | Average - Good |
| **Recreational Facilities:** | Average | | |

| Accessibility To | Distance | Access Or Convenience |
|---|---|---|
| **Public Transportation:** | Immediate | Good |
| **Employment Centers:** | .25 to 10 Miles | Average - Good |
| **Shopping Facilities:** | Immediate | Good |
| **Grammar Schools:** | .25 Mile | Average |
| **Freeway Access:** | 2.5± Miles | Average |

**Comments:** The subject property is located in the central portion of the City of Berea which is located southwest of the Cleveland Central Business District. The land uses in the area include single family, multi-family, commercial/retail and industrial. It should be noted that the Baldwin Wallace College is located within the immediate subject neighborhood. The Berea Recreation Center is located approximately one-third mile north of the subject. Northwest of the subject comprises an industrial district within the city. Access to the interstate

freeway system (Interstate 71) is less than 2.5 miles east of the subject property. The Cleveland Hopkins International Airport is located approximately 1.5 miles north of the subject. The area's proximity to employment opportunities (industrial and commercial) as well as the ease of access to transportation (freeway and airport) and the presence of Baldwin Wallace College enhances the desirability/marketability of residential rental properties within this area. Shopping and services can be found in the immediate subject neighborhood (Downtown Berea) as well as surrounding neighborhoods. These amenities (shopping, transportation and employment) contribute to the low vacancy rates which are currently in existence. Accordingly, the subject neighborhood should remain a desirable apartment rental market into the foreseeable future and contribute to the low vacancy rates and stable to rising rent levels.

**SITE ANALYSIS**

**Dimensions:** Irregular **Area:** 87,555 SF or 2.01 ± acres
**Topography:** Generally level.
**View Amenity:** Average - Multi family residential, single family dwellings and commercial.
**Drainage/Flood Conditions:** None noted at the time of inspection.
**Is The Property Located In A HUD Identified Special Flood Area?** No: Zone C (CP#390097 0001 B - June 1, 1979)
**Zoning:** RO; Residence - Office
**Present Improvements:** A permitted non-conforming (grandfathered) use of the land.
**Highest And Best Use:** Present multi-family use.

**Off-Site Improvements**

| | | | |
|---|---|---|---|
| **Electricity:** | Public | **Storm Sewer:** | Yes |
| **Gas:** | Public | **Curb/Gutter:** | Yes-Concrete |
| **Water:** | Public | **Sidewalk:** | Yes-Concrete |
| **Sanitary Sewer:** | Public | **Streetlight:** | Yes-Pole Mounted |

**Street:** Asphalt Paved - 80' ROW along West Bagley Road and 65'± ROW along Mulberry Street.
**Ingress And Egress (Adequacy):** Adequate - from both West Bagley Road and Mulberry Street.

**Comments: (Including Any Easements Or Encroachments Or Any Nonconforming Use(s) Or Present Improvements)**
There are no apparent adverse easements or encroachments associated with the subject property. However, normal utility easements are assumed. As indicted the subject has frontage on two public rights-of-way.

**DESCRIPTION OF IMPROVEMENTS**

**Type:** elevator **No. Of Stories:** 11 **No. Of Bldgs.:** 1
**Bldg. Size:** 142,734± sq.ft. **Unit Mix:** 180 one bedroom units.
**No. Of Rooms:** 720 **No. Of Baths:** 180 Year Built: 1979
**Basic Structural System:** Masonry **Exterior Walls:** Brick **Windows:** Sliding in metal frames.
**Roof:** Flat, built-up composition **Interior Walls:** Drywall
**Floors:** Carpet & composition **Bath Floors & Walls:** Composition & ceramic tile/drywall
**Adequacy Of Soundproofing:** Average **Heating:** Baseboard **Type:** Electric
**Condition:** Average to fair **Air Conditioning:** window
**Elevator(s):** Two **Security Features:** Buzzer entry, locking doors and windows.
**Kitchen Cabinets, Drawers And Counter Space:** Average **Condition:** Fair

**Appliances**

**Range/Oven:** 180 **Refrigerator:** 180 **Dishwasher:** 0 **Disposal:** 0
**Hot Water Heater(s):** Gas fired, boilers (property owner pays for hot water).
**Plumbing Fixtures:** Four fixtures per unit.
**Electrical Service:** Adequate considering age (property owner pays for electric).
**Recreational Facilities:** Activity room with kitchen and two public restrooms.
**Effective Age:** 15-20 **Years** **Estimated Remaining Economic Life:** **30-35 Years**

**Overall Property Ratings**

| | |
|---|---|
| **General Appearance Of Property:** | Average to fair |
| **Quality Of Construction (Materials And Finish):** | Average |
| **Condition Of Improvements:** | Average to fair |
| **Room Size And Layout:** | Average |
| **Closets And Storage:** | Average |
| **Plumbing-Adequacy And Condition:** | Average |
| **Electrical-Adequacy And Condition:** | Average |
| **Amenities And Parking Facilities:** | Fair to poor |
| **Appeal To Market:** | Average to fair |

**Comments: (Special Features, Functional Or Physical Inadequacies, Repairs Needed, Modernization, Etc.)**
The subject property consists of a 1979 vintage, masonry, elevator apartment building that has been fairly well maintained. The property contains a total of 180 one bedroom units The individual units are accessed off of common hallways. These units are typically finished with painted drywall walls, painted precast concrete ceilings, carpeted or composition tile floors. Each suite has one full bathroom and a kitchen. The units are heated by electric baseboard heat and through the wall air conditioning units. The common amenities include halls/stairways, laundry rooms, an activities room with kitchen, two public baths, and management offices. Site improvements include a concrete and asphalt drive and parking area, lawn and general landscaping.

At the time of inspection, each of the units inspected were considered to be in average to fair overall condition. No evidence of deferred maintenance was noted at the time of inspection.

REAL ESTATE TAX INFORMATION - 1999

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Assessed Value** | **Land:** | $ 154,000 | **Building:** | $1,732,500 | **Total:** | $1,886,500 |
| **100% Market Value** | **Land:** | $ 440,000 | **Building:** | $4,950,000 | **Total:** | $5,390,000 |
| **Annual Taxes** | **Gross Tax:** | $ 0 | **Less Credits & Rollbacks:** | $ 0 | **Net Tax:** | $ 0 |
| **Special Assessments:** $ 0 | **Net Taxes & Special Assessments:** | | | $ 0 | | |

This property is exempt from real estate taxes.

**HIGHEST AND BEST USE**

Highest and best use is a fundamental concept in the valuation of real estate which is defined as follows:

> "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability."

SOURCE: The Dictionary of Real Estate Appraisal. - 3rd edition. Appraisal Institute, 1993.

The highest and best use of the land, considered separately **as if vacant** and available for development, may differ from the highest and best use of the property **as improved** with existing building improvements. Therefore, for improved properties, a separate analysis of highest and best use must be developed for each of the following:

1. The highest and best use of the site as **if vacant**.
2. The highest and best use of the site as **improved**.

The only exception in valuing land as if vacant is when the site has been developed to an intensity that is higher than would be allowed under the current zoning. If the remaining economic life of the building improvements is sufficient, the land is valued according to the intensity of development. By doing so, an economic balance is maintained between the agents of production (land, labor, capital, and coordination) which will result in a more accurate value indication.

Factors that must be taken into consideration in determining the highest and best use of the property include the following:

1. Existing land use regulations.
2. Probable modifications to the existing land use regulations.
3. Economic demand.
4. Physical adaptability of the property.
5. Neighborhood trends.
6. Optimal use of the property.

Subject Review

As was indicated previously, the subject property is a 1979 vintage apartment complex consisting of 180 suites. The units consist of one bedroom units. A modernly designed facility would typically comprise a more functional complex and unit layout, however, the existing units are quite acceptable. The property is currently in average to fair condition. The building improvements are considered to comprise a legal, non-conforming use of the land according to the City of Berea Zoning Department. Demand exists for such facilities as is evidenced by stable occupancy levels within the general subject market area.

Highest and Best Use as Vacant

The highest and best use of the subject site, if vacant, is considered to be for a permitted use which would be in conformance with the zoning regulations.

Highest and Best Use as Improved

The highest and best use of the subject site, as improved, is considered to be for its continued multi-family use. Inasmuch as the value of the subject property is significantly greater than the value of the subject site if vacant, as well as the fact that there is no reason to raze the existing improvements, it is therefore concluded that the highest and best use of the subject property is its current multi-family use.

METHOD OF ANALYSIS

As was indicated previously the purpose of this report is to estimate the current market rent for the apartment units located within the subject property which are participating in a HUD rent assistance program. Presented on the following pages are the U.S. Department of Housing and Urban Development (HUD) Form HUD-92273 (-S8) which were used in analyzing the rents for the subject units. A total of five apartment projects located within the subject's market area were analyzed. Adjustments were made due to the variance in the size of an individual units, utility expense responsibilities and overall condition of the properties. Plus adjustments were made in cases where features of the comparable property were deemed to be inferior to that of the subject and conversely minus adjustments were made when features of the comparable property were determined to be superior to that of the subject property. As indicated on the following rent comparability grids, various adjustments were made to each of the properties surveyed. The following paragraphs will briefly describe why each of the adjustments were made.

**Line #8 - Condition/Street Appeal:** Each of the complexes surveyed involved properties that were improved with structures that were built between 1963 and 1971. These buildings were all considered to be superior to the subject in terms of both condition and street appeal which would require downward adjustments. Comparable Nos. 1, 2 and 4 required a downward adjustment of say $25.00 for their superior condition and appeal. Comparable Nos. 3 and 5 were considered to be in even more superior condition and thus $40.00 minus adjustments were made to these properties. The adjustments were carried forward for each of the effective years in question.

**Line #13 - Unit Interior Square Feet:** Adjustments were made to each of the comparable properties when the square footage of the suites differed from the subject property. The difference in the square footage between each of the comparables and the subject was multiplied by approximately $0.15 per square foot in order to arrive at an adjustment. Thus, each comparable has a somewhat different adjustment depending on the unit sizes.

**Line #14 - Balcony/Patio:** While the subject property has balconies along the front of the building, they are accessed off of the sitting area within the hallway. Thus, none of the suites have their own private balconies. However, Comparable Nos. 3, 4 and 5 have private balconies which are accessed from the individual suites. Therefore, these properties required a $5.00 downward adjustment for this superior characteristic.

**Line #17 - Microwave/Dishwasher:** After surveying the five complexes in order to estimate rental rates for the one bedroom units within the subject property, it was indicated that Comparable Nos. 1 and 4 provided dishwashers within their suites. Therefore, given this superior amenity, a $10.00 downward adjustment was made.

**Line #20 - Window Coverings:** After reviewing each of the five properties surveyed, Comparable No. 2 was the only complex which offered window coverings. Thus, a $5.00 minus adjustment was made.

**Line #25 - Extra Storage:** It was reported that the subject property did not have any extra storage spaces for the tenants. However, four of the five properties surveyed, Comparable Nos. 1, 3, 4 and 5, did provide extra storage for their tenants. Thus, a $5.00 minus adjustment was made to these properties.

**Line #27 - Clubhouse/Meeting Rooms:** The subject property has a large meeting room or activities area as well as small sitting areas on each floor. This is similar to each of the properties surveyed with the exception of Comparable No. 2 which did not have any meeting rooms. Therefore, the $5.00 plus adjustment was made for this inferior characteristic.

**Line #28 - Pool/Recreation Areas:** Each of the five properties surveyed provided some type of recreational facilities for their tenants. Comparable Nos. 1, 2 and 5 provided swimming pools and therefore the $5.00 minus adjustment was made to these properties. Comparable No. 3 had both an exercise facility and playground equipment for their residents. Given the limited amount of exercise equipment and the small playground area, a $5.00 downward adjustment was made to this property. Comparable No. 4 provided a pool, exercise room and playground equipment and thus a larger $10.00 minus adjustment was made to this property.

**Line #34 - Cooling:** While air conditioning is provided within each of the comparable properties surveyed, since each property had a wall mounted air conditioning unit, the electricity to run this unit was the responsibility of the tenant. While it is difficult to accurately estimate a specific dollar adjustment given the fact that different tenants run the air conditioning at different intervals which would ultimately effect their cost of electricity used. Overall, a $5.00 plus adjustment is considered to be adequate to cover this expense.

**Line #35 - Cooking:** This category is also difficult to quantify since some tenants cook more or less than others. However, for the purpose of this analysis, a $5.00 plus adjustment has been made to each of the properties surveyed to account for the fact that tenants are responsible for this expense category.

**Line #37 - Other Electric:** Each of the comparable properties surveyed require that each of the tenants pay for their own electric usage. This category can fluctuate depending on the number of tenants within a suite, the size of the suite as well as various other circumstances which would affect the electricity usage. Overall, based primarily upon a review of operating expenses that have obtained by Calabrese, Racek & Markos, Inc., it is estimated that the other electric usage within a suite would total approximately $25.00 per month. This figure has been used for the first three effective years and then was increased to $30.00 per month for the last three effective years to account for inflationary trends.

After a thorough inspection of the subject property, it appears that the condition and location of the subject falls within the range that has been established by competing conventional apartment buildings within the area. Thus, the rental rates for the suites within the subject property should be within the range of rental rates established by the market surveys. Therefore, it is estimated that all 180, one bedroom suites within the subject property should have a contract unit rent of $385 per month, as of June 1, 1995. This rental rate would include all utilities except telephone and cable television. The contract rent potential of subject property is estimated by multiplying the contract unit rent per month by the total number of one bedroom apartment units within the complex. Thus, the monthly contract rent potential of the one bedroom apartment units, as of June 1, 1995 is developed as follows:

$385 x 180 units = **$69,300**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $395 per month including all utilities except telephone and cable television, as of June 1, 1996. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$395 x 180 units = **$71,100**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $405 per month including all utilities except telephone and cable television, as of June 1, 1997. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$405 x 180 units = **$72,900**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $430 per month including all utilities except telephone and cable television, as of June 1, 1998. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$430 x 180 units = **$77,400**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $440 per month including all utilities except telephone and cable television, as of June 1, 1999. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$440 x 180 units = **$79,200**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 180, one bedroom apartment units within the subject property should have a contract rent of $470 per month including all utilities except telephone and cable television, as of June 1, 2000. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$470 x 180 units = **$84,600**

# ADDENDUM TO

Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| # | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments<br>55 West Bagley Road<br>Berea, Cuyahoga County | | Tower In The Park<br>55 Barrett Road<br>Berea, Cuyahoga | | Coventry Towers<br>11831 Pearl Road<br>Strongsville, Cuyahoga | | Parkside Towers<br>8380 Pearl Road<br>Strongsville, Cuyahoga | | Chestnut Lake<br>17577 Whitney Road<br>Strongsville, Cuyahoga | | Park Place<br>6340 Stumph Road<br>Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $399 | N | $385 | N | $425 | N | $390 | N | $450 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1995 | | June 1995 | | June 1995 | | June 1995 | | June 1995 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $399 | $0.65 | $385 | $0.60 | $425 | $0.71 | $390 | $0.60 | $450 | $0.75 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | C | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | N | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | C | C | | C | | C | | C | | C | |
| 22 | **Special Features** | N | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | L/0 | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | T,EC | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | ***# Adjustments B to D*** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $35 | | $35 | | $35 | | $35 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | ($12) | $82 | ($1) | $81 | ($20) | $90 | ($28) | $98 | ($20) | $90 |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $387 | | $384 | | $405 | | $362 | | $430 | |
| 45 | Adj Rent/Last rent | | | 97% | | 100% | | 95% | | 93% | | 96% |
| 46 | **Estimated Market Rent** | $385 | $0.64 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

11/16/00

Appraiser's Signature Date

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| # | *Subject* | Data | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments | **Data** | Tower In The Park | | Coventry Towers | | Parkside Towers | | Chestnut Lake | | Park Place | |
| | 55 West Bagley Road | **on** | 55 Barrett Road | | 11831 Pearl Road | | 8380 Pearl Road | | 17577 Whitney Road | | 6340 Stumph Road | |
| | Berea, Cuyahoga County | **Subject** | Berea, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $415 | N | $400 | N | $440 | N | $400 | N | $464 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1996 | | June 1996 | | June 1996 | | June 1996 | | June 1996 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $415 | $0.68 | $400 | $0.63 | $440 | $0.73 | $400 | $0.62 | $464 | $0.77 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | C | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | N | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | C | C | | C | | C | | C | | C | |
| 22 | **Special Features** | N | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | T,EC | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $35 | | $35 | | $35 | | $35 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($12)* | *$82* | *($1)* | *$81* | *($20)* | *$90* | *($28)* | *$98* | *($20)* | *$90* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $403 | | $399 | | $420 | | $372 | | $444 | |
| 45 | Adj Rent/Last rent | | | 97% | | 100% | | 95% | | 93% | | 96% |
| 46 | **Estimated Market Rent** | $395 | $0.66 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

11/16/00

**Appraiser's Signature** **Date**

**Grid was prepared:** **Manually** **Using HUD's Excel form**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | *Subject* | | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments | **Data** | Tower In The Park | | Coventry Towers | | Parkside Towers | | Chestnut Lake | | Park Place | |
| | 55 West Bagley Road | **on** | 55 Barrett Road | | 11831 Pearl Road | | 8380 Pearl Road | | 17577 Whitney Road | | 6340 Stumph Road | |
| | Berea, Cuyahoga County | **Subject** | Berea, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $435 | N | $400 | N | $440 | N | $420 | N | $450 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1997 | | June 1997 | | June 1997 | | June 1997 | | June 1997 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$435** | $0.71 | **$400** | $0.63 | **$440** | $0.73 | **$420** | $0.65 | **$450** | $0.75 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | **E/11** | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | **1979** | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | **F/F** | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | **G** | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | **600** | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | **N** | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | **W** | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | **RF** | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | **N** | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | **L** | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | **C** | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | **N** | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | **C** | C | | C | | C | | C | | C | |
| 22 | **Special Features** | **N** | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | **L/0** | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | **N** | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | **MR** | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | **N** | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | **N** | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | **N** | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | **T,EC** | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | ***Heat (in rent?/ type)*** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | **Y** | N | $25 | N | $25 | N | $25 | N | $25 | N | $25 |
| 38 | **Cold Water/ Sewer** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | **Y** | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | ***# Adjustments B to D*** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $35 | | $35 | | $35 | | $35 | | $35 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | *($12)* | *$82* | *($1)* | *$81* | *($20)* | *$90* | *($28)* | *$98* | *($20)* | *$90* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | **$423** | | **$399** | | **$420** | | **$392** | | **$430** | |
| 45 | Adj Rent/Last rent | | | 97% | | 100% | | 95% | | 93% | | 96% |
| 46 | **Estimated Market Rent** | **$405** | **$0.68** | Estimated Market Rent/ Sq. Ft | | | | | | | | |

[signature] 11/16/00

**Appraiser's Signature** **Date**

[signature]

**Grid was prepared:** **Manually** **Using HUD's Excel form**

**HUD 92273 - S8**