Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | ***Subject*** | Data on Subject | ***Comp #1*** | | ***Comp #2*** | | ***Comp #3*** | | ***Comp #4*** | | ***Comp #5*** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments<br>55 West Bagley Road<br>Berea, Cuyahoga County | | Tower In The Park<br>55 Barrett Road<br>Berea, Cuyahoga | | Coventry Towers<br>11831 Pearl Road<br>Strongsville, Cuyahoga | | Parkside Towers<br>8380 Pearl Road<br>Strongsville, Cuyahoga | | Chestnut Lake<br>17577 Whitney Road<br>Strongsville, Cuyahoga | | Park Place<br>6340 Stumph Road<br>Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $459 | N | $430 | N | $495 | N | $440 | N | $459 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1998 | | June 1998 | | June 1998 | | June 1998 | | June 1998 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$459** | $0.75 | **$430** | $0.67 | **$495** | $0.83 | **$440** | $0.68 | **$459** | $0.77 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | **E/11** | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | **1979** | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | **F/F** | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | **G** | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | **600** | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | **N** | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | **W** | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | **RF** | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | **N** | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | **L** | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | **C** | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | **N** | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | **C** | C | | C | | C | | C | | C | |
| 22 | **Special Features** | **N** | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | **L/0** | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | **N** | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | **MR** | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | **N** | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | **N** | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | **N** | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | **T,EC** | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | **Y/Electric** | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | **Y/Electric** | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | **Y/Electric** | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | **Y/Electric** | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | **Y** | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | **Y** | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $40 | | $40 | | $40 | | $40 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($7)* | *$87* | *$4* | *$86* | *($15)* | *$95* | *($23)* | *$103* | *($15)* | *$95* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | **$452** | | **$434** | | **$480** | | **$417** | | **$444** | |
| 45 | Adj Rent/Last rent | | | 98% | | 101% | | 97% | | 95% | | 97% |
| 46 | **Estimated Market Rent** | **$430** | **$0.72** | Estimated Market Rent/ Sq. Ft | | | | | | | | |

[signature] 1/11/600

**Appraiser's Signature** **Date**

[signature]

**Grid was prepared:** **Manually** **Using HUD's Excel form**

**HUD 92273 - S8**

 Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | ***Subject*** | | ***Comp #1*** | | ***Comp #2*** | | ***Comp #3*** | | ***Comp #4*** | | ***Comp #5*** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments | **Data** | Tower In The Park | | Coventry Towers | | Parkside Towers | | Chestnut Lake | | Park Place | |
| | 55 West Bagley Road | **on** | 55 Barrett Road | | 11831 Pearl Road | | 8380 Pearl Road | | 17577 Whitney Road | | 6340 Stumph Road | |
| | Berea, Cuyahoga County | **Subject** | Berea, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Strongsville, Cuyahoga | | Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $471 | N | $435 | N | $485 | N | $450 | N | $475 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 1999 | | June 1999 | | June 1999 | | June 1999 | | June 1999 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 95% | | 95% | | 97% | | 97% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | $471 | $0.77 | $435 | $0.68 | $485 | $0.81 | $450 | $0.69 | $475 | $0.79 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/11 | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | 1979 | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | F/F | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | G | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | 600 | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | N | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | W | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | RF | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | N | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | L | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | C | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | N | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | C | C | | C | | C | | C | | C | |
| 22 | **Special Features** | N | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | L/0 | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | N | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | N | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | T,EC | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | Y | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | Y | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $40 | | $40 | | $40 | | $40 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | ($7) | $87 | $4 | $86 | ($15) | $95 | ($23) | $103 | ($15) | $95 |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $464 | | $439 | | $470 | | $427 | | $460 | |
| 45 | Adj Rent/Last rent | | | 99% | | 101% | | 97% | | 95% | | 97% |
| | **Estimated Market Rent** | $440 | $0.73 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

[signature] 11/16/00

Appraiser's Signature Date

[signature]

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **One Bedroom** ***Subject's FHA #:***

| | ***Subject*** | **Data on Subject** | ***Comp #1*** | | ***Comp #2*** | | ***Comp #3*** | | ***Comp #4*** | | ***Comp #5*** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Quarrytown Apartments<br>55 West Bagley Road<br>Berea, Cuyahoga County | | Tower In The Park<br>55 Barrett Road<br>Berea, Cuyahoga | | Coventry Towers<br>11831 Pearl Road<br>Strongsville, Cuyahoga | | Parkside Towers<br>8380 Pearl Road<br>Strongsville, Cuyahoga | | Chestnut Lake<br>17577 Whitney Road<br>Strongsville, Cuyahoga | | Mystic Creek<br>6340 Stumph Road<br>Parma Hts., Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | $503 | N | $445 | N | $535 | N | $460 | N | $525 | N |
| 2 | **Date Last Leased (mo/yr)** | | June 2000 | | June 2000 | | June 2000 | | June 2000 | | June 2000 | |
| 3 | **Rent Concessions** | | N | | N | | N | | N | | N | |
| 4 | **Occupancy for Unit Type** | | 98% | | 99% | | 97% | | 95% | | 95% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$503** | $0.82 | **$445** | $0.70 | **$535** | $0.89 | **$460** | $0.71 | **$525** | $0.88 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | **E/11** | E/8 | | E/5 | | E/6 | | E/6 | | E/5 | |
| 7 | **Yr. Built/Yr. Renovated** | **1979** | 1971 | | 1967 | | 1968 | | 1963-68 | | 1966 | |
| 8 | **Condition /Street Appeal** | **F/F** | G/G | ($25) | G/G | ($25) | E/G | ($40) | G/G | ($25) | E/G | ($40) |
| 9 | **Neighborhood** | **G** | G | | G | | G | | G | | G | |
| 10 | **Same Market? Miles to Subj** | | Y/.5 | | Y/3 | | Y/2.5 | | Y/3 | | Y/4.75 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 12 | **# Baths** | **1** | 1 | | 1 | | 1 | | 1 | | 1 | |
| 13 | **Unit Interior Sq. Ft.** | **600** | 613 | ($2) | 640 | ($6) | 600 | | 650 | ($8) | 600 | |
| 14 | **Balcony/ Patio** | **N** | N | | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 15 | **AC: Central/ Wall** | **W** | W | | W | | W | | W | | W | |
| 16 | **Range/ refrigerator** | **RF** | RF | | RF | | RF | | RF | | RF | |
| 17 | **Microwave/ Dishwasher** | **N** | D | ($10) | N | | N | | D | ($10) | N | |
| 18 | **Washer/Dryer** | **L** | L | | L | | L | | L | | L | |
| 19 | **Floor Coverings** | **C** | C | | C | | C | | C | | C | |
| 20 | **Window Coverings** | **N** | N | | Y | ($5) | N | | N | | N | |
| 21 | **Cable/ Satellite/Internet** | **C** | C | | C | | C | | C | | C | |
| 22 | **Special Features** | **N** | N | | N | | N | | N | | N | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | **L/0** | L/0 | | L/0 | | L/0 | | L/0 | | L/0 | |
| 25 | **Extra Storage** | **N** | Y | ($5) | N | | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | **MR** | MR | | N | $5 | MR | | MR | | MR | |
| 28 | **Pool/ Recreation Areas** | **N** | P | ($5) | P | ($5) | ER | ($5) | P,E,R | ($10) | P | ($5) |
| 29 | **Business Ctr / Nbhd Netwk** | **N** | N | | N | | N | | N | | N | |
| 30 | **Service Coordination** | **N** | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | **T,EC** | N | | N | | N | | N | | N | |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Electric | | Y/Gas | |
| 34 | **Cooling (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/Electric | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 | N/Electric | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/Electric | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | | Y/Gas | |
| 37 | **Other Electric** | **Y** | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | **Y** | Y | | Y | | Y | | Y | | Y | |
| 39 | **Trash /Recycling** | **Y** | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | | 5 | 1 | 4 | | 4 | | 6 | | 4 |
| 41 | **Sum Adjustments B to D** | | | ($47) | $5 | ($41) | | ($55) | | ($63) | | ($55) |
| 42 | **Sum Utility Adjustments** | | $40 | | $40 | | $40 | | $40 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | *($7)* | *$87* | *$4* | *$86* | *($15)* | *$95* | *($23)* | *$103* | *($15)* | *$95* |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $496 | | $449 | | $520 | | $437 | | $510 | |
| 45 | Adj Rent/Last rent | | | 99% | | 101% | | 97% | | 95% | | 97% |
| 46 | **Estimated Market Rent** | **$470** | $0.78 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

Appraiser's Signature   Date 11/16/00

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**


Cleveland
Hopkins
International Airport
NASA
Lewis
Research
Center
Ford
Motor
Co.
BROOK
PARK
Chevrolet
Motor
Co.
Holy
Cross
Cemetery
MIDDLEBURG
HEIGHTS
BEREA
Subject
PARMA
HTS
STRONGSVILLE
Mill
Stream
Run
Reservation
Cuyahoga
Community
College
Western
Campus
County
Fairgrounds
Research
Park
Southwest
General
Hosp
Nike
Park
Southland
Shopping Cen.
SNOW
SHELDON
BAGLEY
PLEASANT
SPRAGUE
WHITNEY
ALBION
ROYALTON
TURNPIKE
FREEWAY
PEARL
ENGLE
SMITH
MEDINA
RIVER
LORAIN
CUYAHOGA
COUNTY
OHIO
EDGERTON



Rent Comparable 1



Rent Comparable 2



Rent Comparable 3



Rent Comparable 4



Rent Comparable 5