*Attachment #1a*

## *Appraiser Certification*

***Project Name:*** Quarrytown Apartments ***FHA Project No :*** ____________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek inspected the interior and exterior of the subject property. Richard G. Racek inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ______________________________________.

**Warning: If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

**Appraiser's Name:** Richard G. Racek **Signature:** [signature]

**Date:** _____

**Permanent License No:** 383427 **Issuing State:** Ohio

**Expires:** 11/00

**Did you prepare the RCS under a temporary license?** No *If so, attach a copy of the temporary license.*

*Attachment #1a*

## *Appraiser Certification*

*Project Name:* Quarrytown Apartments *FHA Project No :* ____________________

***By my signature below, I certify that, to the best of my knowledge and belief:***

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective financial interest in the above property, its ownership or management agent entity, or the principals of those entities. I am not an employee of those principals or entities and I have no business or close personal/family interest with those parties that commonly would be perceived to create bias or a conflict of interest.
4. I have no bias with respect to the property that is the subject of this report or to the ownership or management parties involved with this assignment.
5. My engagement in and compensation for this assignment were and are not contingent upon the reporting of a predetermined rent or direction in rent. My fee is my only compensation for this rent study assignment. There are no other side agreements or considerations.
6. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and all applicable HUD procedures for performing Rent Comparability Studies for Section 8 contracts.
7. Richard G. Racek, Jr inspected the interior and exterior of the subject property. Richard G. Racek, Jr inspected the exteriors of the properties used as comparables in this report.
8. No one provided significant professional assistance to the person signing this report except the persons listed here: ____________________. If anyone is listed here, his/her contribution is identified in the Scope of Work section of this report.
9. I am a certified general appraiser, licensed and in good standing with the state appraiser regulatory agency where the subject property is located and I meet all of the appraiser qualifications required in HUD's rent comparability procedures.
10. I am not debarred or suspended from doing business with the Federal Government. I also am not under a Limited Denial of Participation (LDP) imposed by the HUD Multifamily HUB or Program Center having jurisdiction over the Section 8 project. Any LDPs in effect now or in the past three years were imposed by the following HUD offices: ____________________.

**Warning*:* If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000.00 for each violation.**

**Appraiser's Name:** Richard G. Racek, Jr. **Signature:** [signature]
**Date:** 11/16/00

**Permanent License No:** 428964 **Issuing State:** Ohio

**Expires:** 7/01

**Did you prepare the RCS under a temporary license?** No *If so, attach a copy of the temporary license.*

**APPRAISAL QUALIFICATIONS OF**

**RICHARD G. RACEK, MAI**

RESIDENCE: 6567 Creekside Trail, Solon, Ohio

EDUCATION: Graduate, Ohio State University, Class of 1968
B.S. in Commerce and Business Administration
Major in Real Estate and Appraising

FIELD OF STUDY: Real Estate Appraising, Real Estate Law, Financing, Site Planning, Landscape Architecture, Land Economics, Urban and Industrial Geography, AIREA Courses 1, 1B, 2, 7, Standards of Professional Practice

OFFICES HELD: Chairman of the Planning Commission of the City of Warrensville Heights, Ohio
Councilman at Large in the City of Warrensville Heights

EXPERIENCE: 1962 to Present
Originally employed by the William J. Racek & Associates Real Estate Company in Warrensville Heights, Ohio.
Associated from 1968 to 1969 with the Continental Appraisal Company, Columbus, Ohio.
Associated from February, 1969 to February, 1979 with the Ostendorf-Morris Company, Cleveland, Ohio.
Partner and President - Calabrese, Racek and Markos, Inc., Cleveland, Ohio

Real Estate Management, Columbus, Ohio
Licensed Real Estate Broker - State of Ohio

CLIENTS: Commercial Banks
Major Insurance Companies
Federal Agencies
State of Ohio, Department of Highways
County Departments
Many Industrial Corporations
Principal Railroads
Public Utilities

Appraisal experience includes all types of real estate including residential, retail, commercial, industrial, leasehold and fee interest, easement areas and court testimony experience.

MEMBERSHIPS: MAI - Appraisal Institute
"The Appraisal Institute conducts a program for its designated members. MAI's and SRA's who meet the minimum standards of this program are awarded periodic educational certification. I am currently certified under this program."
Realtor - Cleveland Area Board of Realtors
State Certified Appraiser #383427

1/1/95

# APPRAISER QUALIFICATIONS OF RICHARD G. RACEK, JR.

**RESIDENCE:** 6609 Copley Avenue, Solon, Ohio

**EDUCATION:** Graduate, Ohio State University, Class of 1996
B.S. in Business Administration With a Major in Real Estate and Urban Analysis

**FIELD OF STUDY:** Real Estate Appraising, Real Estate Law, Real Estate Financing, City and Regional Planning, and Architecture

Appraisal Institute Courses:

| | |
|---|---|
| Appraisal Principles 110 | General Applications 320 |
| Appraisal Procedures 120 | Standards of Prof. Prac. Part A |
| Basic Income Capitalization 310 | Standards of Prof. Prac. Part B |
| Advanced Income Capitalization 510 | |
| Highest & Best Use and Market Analysis 520 | |
| Advanced Sales Comparison & Cost Approaches 530 | |
| Advanced Applications 550 | |

**EXPERIENCE:**

June 1989 - 1996: Real Estate/Intern
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

1996 - Present: Real Estate Appraiser
Calabrese, Racek and Markos, Inc.
Cleveland, Ohio

**SCOPE OF APPRAISAL EXPERIENCE:**

Comprehensive background in commercial, industrial, residential and multi-family real estate appraisal. Including: various new and proposed commercial and industrial properties in Greater Cleveland and throughout the State of Ohio, including but not limited to offices, strip shopping centers, apartments, heavy industrial complexes, multiple occupancy light industrial complexes, vacant land, residential, restaurants, auto dealerships and special use properties. Expert testimony has been performed at numerous Board of Revisions and the Ohio Board of Tax Appeals. This work has been completed at the request of various commercial banks, major insurance companies, government agencies, many commercial and industrial corporations, attorneys and private individuals.

**STATE LICENSE/ CERTIFICATES:**

Licensed real estate sales person, State of Ohio
Certified General Real Estate Appraiser, State of Ohio
Certificate #428964

**AFFILIATIONS:** Associate Member of the Appraisal Institute

Revised 1/7/2000

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser Richard G. Racek

2. Class of Certification/Licensure: x Certified General
   ____ Licensed Residential
   ____ Temporary ____ General ____ Licensed

   Certification/Licensure Number: 383427

3. Scope: This report x is within the scope of my Certification or License.
   ____ is not within the scope of my Certification or License.

4. Service Provided By: x Disinterested & Unbiased Third Party
   ____ Interested & Biased Third Party
   ____ Interested Third Party on Contingent Fee Basis

5. Signature of person preparing and reporting the appraisal [signature]

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser.

**State of Ohio**
**Department of Commerce**
**Division of Real Estate**
**Appraiser Section**
**Cleveland (216) 787-3100**

# APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser: Richard G. Racek, Jr.

2. Class of Certification/Licensure:

   X Certified General
   ___ Certified Residential
   ___ Licensed Residential
   ___ Temporary ___ General ___ Licensed

   Certification/Licensure Number: 428964

3. Scope: This report X is within the scope of my Certification/License

   ___ is not within the scope of my Certification/License

4. Service provided by: X disinterested & unbiased third party
   ___ interested & biased third party
   ___ interested third party on contingent fee basis

5. Signature of person preparing and reporting the appraisal

   [signature]

THIS FORM MUST BE INCLUDED IN CONJUNCTION WITH ALL APPRAISAL ASSIGNMENTS OR SPECIALIZED SERVICES PERFORMED BY A STATE-CERTIFIED OR STATE-LICENSED REAL ESTATE APPRAISER.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland OH
(216) 787-3100