# HUD RENT SURVEY
# OF
# A 189 Unit Apartment Building

**Owner:** Severance Housing Corp. DBA Cuyahoga Metropolitan Housing Authority
**Map Ref.:** 9-C-2
**PPN:** 683-25-009
**Property Address:** 25 Severance Circle
**City:** Cleveland Heights **County:** Cuyahoga **State:** Ohio **Zip Code:** 44118
**SMSA/Census Tract:** 1680/1408.00
**Client:** Cuyahoga Metropolitan Housing Authority, c/o Taft, Stettinius & Hollister, LLP
**Client's Address:** 3500 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2302

**Sales History**

**Current Sale Price:** N/A **Current Sale Date:** N/A
**Previous Sale Date:** No transfer has occurred since 1978
**Property Rights Appraised:** Fee simple, subject to short term leases.
**Purpose of Analysis:** Estimate market rent.
**Intended Use of Appraisal:** External reporting.
**Effective Date of Appraisal:** May 1, 1995, May 1, 1996, May 1, 1997, May 1, 1998, May 1, 1999, May 1, 2000, February 22, 2001
**Date of Inspection:** February 22, 2001

## EXTENT OF DATA COLLECTION

The first section of this report will include a descriptive analysis of the general and specific neighborhood market area, the site, and improvements. This analysis will ascertain the market in which the subject units exists. The second portion of the report will include the analysis employed to estimate the market rent of the subject units within its market.

The data that was selected in developing this rent survey was considered the most pertinent available. The extent of the data verification was commensurate with what was believed necessary to complete this assignment. This typically included a review of courthouse records, actual documentation that is retained in our files, and an interview with at least one person involved with each comparable property surveyed.

## NEIGHBORHOOD ANALYSIS

**Location:** Suburban
**Built-up:** 97%
**Present Land Use:** Single Family: 82%; Two-Four Family: 5%; Multi-Family: 5%; Commercial: 5%; Vacant: 3%

**Property Values:** Increasing
**Housing Demand/Supply:** In Balance
**Predominant Occupancy:** Owner
**Change in Present Land Use:** Not Likely

**Single Family**

| | | | | | |
|---|---|---|---|---|---|
| **Price Range:** | $70,000 | **To** | $150,000 Plus | **Predominant:** | $85,000 |
| **Age:** | 30 Years | **To** | 95+ Years Plus | **Predominant:** | 50± Years |

**Typical Apartment**

**Type:** Walk-up **No. Stories:** 2-3 levels
**No. Units:** 6-20± **Age:** 40±Years
**Condition:** Average **Rent Levels:** Stable to Rising **Rent Controls:** None
**Estimated Neighborhood Apartment Vacancy Rate:** 5%-10%

**Overall Rating**

**Employment Stability:** Average
**Adequacy Of Utilities:** Average
**Convenience Of Schools:** Average
**Police And Fire Protection:** Average
**Recreational Facilities:** Average
**Property Compatibility:** Average - Good
**Protection From Detrimental Conditions:** Average
**General Appearance Of Properties:** Average
**Appeal to Market:** Average

| Accessibility To | Distance | Access Or Convenience |
|---|---|---|
| **Public Transportation:** | Immediate | Good |
| **Employment Centers:** | ½ - 6 Miles | Good |
| **Shopping Facilities:** | Immediate | Good |
| **Grammar Schools:** | .25 Mile | Average |
| **Freeway Access:** | 5± Miles | Average |

**Comments:** The subject is located as an outlot of the Severance Center Shopping Center which is located at the southeast quadrant of Taylor and Mayfield Roads in Cleveland Heights, Ohio. This area is primarily developed with a mixture of single family, multi-family and commercial land uses. The single family dwellings range from middle aged bungalow style houses to large, older colonial style dwellings. The multi-family development includes converted, single family dwellings as well as large apartment type structures, such as the subject. This area has easy access to retail/commercial development along both Taylor and Mayfield Roads in the immediate subject area. Located immediately across the street from the subject is the Severance Center Shopping Center which includes a Wal-Mart, Home Depot, Tops Supermarket as well as various other smaller retail tenants. The subject neighborhood is a stable area with an apartment vacancy and credit loss rate of between 0% and 10%. The immediate neighborhood, in conclusion, is a good residential area due to its location and proximity to employment opportunities and commercial/retail access, as well as recreational facilities. Therefore, it is concluded that there are no apparent adverse conditions which would tend to have a negative effect upon local real estate values now or within the foreseeable future.

**SITE ANALYSIS**

**Dimensions:** Irregular **Area:**218,105 SF or 5.01 ± acres
**Topography:** Generally level.
**View Amenity:** Average - Multi family residential, single family dwellings and commercial.
**Drainage/Flood Conditions:** None noted at the time of inspection.
**Is The Property Located In A HUD Identified Special Flood Area?** No: Zone C (CP#390105 0003 B - June 25, 1976)
**Zoning:** S1 - Special Residential - Commercial - Office and Professional District.
**Present Improvements:** A permitted conforming use of the land.
**Highest And Best Use:** Present multi-family use.

**Off-Site Improvements**

| | | | |
|---|---|---|---|
| **Electricity:** | Public | **Storm Sewer:** | Yes |
| **Gas:** | Public | **Curb/Gutter:** | Yes-Concrete |
| **Water:** | Public | **Sidewalk:** | Yes-Concrete |
| **Sanitary Sewer:** | Public | **Streetlight:** | Yes-Pole Mounted |

**Street:** Asphalt paved two lane R.O.W. along Severance Circle.
**Ingress And Egress (Adequacy):** Adequate - from Severance Circle.

**Comments: (Including Any Easements Or Encroachments Or Any Nonconforming Use(s) Or Present Improvements)**
There are no apparent adverse easements or encroachments associated with the subject property. However, normal utility easements are assumed.

**DESCRIPTION OF IMPROVEMENTS**

**Type:** elevator **No. Of Stories:** 8 **No. Of Bldgs.:** 1
**Bldg. Size:** 163,656± sq.ft. **Unit Mix:** 189 one bedroom units.
**No. Of Rooms:** 756 **No. Of Baths:** 189 Year Built: 1979
**Basic Structural System:** Masonry **Exterior Walls:** Brick **Windows:** Sliding in metal frames.
**Roof:** Flat, built-up composition **Interior Walls:** Drywall
**Floors:** Carpet & composition **Bath Floors & Walls:** Composition & ceramic tile/drywall
**Adequacy Of Soundproofing:** Average **Heating:** Baseboard **Type:** Hot water
**Condition:** Average to fair **Air Conditioning:** window
**Elevator(s):** Two **Security Features:** Buzzer entry, locking doors and windows.
**Kitchen Cabinets, Drawers And Counter Space:** Average **Condition:** Fair

**Appliances**

**Range/Oven:** 189 **Refrigerator:** 189 **Dishwasher:** 0 **Disposal:** 189
**Hot Water Heater(s):** Gas fired, boilers (property owner pays for hot water).
**Plumbing Fixtures:** Four fixtures per unit.
**Electrical Service:** Adequate considering age (property owner pays for electric).
**Recreational Facilities:** Activity room with kitchen and one additional activities room without kitchen.
**Effective Age:** 20-25 **Years** **Estimated Remaining Economic Life:** 25-30 **Years**

**Overall Property Ratings**

| | |
|---|---|
| **General Appearance Of Property:** | Average to fair |
| **Quality Of Construction (Materials And Finish):** | Average |
| **Condition Of Improvements:** | Average to fair |
| **Room Size And Layout:** | Average |
| **Closets And Storage:** | Average |
| **Plumbing-Adequacy And Condition:** | Average |
| **Electrical-Adequacy And Condition:** | Average |
| **Amenities And Parking Facilities:** | Fair to poor |
| **Appeal To Market:** | Average to fair |

**Comments: (Special Features, Functional Or Physical Inadequacies, Repairs Needed, Modernization, Etc.)**
The subject property consists of a 1979 vintage, masonry, elevator apartment building that has been fairly well maintained. The property contains a total of 189 one bedroom units. The individual units are accessed off of common hallways. These units are typically finished with painted drywall walls, painted poured in place concrete ceilings, and carpeted or composition tile floors. Each suite has one full bathroom and a kitchen. The units are heated by hot water baseboard heat and through the wall air conditioning units. The common amenities include halls/stairways, laundry rooms, an activities room with kitchen, an activities room without a kitchen, and management office. Site improvements include an asphalt drive and parking area, lawn, general landscaping and security lighting.

At the time of inspection, each of the units inspected were considered to be in average to fair overall condition. No evidence of deferred maintenance was noted at the time of inspection. It was reported that the common area hallways have been repainted and will be re-carpeted in the near future.

REAL ESTATE TAX INFORMATION - 2000

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Assessed Value** | | **Land:** | $343,530 | **Building:** | $1,683,460 | **Total:** | $2,026,990 |
| **100% Market Value** | | **Land:** | $981,514 | **Building:** | $4,809,886 | **Total:** | $5,791,400 |
| **Annual Taxes** | | **Gross Tax:** | $317,426.64 | **Less Credits & Rollbacks:** | $66,833.50 | **Net Tax:** | $183,759.64 |
| **Special Assessments:** | $364.10 | **Net Taxes & Special Assessments:** | | | $184,123.74 | | |

## HIGHEST AND BEST USE

Highest and best use is a fundamental concept in the valuation of real estate which is defined as follows:

> "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability."

SOURCE: The Dictionary of Real Estate Appraisal. - 3rd edition. Appraisal Institute, 1993.

The highest and best use of the land, considered separately **as if vacant** and available for development, may differ from the highest and best use of the property **as improved** with existing building improvements. Therefore, for improved properties, a separate analysis of highest and best use must be developed for each of the following:

1. The highest and best use of the site as **if vacant**.
2. The highest and best use of the site as **improved**.

The only exception in valuing land as if vacant is when the site has been developed to an intensity that is higher than would be allowed under the current zoning. If the remaining economic life of the building improvements is sufficient, the land is valued according to the intensity of development. By doing so, an economic balance is maintained between the agents of production (land, labor, capital, and coordination) which will result in a more accurate value indication.

Factors that must be taken into consideration in determining the highest and best use of the property include the following:

1. Existing land use regulations.
2. Probable modifications to the existing land use regulations.
3. Economic demand.
4. Physical adaptability of the property.
5. Neighborhood trends.
6. Optimal use of the property.

### Subject Review

As was indicated previously, the subject property is a 1979 vintage apartment complex consisting of 189 suites. The units consist of one bedroom suites. A modernly designed facility would typically comprise a more functional complex and unit layout, however, the existing units are quite acceptable. The property is currently in average to fair condition. The building improvements are considered to comprise a legal, conforming use of the land according to the City of Cleveland Heights Zoning Department. Demand exists for such facilities as is evidenced by stable occupancy levels within the general subject market area.

### Highest and Best Use as Vacant

The highest and best use of the subject site, if vacant, is considered to be for a permitted use which would be in conformance with the zoning regulations.

### Highest and Best Use as Improved

The highest and best use of the subject site, as improved, is considered to be for its continued multi-family use. Inasmuch as the value of the subject property is significantly greater than the value of the subject site if vacant, as well as the fact that there is no reason to raze the existing improvements, it is therefore concluded that the highest and best use of the subject property is its current multi-family use.

## METHOD OF ANALYSIS

As was indicated previously the purpose of this report is to estimate the current market rent for the apartment units located within the subject property which are participating in a HUD rent assistance program. Presented on the following pages are the U.S. Department of Housing and Urban Development (HUD) Form HUD-92273 (-S8) which were used in analyzing the rents for the subject units. A total of five apartment projects located within the subject's market area were analyzed. Adjustments were made due to the variance in the size of an individual units, utility expense responsibilities and overall condition of the properties. Plus adjustments were made in cases where features of the comparable property were deemed to be inferior to that of the subject and conversely minus adjustments were made when features of the comparable property were determined to be superior to that of the subject property. As indicated on the following rent comparability grids, various adjustments were made to each of the properties surveyed. The following paragraphs will briefly describe why each of the adjustments were made.

**Line #8 - Condition/Street Appeal:** Each of the complexes surveyed involve properties that were improved with structures that were built between 1964 and 1990. These buildings were all considered to be superior to the subject in terms of both condition and street appeal which would require downward adjustments. Comparable Nos. 1, 3 and 4 required a downward adjustment of say $150 for their far superior condition and appeal to the market. Comparable Nos. 2 and 5 were considered to be somewhat better than the subject which required a $50.00 downward adjustment. These adjustments were carried forward for each of the effective years in question.

**Line #9 - Neighborhood:** While each of the properties are considered to be located in the subject's general market area, Comparable No. 3 is located closer to the University Circle area which is a somewhat better rental neighborhood. Therefore, a $25.00 downward adjustment was made. Comparable No. 4 overlooks the University Circle area and is considered to be a more desirable rental area. Therefore, a $50.00 downward adjustment was made to this property.

**Line #13 - Unit Interior Square Feet:** Adjustments were made to each of the comparable properties when the square footage of the suites differed from the subject property. The difference in the square footage between each of the comparables and the subject was multiplied by approximately $0.15 per square foot in order to arrive at an adjustment. Thus, each comparable has a somewhat different adjustment depending on the unit size.

**Line #14 - Balcony/Patio:** While the majority of the suites within the subject property have balconies, only one of the comparables surveyed did not provide balconies to their units. Therefore, Comparable No. 4 requires a $5.00 plus adjustment for this inferior characteristic.

**Line #17 - Microwave/Dishwasher:** After surveying the five complexes in order to estimate rental rates for the one bedroom units within the subject property, it was indicated that all five properties had dishwashers within their units and Comparable Nos. 1 and 3 also provided microwaves. Therefore, a $20.00 downward adjustment was made to Comparable Nos. 1 and 3 for these superior characteristics and $10.00 downward adjustments were made to Comparable No. 2, 4 and 5 for the fact that they only had dishwashers.

**Line #20 - Window Coverings:** The five properties surveyed reported that they provided window coverings for their suites. This superior characteristic requires a $5.00 downward adjustment.

**Line #24 - Parking:** The five properties surveyed reported that garage parking was available to their tenants. However, Comparable No. 3 was the only complex surveyed that actually provided a garage with the suite. Therefore, given the desirable area in which this property is located, a $50.00 downward adjustment was made to this property.

**Line #25 - Extra Storage:** It was reported that the subject property did not have any extra storage spaces for the tenants. However, all of the properties surveyed did provide extra storage for their tenants. Thus, a $5.00 minus adjustment was made to each of these properties.

**Line #27 - Clubhouse/Meeting Rooms:** The subject property has two activity rooms which are available to the tenants. However, it was reported that no such facility exists Comparable Nos. 1 through 4. Therefore, a $5.00 plus adjustment was made to each of these properties.

**Line #28 - Pool/Recreation Area:** Comparable Nos. 1 through 4 were the only properties surveyed which provided exercise rooms for their tenants. Since the subject property did not have any exercise facilities for their tenants, a $25.00 downward adjustment was made to these comparable properties.

**Line #31 - Non-Shelter Services:** The suites within the subject property had an emergency call system. This is superior to each of the properties surveyed. Therefore, $5.00 plus adjustments were made to each of the comparable properties.

**Line #33 - Heating:** Heat is provided within the subject property as well as four of the comparable properties surveyed. However, Comparable No. 1 require that the tenants pay for their own gas heat. Therefore, a $20.00 plus adjustment was made to this property in years 1995 through 1997, a $25.00 plus adjustment was made for years 1998 through 2000 and a $40.00 plus adjustment was made to this property for year 2001.

**Line #34 - Cooling:** While air conditioning is provided within each of the comparable properties surveyed, only Comparable Nos. 1, 2 and 5 require that the tenants pay for the electricity to run these units. While it is difficult to accurately estimate a specific dollar adjustment given the fact that different tenants run their air conditioning at different intervals which would ultimately effect the cost of electricity used, a $5.00 plus adjustment is considered to be adequate to cover this expense.

**Line #35 - Cooking:** This category is also difficult to quantify since some tenants cook more or less than others. However, for the purpose of this analysis, a $5.00 plus adjustment has been made to each of the properties surveyed to account for the fact that tenants are responsible for this expense category.

**Line #37 - Other Electric:** Each of the comparable properties surveyed required that the tenants pay for their own electric usage. This category can fluctuate depending on the number of tenants within a suite, the size of the suite as well as various other circumstances which would effect the electricity usage. Overall, based primarily upon a review of operating expenses that have been obtained by Calabrese, Racek and Markos, Inc., it is estimated that the other electric usage within a suite would total approximately $25.00 per month. This figure has been used for the first three effective years and then was increased to $30.00 per month for the last four effective years to account for inflationary trends.

**Line #38 - Cold Water/Sewer:** While this expense is typically the responsibility of the landlord, Comparable No. 3 required that the tenants pay an additional $13.00 per month for this utility. Therefore, a $13.00 plus adjustment was made to Comparable No. 3.

After a thorough inspection of the subject property, it appears that the condition and location of the subject falls within the range that has been established by competing conventional apartment buildings within the area. Thus, the rental rates for the suites in the subject property should be within the range of rental rates established by the market surveys. Therefore, it is estimated that all 189, one bedroom suites within the subject property should have a contract unit rent of $460 per month, as of May 1, 1995. This rental rate would include all utilities except telephone and cable television. The contract rent potential of subject property is estimated by multiplying the contract unit rent per month by the total number of one bedroom apartment units within the complex. Thus, the monthly contract rent potential of the one bedroom apartment units, as of May 1, 1995 is developed as follows:

$460 x 189 units = **$86,940**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $470 per month including all utilities except telephone and cable television, as of May 1, 1996. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$470 x 189 units = **$88,830**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $490 per month including all utilities except telephone and cable television, as of May 1, 1997. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$490 x 189 units = **$92,610**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $525 per month including all utilities except telephone and cable television, as of May 1, 1998. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$525 x 189 units = **$99,225**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $550 per month including all utilities except telephone and cable television, as of May 1, 1999. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$550 x 189 units = **$103,950**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $570 per month including all utilities except telephone and cable television, as of May 1, 2000. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$570 x 189 units = **$107,730**

Based upon the market rent survey which is provided within the addendum of this report, it is estimated that the 189, one bedroom apartment units within the subject property should have a contract rent of $580 per month including all utilities except telephone and cable television, as of February 22, 2001. Thus, the monthly contract rent potential of the one bedroom apartment units is developed as follows:

$580 x 189 units = **$109,620**

ADDENDUM TO

Severance Towers Apartments
25 Severance Circle
Cleveland Heights, Cuyahoga County, Ohio

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | Subject: Severance Tower Apartments, 25 Severance Circle, Cleveland Hts., Cuyahoga County | Data on Subject | Comp #1: Kensington Place, 30 Severance Circle, Cleveland Hts. Cuyahoga | | Comp #2: Concord Apts, 35 Severance Circle, Cleveland Hts., Cuyahoga | | Comp #3: Triangle Apts, 11457 Mayfield Road, Cleveland, Cuyahoga | | Comp #4: Waldorf Tower Apts, 2300 Overlook Dr., Cleveland Hts., Cuyahoga | | Comp #5: Huntington Green, 2200 Milton Road, University Hts. Cuyahoga | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $615 | $1.07 | $510 | $0.82 | $680 | $1.24 | $719 | $1.13 | $540 | $0.87 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$274* | [redacted] | *$144* | [redacted] | *$341* | [redacted] | *$295* | [redacted] | *$113* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | **$479** | | **$456** | | **$461** | | **$514** | | **$507** | |
| 45 | Adj Rent/Last rent | | | 78% | | 89% | | 68% | | 71% | | 94% |
| 46 | Estimated Market Rent | **$460** | **$0.77** | [redacted] | | | | | | | | |

Appraiser's Signature / / Date

3/1/01 **Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | *Subject* | | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments | Data | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 25 Severance Circle | on | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland Hts., Cuyahoga County | Subject | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $630 | $1.10 | $525 | $0.84 | $690 | $1.25 | $729 | $1.15 | $560 | $0 90 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$274* | [redacted] | *$144* | [redacted] | *$341* | [redacted] | *$295* | [redacted] | *$113* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | $494 | | $471 | | $471 | | $524 | | $527 | |
| 45 | Adj Rent/Last rent | | | 78% | | 90% | | 68% | | 72% | | 94% |
| 46 | Estimated Market Rent | $470 | $0.78 | [redacted] | | | | | | | | |

Appraiser's Signature     / / Date

Grid was prepared: Manually Using HUD's Excel form

Filed 3/1/01

HUD 92273 - S8

 Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 25 Severance Circle | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland Hts., Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $630 | $1.10 | $540 | $0.86 | $700 | $1.27 | $739 | $1.16 | $570 | $0.92 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $20 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 | [redacted] | $25 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | *$274* | [redacted] | *$144* | [redacted] | *$341* | [redacted] | *$295* | [redacted] | *$113* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | $494 | | $486 | | $481 | | $534 | | $537 | |
| 45 | Adj Rent/Last rent | | | 78% | | 90% | | 69% | | 72% | | 94% |
| 46 | Estimated Market Rent | $490 | $0.82 | [redacted] | | | | | | | | |

[signature] / /
Appraiser's Signature Date

[signature] 3/1/01

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments<br>25 Severance Circle<br>Cleveland Hts., Cuyahoga County | Data on Subject | Kensington Place<br>30 Severance Circle<br>Cleveland Hts. Cuyahoga | | Concord Apts<br>35 Severance Circle<br>Cleveland Hts., Cuyahoga | | Triangle Apts<br>11457 Mayfield Road<br>Cleveland, Cuyahoga | | Waldorf Tower Apts<br>2300 Overlook Dr.<br>Cleveland Hts., Cuyahoga | | Huntington Green<br>2200 Milton Road<br>University Hts. Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | | | | | | | | | | |
| 3 | Rent Concessions | | | | | | | | | | | |
| 4 | Occupancy for Unit Type | | | | | | | | | | | |
| 5 | Effective Rent & Rent/ sq. ft | | $675 | $1.17 | $575 | $0.92 | $710 | $1.29 | $749 | $1.18 | $570 | $0.92 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | | | | | | | | | | |
| 8 | Condition /Street Appeal | F/F | | ($150) | | ($50) | | ($150) | | ($150) | | ($50) |
| 9 | Neighborhood | G | | | | | | ($25) | | ($50) | | |
| 10 | Same Market? Miles to Subj | | | | | | | | | | | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | | | | | | | | | | |
| 13 | Unit Interior Sq. Ft. | 600 | | $4 | | ($4) | | $8 | | ($5) | | ($3) |
| 14 | Balcony/ Patio | Y | | | | | | | | $5 | | |
| 15 | AC: Central/ Wall | W | | | | | | | | | | |
| 16 | Range/ refrigerator | RF | | | | | | | | | | |
| 17 | Microwave/ Dishwasher | N | | ($20) | | ($10) | | ($20) | | ($10) | | ($10) |
| 18 | Washer/Dryer | L | | | | | | | | | | |
| 19 | Floor Coverings | C | | | | | | | | | | |
| 20 | Window Coverings | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 21 | Cable/ Satellite/Internet | C | | | | | | | | | | |
| 22 | Special Features | N | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | Security | Y | | | | | | | | | | |
| 27 | Clubhouse/ Meeting Rooms | MR | | $5 | | $5 | | $5 | | $5 | | |
| 28 | Pool/ Recreation Areas | N | | ($25) | | ($25) | | ($25) | | ($25) | | |
| 29 | Business Ctr / Nbhd Netwk | N | | | | | | | | | | |
| 30 | Service Coordination | N | | | | | | | | | | |
| 31 | Non-shelter Services | EC | | $5 | | $5 | | $5 | | $5 | | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | | $5 | | $5 | | | | | | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | | | | | | | | | | |
| 37 | Other Electric | Y | | $30 | | $30 | | $30 | | $30 | | $30 |
| 38 | Cold Water/ Sewer | Y | | | | | | $13 | | | | |
| 39 | Trash /Recycling | Y | | | | | | | | | | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | | ($205) | | ($99) | | ($280) | | ($250) | | ($73) |
| 42 | Sum Utility Adjustments | | | | | | | | | | | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | *Net/ Gross Adjmts B to E* | | [redacted] | $284 | [redacted] | $149 | [redacted] | $346 | [redacted] | $300 | [redacted] | $118 |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $549 | | $526 | | $496 | | $549 | | $542 | |
| 45 | Adj Rent/Last rent | | | 81% | | 91% | | 70% | | 73% | | 95% |
| 46 | Estimated Market Rent | $525 | $0.88 | [redacted] | | | | | | | | |

Appraiser's Signature                    Date / /

3/1/01

Grid was prepared: Manually Using HUD's Excel form

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Severance Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 25 Severance Circle | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland Hts., Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $685 | $1.19 | $595 | $0.95 | $720 | $1.31 | $759 | $1.20 | $605 | $0.97 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 6 | Structure / Stories | E/8 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1979 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | G | [redacted] | | [redacted] | | [redacted] | ($25) | [redacted] | ($50) | [redacted] | |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | **Unit Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 600 | [redacted] | $4 | [redacted] | ($4) | [redacted] | $8 | [redacted] | ($5) | [redacted] | ($3) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | | | | | | | | | | |
| D | **Site Equipment/ Amenities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 24 | Parking ($ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** | **Data** | **$ Adj** |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | **Adjustments Recap** | | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** | **Pos** | **Neg** |
| 40 | # Adjustments B to D | | [redacted] | 5 | [redacted] | 6 | [redacted] | 7 | [redacted] | 7 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($205) | [redacted] | ($99) | [redacted] | ($280) | [redacted] | ($250) | [redacted] | ($73) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** | **Net** | **Gross** |
| 43 | *Net/Gross Adjmts B to E* | | [redacted] | *$284* | [redacted] | *$149* | [redacted] | *$346* | [redacted] | *$300* | [redacted] | *$118* |
| G. | **Adjusted & Market Rents** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | | **Adj. Rent** | |
| 44 | Adjusted Rent (5+ 43) | | $559 | | $546 | | $506 | | $559 | | $577 | |
| 45 | Adj Rent/Last rent | | | 82% | | 92% | | 70% | | 74% | | 95% |
| 46 | Estimated Market Rent | $550 | $0.92 | [redacted] | | | | | | | | |

Appraiser's Signature Date / /

Grid was prepared: Manually Using HUD's Excel form HUD 92273 - S8

3/11/01