# HUD RENT SURVEY
# OF

Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Presented in a Summary Report

FOR: Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

BY: Richard G. Racek, MAI
Richard G. Racek, Jr.

AS OF: May 1, 1995
May 1, 1996
May 1, 1997
May 1, 1998
May 1, 1999
May 1, 2000
April 24, 2001

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

ERIC M. CALABRESE
DWIGHT A. KUMLER, MAI
DOUGLAS C. LEOHR
MARK E. PAUL, SRA, MAI
RICHARD G. RACEK, JR.
DANIEL L. SMITH
DOUGLAS P. SLOAN, MAI
BRIAN J. TOBEY

April 25, 2001

Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, the appraisers have made a personal inspection, study, and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject property is a 201 unit, apartment building that was constructed in 1978. Due to an average maintenance program the overall property is in generally average to fair condition. The improvements include one, 14 story, masonry, elevator apartment building with various site improvements.

The purpose of this HUD Rent Survey is to estimate the market rent for the subject's one bedroom units in their relative condition as of the effective dates of evaluation. The intended use of this summary report is to assist the Cuyahoga Metropolitan Housing Authority in analyzing the rent schedule of the above captioned property for external reporting purposes. Market rent is defined on page 7 of this report.

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1995, is:

**$500 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1996, is:

**$515per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1997, is:

**$530 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1998, is:

**$570 per month**

CALABRESE, RACEK AND MARKOS, INC.

Cuyahoga Metropolitan Housing Authority
c/o Taft, Stettinius & Hollister, LLP
Cleveland, Ohio 44114-2302 -2- April 25, 2001

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Ambleside Tower Apartments
2190 Ambleside Drive
Cleveland, Cuyahoga County, Ohio

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 1999, is:

**$590 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of May 1, 2000, is:

**$610 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of April 24, 2001, is:

**$620 per month**

At the time of the inspection (April 24, 2001) only ten units were vacant. A representative sampling of the units and all of the common areas were inspected. The units inspected were generally in average to fair overall condition. Additionally, the exterior of the property has been adequately maintained and hence it is also in average to fair condition.

It is assumed by the appraisers that the subject property is free and clear of all materials or conditions that are considered hazardous by the Environmental Protection Agency. Should any materials or conditions of this nature be found, the estimated market rent will then be subject to review.

The appraisers state that there is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraisers' final rent conclusions. This rent survey report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market, which should continue to be viable income producing units into the foreseeable future.

Respectfully submitted,

CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

:lc
5625
4797



Typical View of Subject Property



Street Scene Facing North



Street Scene Facing South



View of Community Room



View of Typical Hallway




View of Typical Laundry Room



Typical Kitchen



Typical Living Room



Typical Bathroom



Typical Bedroom

# CERTIFICATE OF VALUE

We hereby certify that we have personally inspected the subject property being appraised, and the comparable properties; that the statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of our knowledge and belief, subject to limiting conditions herein set forth; and that to the best of our knowledge and belief no pertinent information has been overlooked in the appraisal of the following property:

**Ambleside Tower Apartments**
**2190 Ambleside Drive**
**Cleveland, Cuyahoga County, Ohio**

The undersigned hereby certifies that, to the best of our knowledge and belief; except as otherwise noted in this appraisal report:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. We have made a personal inspection of the property that is the subject of this report.

9. No one other than the undersigned prepared the analyses, conclusions, and opinions concerning the real estate that are set forth in this appraisal report.

10. Disclosure of the content of this appraisal report is governed by the by-laws and regulations of the Appraisal Institute.

11. We certify that, to the best of our knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

12. We certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

13. As of the date of this report, I, Richard G. Racek, have completed the requirements of the continuing education program of the Appraisal Institute.

Respectfully submitted,

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

LIMITING CONDITIONS AND SPECIAL ASSUMPTIONS
(Unless specifically stated otherwise in this report.)

This rent survey covers the property as described within this report. The areas and dimensions as shown herein are assumed to be correct. The information identified in this report as being furnished by others is believed to be reliable, but no responsibility for its accuracy is assumed.

Responsible ownership, competent management, and a marketable title to the property are assumed, and that it is free and clear of all liens and encumbrances, unless otherwise stated. No responsibility is assumed for matters involving legal or title considerations.

The parcel dimensions and sketches in this report are included to assist the reader in visualizing the property. No land survey was ordered or made by the appraisers, and no responsibility is assumed for such matters. Any sketch or identified survey of the property included in this report is only for the purpose of assisting the reader.

The appraisers were not provided with any sub-surface reports in which to determine the stability of the soil, thus it is assumed that the subject soils and conditions are adequate to support the improvements.

No opinion is expressed as to the value of sub-surface oil, gas or mineral rights or whether the property is subject to surface entry for the exploration or removal of such materials.

The measurements of the improvements were taken by the appraisers and/or from architectural drawings furnished by the client. Additional maps and exhibits found in this report are for the readers reference purposes only. No guarantee as to the accuracy is expressed or implied.

The appraisers, by reason of this rent survey, are not required to give testimony or attendance in court, unless arrangements have been previously made therefore.

Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by anyone but the client for whom it was made without the consent of the appraisers and the client.

Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations, news, sales or other media, or publication without the written consent of the authors, particularly as to valuation conclusions, the identity of the appraisers or firm with which we are connected, or reference to any professional organization to which we are associated.

The Americans with Disabilities Act ("ADA") became effective January 26, 1992. No specific compliance survey and analysis of this property has been made to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. As there is no direct evidence relating to this issue, possible non-compliance with the requirements of ADA was not considered in estimating the market rent for the property.

The market rent estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. The appraisers are not expert in the identification of hazardous substances or detrimental environmental conditions. The appraisers' routine inspection of, and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of materials and environmental conditions that are considered hazardous by the environmental protection agency on or around the property that would negatively affect the marketability of the individual units.

**Additional special assumptions incorporated into this analysis are delineated as follows:**

1. **That the real estate is free and clear of any materials or conditions that are considered hazardous by the Environmental Protection Agency. If it should be discovered that such materials or conditions exist, the appraisers reserve the right to revise the final rent conclusion.**

2. **All mechanicals are assumed to be in good working condition.**

3. **Various other assumptions, conditions, and projections as described herein.**

MARKET RENT DEFINITION

Market rent, according to The Dictionary of Real Estate Appraisal, Third Edition, published by the Appraisal Institute is defined as follows:

> Market Rent: The rental income that a property would most probably command in the open market; indicated by the current rents paid and asked for comparable space as of the date of this appraisal.


BRATENAHL
EAST CLEVELAND
CLEVELAND HEIGHTS
SOUTH EUCLID
UNIVERSITY HEIGHTS
SHAKER HEIGHTS
WARRENSVILLE TOWNSHIP
WARRENSVILLE HEIGHTS
NORTH RANDALL
GARFIELD
Subject
Forest Hills Park
Lakeview Cemetery
Case Western Reserve Univ.
John Carroll Univ.
Oakwood Country Club
Canterbury Country Club
Shaker Hts. Country Club
Highland Cemetery
Highland Park Golf Course
Thistledown Race Track
Luke Easter Park
Calvary Cemetery
Garfield Park
Euclid Creek Reservation
Denison Park
Severance Town Center
CHAGRIN BLVD
MAYFIELD
CEDAR
FAIRMOUNT
SHAKER BLVD
HARVARD
MILES AV
NORTHFIELD
WARRENSVILLE
FREEWAY
CHARDON
ANDERSON