Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | *Subject* | Data on Subject | *Comp #1* | | *Comp #2* | | *Comp #3* | | *Comp #4* | | *Comp #5* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments | | Kensington Place | | Concord Apts | | Triangle Apts | | Waldorf Tower Apts | | Huntington Green | |
| | 2190 Ambleside Drive | | 30 Severance Circle | | 35 Severance Circle | | 11457 Mayfield Road | | 2300 Overlook Dr. | | 2200 Milton Road | |
| | Cleveland, Cuyahoga County | | Cleveland Hts. Cuyahoga | | Cleveland Hts., Cuyahoga | | Cleveland, Cuyahoga | | Cleveland Hts., Cuyahoga | | University Hts. Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | | [illegible] | — | $575 | — | $710 | — | $749 | — | $570 | — |
| 2 | **Date Last Leased (mo/yr)** | | [illegible] | — | [illegible] | — | May 1998 | — | May 1998 | — | May 1998 | — |
| 3 | **Rent Concessions** | | [illegible] | — | N | — | N | — | N | — | N | — |
| 4 | **Occupancy for Unit Type** | | [illegible] | | [illegible] | | 96% | | 95% | | 97% | |
| 5 | **Effective Rent & Rent/ sq. ft** | | **$675** | **$1.17** | **$575** | **$0.92** | **$710** | **$1.29** | **$749** | **$1.18** | **$570** | **$0.92** |
| | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/14 | [illegible] | — | [illegible] | — | E/11 | — | E/8 | — | E/7 | — |
| 7 | **Yr. Built/Yr. Renovated** | 1978 | [illegible] | | [illegible] | | [illegible] | | 1964 | | 1969 | |
| 8 | **Condition /Street Appeal** | F/F | [illegible] | ($150) | [illegible] | ($50) | [illegible] | ($150) | E/E | ($150) | G/G | ($50) |
| 9 | **Neighborhood** | E | G | $50 | G | $50 | E | — | E | — | G | $50 |
| 10 | **Same Market? Miles to Subj** | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | Y/1.5 | |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 12 | **# Baths** | 1 | 1 | — | 1 | — | 1 | — | 1 | — | 1 | — |
| 13 | **Unit Interior Sq. Ft.** | 555 | [illegible] | ($3) | [illegible] | ($11) | [illegible] | $1 | 633 | ($12) | 622 | ($10) |
| 14 | **Balcony/ Patio** | Y | Y | — | [illegible] | — | Y | — | N | $5 | Y | — |
| 15 | **AC: Central/ Wall** | W | C | — | W | — | C | — | C | — | C | |
| 16 | **Range/ refrigerator** | RF | RF | — | RF | | RF | — | RF | — | RF | |
| 17 | **Microwave/ Dishwasher** | N | Y/Y | ($20) | N/Y | ($10) | Y/Y | ($20) | N/Y | ($10) | N/Y | ($10) |
| 18 | **Washer/Dryer** | L | L | — | L | — | L | — | L | — | L | — |
| 19 | **Floor Coverings** | C | C | — | C | — | C | — | C | — | C | — |
| 20 | **Window Coverings** | N | B | ($5) | B | ($5) | B | ($5) | B | ($5) | B | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | C | — | C | — | C | — | C | — | C | — |
| 22 | **Special Features** | N | N | — | N | — | N | — | N | — | N | |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ( $ Fee)** | L/0 | [illegible] | | [illegible] | | [illegible] | ($50) | G/35 | | G/30 | |
| 25 | **Extra Storage** | N | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) | Y | ($5) |
| 26 | **Security** | Y | Y | | Y | | Y | | Y | | Y | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | N | $5 | N | $5 | N | $5 | N | $5 | Y | |
| 28 | **Pool/ Recreation Areas** | N | N/E | ($25) | N/E | ($25) | N/E | ($25) | N/E | ($25) | N | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | N | | N | | N | | N | | N | — |
| 30 | **Service Coordination** | N | N | | N | | N | | N | | N | |
| 31 | **Non-shelter Services** | EC | N | $5 | N | $5 | N | $5 | N | $5 | N | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/G | N/G | $25 | Y/G | | Y/G | — | Y/G | — | Y/G | |
| 34 | **Cooling (in rent?/ type)** | Y/E | N/E | $5 | N/E | $5 | Y/E | | Y/E | | N/E | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 | N/E | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | Y/G | | Y/G | | Y/G | | Y/G | | Y/G | |
| 37 | **Other Electric** | Y | N | $30 | N | $30 | N | $30 | N | $30 | N | $30 |
| 38 | **Cold Water/ Sewer** | Y | Y | — | Y | — | N | $13 | Y | — | Y | — |
| 39 | **Trash /Recycling** | Y | Y | | Y | | Y | | Y | | Y | |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | [illegible] | 6 | [illegible] | 6 | [illegible] | 6 | [illegible] | 6 | 2 | 5 |
| 41 | **Sum Adjustments B to D** | | [illegible] | ($208) | [illegible] | ($106) | $11 | ($255) | [illegible] | ($207) | $55 | ($80) |
| 42 | **Sum Utility Adjustments** | | $65 | | $40 | | $48 | | $35 | | $40 | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | [illegible] | ***$333*** | [illegible] | ***$206*** | [illegible] | ***$314*** | [illegible] | ***$257*** | [illegible] | ***$175*** |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $592 | | $569 | | $514 | | $592 | | $585 | |
| 45 | Adj Rent/Last rent | | | 88% | | 99% | | 72% | | 79% | | 103% |
| 46 | **Estimated Market Rent** | $570 | $1.03 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

4 30 01

**Appraiser's Signature** **Date**

**Grid was prepared:** **Manually** **Using HUD's Excel form** **HUD 92273 - S8**

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** *Subject's FHA #:* [redacted]

| # | Subject | Data on Subject | Comp #1 Data | Comp #1 $ Adj | Comp #2 Data | Comp #2 $ Adj | Comp #3 Data | Comp #3 $ Adj | Comp #4 Data | Comp #4 $ Adj | Comp #5 Data | Comp #5 $ Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments<br>2190 Ambleside Drive<br>Cleveland, Cuyahoga County | | Kensington Place<br>30 Severance Circle<br>Cleveland Hts. Cuyahoga | | Concord Apts<br>35 Severance Circle<br>Cleveland Hts., Cuyahoga | | Triangle Apts<br>11457 Mayfield Road<br>Cleveland, Cuyahoga | | Waldorf Tower Apts<br>2300 Overlook Dr.<br>Cleveland Hts., Cuyahoga | | Huntington Green<br>2200 Milton Road<br>University Hts. Cuyahoga | |
| A. | **Rents Charged** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | **$ Last Rent / Restricted?** | [redacted] | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 2 | **Date Last Leased (mo/yr)** | | | — | | — | | — | | — | | — |
| 3 | **Rent Concessions** | | | — | | — | | — | | — | | — |
| 4 | **Occupancy for Unit Type** | | | — | | — | | — | | — | | — |
| 5 | **Effective Rent & Rent/ sq. ft** | | $685 | $1.19 | $595 | $0.95 | $720 | $1.31 | $759 | $1.20 | $605 | $0.97 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| B. | **Design, Location, Condition** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | **Structure / Stories** | E/14 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 7 | **Yr. Built/Yr. Renovated** | 1978 | | — | | — | | — | | — | | — |
| 8 | **Condition /Street Appeal** | F/F | | ($150) | | ($50) | | ($150) | | ($150) | | ($50) |
| 9 | **Neighborhood** | E | | $50 | | $50 | | — | | — | | $50 |
| 10 | **Same Market? Miles to Subj** | | | — | | — | | — | | — | | — |
| C. | **Unit Equipment/ Amenities** | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | **# Bedrooms** | 1 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 12 | **# Baths** | 1 | | — | | — | | — | | — | | — |
| 13 | **Unit Interior Sq. Ft.** | 555 | | ($3) | | ($11) | | $1 | | ($12) | | ($10) |
| 14 | **Balcony/ Patio** | Y | | — | | — | | — | | $5 | | — |
| 15 | **AC: Central/ Wall** | W | | — | | — | | — | | — | | — |
| 16 | **Range/ refrigerator** | RF | | — | | — | | — | | — | | — |
| 17 | **Microwave/ Dishwasher** | N | | ($20) | | ($10) | | ($20) | | ($10) | | ($10) |
| 18 | **Washer/Dryer** | L | | — | | — | | — | | — | | — |
| 19 | **Floor Coverings** | C | | — | | — | | — | | — | | — |
| 20 | **Window Coverings** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | | — | | — | | — | | — | | — |
| 22 | **Special Features** | N | | — | | — | | — | | — | | — |
| 23 | | | | | | | | | | | | |
| D. | **Site Equipment/ Amenities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | **Parking ($ Fee)** | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | **Extra Storage** | N | | ($5) | | ($5) | | ($5) | | ($5) | | ($5) |
| 26 | **Security** | Y | | | | | | | | | | |
| 27 | **Clubhouse/ Meeting Rooms** | MR | | $5 | | $5 | | $5 | | $5 | | — |
| 28 | **Pool/ Recreation Areas** | N | | ($25) | | ($25) | | ($25) | | ($25) | | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | | — | | — | | — | | — | | — |
| 30 | **Service Coordination** | N | | — | | — | | — | | — | | — |
| 31 | **Non-shelter Services** | EC | | $5 | | $5 | | $5 | | $5 | | $5 |
| 32 | | | | | | | | | | | | |
| E. | **Utilities** | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | **Heat (in rent?/ type)** | Y/G | [redacted] | $25 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 34 | **Cooling (in rent?/ type)** | Y/E | | $5 | | $5 | | — | | — | | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | | $5 | | $5 | | $5 | | $5 | | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | | — | | — | | — | | — | | — |
| 37 | **Other Electric** | Y | | $30 | | $30 | | $30 | | $30 | | $30 |
| 38 | **Cold Water/ Sewer** | Y | | — | | — | | $13 | | — | | — |
| 39 | **Trash /Recycling** | Y | | — | | — | | — | | — | | — |
| F. | **Adjustments Recap** | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | **# Adjustments B to D** | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | **Sum Adjustments B to D** | | | ($208) | | ($106) | | ($255) | | ($207) | | ($80) |
| 42 | **Sum Utility Adjustments** | | | | | | | | | | | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | ***Net/ Gross Adjmts B to E*** | | [redacted] | $333 | [redacted] | $206 | [redacted] | $314 | [redacted] | $257 | [redacted] | $175 |
| G. | **Adjusted & Market Rents** | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | **Adjusted Rent (5+ 43)** | | $602 | | $589 | | $524 | | $602 | | $620 | |
| 45 | **Adj Rent/Last rent** | | | 88% | | 99% | | 73% | | 79% | | 102% |
| 46 | **Estimated Market Rent** | $590 | $1.06 | Estimated Market Rent/ Sq. Ft | | | | | | | | |

Appraiser's Signature — Date 4/30/01

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8

Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

**Rent Comparability Grid** *Unit Type* **ONE BEDROOM** *Subject's FHA #:*

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments<br>2190 Ambleside Drive<br>Cleveland, Cuyahoga County | | Kensington Place<br>30 Severance Circle<br>Cleveland Hts. Cuyahoga | | Concord Apts<br>35 Severance Circle<br>Cleveland Hts., Cuyahoga | | Triangle Apts<br>11457 Mayfield Road<br>Cleveland, Cuyahoga | | Waldorf Tower Apts<br>2300 Overlook Dr.<br>Cleveland Hts., Cuyahoga | | Huntington Green<br>2200 Milton Road<br>University Hts. Cuyahoga | |
| A. | Rents Charged | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 1 | $ Last Rent / Restricted? | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 2 | Date Last Leased (mo/yr) | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 3 | Rent Concessions | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 4 | Occupancy for Unit Type | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 5 | Effective Rent & Rent/ sq. ft | | $698 | $1.21 | $615 | $0.98 | $730 | $1.33 | $769 | $1.21 | $625 | $1.00 |
| | | | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | |
| B. | Design, Location, Condition | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 6 | Structure / Stories | E/14 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 7 | Yr. Built/Yr. Renovated | 1978 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 8 | Condition /Street Appeal | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | Neighborhood | E | [redacted] | $50 | [redacted] | $50 | [redacted] | | [redacted] | | [redacted] | $50 |
| 10 | Same Market? Miles to Subj | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| C. | Unit Equipment/ Amenities | | Data | $ Adj | Data | Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 11 | # Bedrooms | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 12 | # Baths | 1 | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 13 | Unit Interior Sq. Ft. | 555 | [redacted] | ($3) | [redacted] | ($11) | [redacted] | $1 | [redacted] | ($12) | [redacted] | ($10) |
| 14 | Balcony/ Patio | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | $5 | [redacted] | |
| 15 | AC: Central/ Wall | W | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 16 | Range/ refrigerator | RF | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 17 | Microwave/ Dishwasher | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | Washer/Dryer | L | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 19 | Floor Coverings | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 20 | Window Coverings | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | Cable/ Satellite/Internet | C | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 22 | Special Features | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 23 | | | | | | | | | | | | |
| D. | Site Equipment/ Amenities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 24 | Parking ( $ Fee) | L/0 | [redacted] | | [redacted] | | [redacted] | ($50) | [redacted] | | [redacted] | |
| 25 | Extra Storage | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | Security | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 27 | Clubhouse/ Meeting Rooms | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | |
| 28 | Pool/ Recreation Areas | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | |
| 29 | Business Ctr / Nbhd Netwk | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 30 | Service Coordination | N | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 31 | Non-shelter Services | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| E. | Utilities | | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj | Data | $ Adj |
| 33 | Heat (in rent?/ type) | Y/G | [redacted] | $25 | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 34 | Cooling (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | | [redacted] | | [redacted] | $5 |
| 35 | Cooking (in rent?/ type) | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | Hot Water (in rent?/ type) | Y/G | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 37 | Other Electric | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | Cold Water/ Sewer | Y | [redacted] | | [redacted] | | [redacted] | $13 | [redacted] | | [redacted] | |
| 39 | Trash /Recycling | Y | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| F. | Adjustments Recap | | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg | Pos | Neg |
| 40 | # Adjustments B to D | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | Sum Adjustments B to D | | [redacted] | ($208) | [redacted] | ($106) | [redacted] | ($255) | [redacted] | ($207) | [redacted] | ($80) |
| 42 | Sum Utility Adjustments | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| | | | Net | Gross | Net | Gross | Net | Gross | Net | Gross | Net | Gross |
| 43 | Net/ Gross Adjmts B to E | | [redacted] | $333 | [redacted] | $206 | [redacted] | $314 | [redacted] | $257 | [redacted] | $175 |
| G. | Adjusted & Market Rents | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | | Adj. Rent | |
| 44 | Adjusted Rent (5+ 43) | | $615 | | $609 | | $534 | | $612 | | $640 | |
| 45 | Adj Rent/Last rent | | | 88% | | 99% | | 73% | | 80% | | 102% |
| 46 | Estimated Market Rent | $610 | $1.10 | Estimated Market Rent/Sq. Ft | | | | | | | | |

Appraiser's Signature ... Date 4 30 01

Grid was prepared: Manually Using HUD's Excel form HUD 92273 - S8

4/30/01

 Attachment 12a

OMB Approval # 2502-0507 (exp. 7/01)

***Rent Comparability Grid*** *Unit Type* **ONE BEDROOM** ***Subject's FHA #:***

| | Subject | Data on Subject | Comp #1 | | Comp #2 | | Comp #3 | | Comp #4 | | Comp #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ambleside Tower Apartments, 2190 Ambleside Drive, Cleveland, Cuyahoga County | | Kensington Place, 30 Severance Circle, Cleveland Hts. Cuyahoga | | Concord Apts, 35 Severance Circle, Cleveland Hts., Cuyahoga | | Triangle Apts, 11457 Mayfield Road, Cleveland, Cuyahoga | | Waldorf Tower Apts, 2300 Overlook Dr., Cleveland Hts., Cuyahoga | | Huntington Green, 2200 Milton Road, University Hts. Cuyahoga | |
| [redacted] | | | | | | | | | | | | |
| 1 | **$ Last Rent / Restricted?** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 2 | **Date Last Leased (mo/yr)** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 3 | **Rent Concessions** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 4 | **Occupancy for Unit Type** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 5 | **Effective Rent & Rent/ sq. ft** | | $708 | $1.23 | $625 | $1.00 | $759 | $1.38 | $799 | $1.26 | $640 | $1.03 |
| | *In Parts B thru E, adjust only for differences the subject's market values.* | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | |
| 6 | **Structure / Stories** | E/14 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 7 | **Yr. Built/Yr. Renovated** | 1978 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 8 | **Condition /Street Appeal** | F/F | [redacted] | ($150) | [redacted] | ($50) | [redacted] | ($150) | [redacted] | ($150) | [redacted] | ($50) |
| 9 | **Neighborhood** | E | [redacted] | $50 | [redacted] | $50 | [redacted] | — | [redacted] | — | [redacted] | $50 |
| 10 | **Same Market? Miles to Subj** | | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| [redacted] | | | | | | | | | | | | |
| 11 | **# Bedrooms** | 1 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 12 | **# Baths** | 1 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 13 | **Unit Interior Sq. Ft.** | 555 | [redacted] | ($3) | [redacted] | ($11) | [redacted] | $1 | [redacted] | ($12) | [redacted] | ($10) |
| 14 | **Balcony/ Patio** | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | $5 | [redacted] | — |
| 15 | **AC: Central/ Wall** | W | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | |
| 16 | **Range/ refrigerator** | RF | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | |
| 17 | **Microwave/ Dishwasher** | N | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($20) | [redacted] | ($10) | [redacted] | ($10) |
| 18 | **Washer/Dryer** | L | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 19 | **Floor Coverings** | C | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 20 | **Window Coverings** | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 21 | **Cable/ Satellite/Internet** | C | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 22 | **Special Features** | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 23 | | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| [redacted] | | | | | | | | | | | | |
| 24 | **Parking ( $ Fee)** | L/0 | [redacted] | — | [redacted] | — | [redacted] | ($50) | [redacted] | — | [redacted] | — |
| 25 | **Extra Storage** | N | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) | [redacted] | ($5) |
| 26 | **Security** | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 27 | **Clubhouse/ Meeting Rooms** | MR | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | — |
| 28 | **Pool/ Recreation Areas** | N | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | ($25) | [redacted] | — |
| 29 | **Business Ctr / Nbhd Netwk** | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 30 | **Service Coordination** | N | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 31 | **Non-shelter Services** | EC | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 32 | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | |
| 33 | **Heat (in rent?/ type)** | Y/G | [redacted] | $40 | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 34 | **Cooling (in rent?/ type)** | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | — | [redacted] | — | [redacted] | $5 |
| 35 | **Cooking (in rent?/ type)** | Y/E | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 | [redacted] | $5 |
| 36 | **Hot Water (in rent?/ type)** | Y/G | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| 37 | **Other Electric** | Y | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 | [redacted] | $30 |
| 38 | **Cold Water/ Sewer** | Y | [redacted] | — | [redacted] | — | [redacted] | $13 | [redacted] | — | [redacted] | — |
| 39 | **Trash /Recycling** | Y | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — | [redacted] | — |
| [redacted] | | | | | | | | | | | | |
| 40 | **# Adjustments B to D** | | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 6 | [redacted] | 5 |
| 41 | **Sum Adjustments B to D** | | [redacted] | ($208) | [redacted] | ($106) | [redacted] | ($255) | [redacted] | ($207) | [redacted] | ($80) |
| 42 | **Sum Utility Adjustments** | | [redacted] | | [redacted] | | [redacted] | | [redacted] | | [redacted] | |
| 43 | ***Net/ Gross Adjmts B to E*** | | [redacted] | $348 | [redacted] | $206 | [redacted] | $314 | [redacted] | $257 | [redacted] | $175 |
| [redacted] | | | | | | | | | | | | |
| 44 | **Adjusted Rent (5+ 43)** | | $640 | | $619 | | $563 | | $642 | | $655 | |
| 45 | **Adj Rent/Last rent** | | | 90% | | 99% | | 74% | | 80% | | 102% |
| 46 | **Estimated Market Rent** | $620 | $1.12 | [redacted] | | | | | | | | |

Appraiser's Signature

Date 4/30/01

Grid was prepared: Manually Using HUD's Excel form

HUD 92273 - S8



BRATENAHL
EAST
CLEVELAND
CLEVELAND
HEIGHTS
SOUTH
EUCLID
UNIVERSITY
HEIGHTS
SHAKER
HEIGHTS
WARRENSVILLE
TOWNSHIP
WARRENSVILLE
HEIGHTS
NORTH
RANDALL
GARFIELD
Subject
Forest Hills
Park
Lake View Cemetery
Case Western Reserve Univ.
John Carroll Univ.
Oakwood Country Club
Shaker Hts. Country Club
Canterbury Country Club
Highland Cemetery
Highland Park
Golf Course
Thistledown Race Track
Luke Easter Park
Garfield Park
Euclid Creek Reservation
Denison Park
Shaker Lakes
MAYFIELD
CEDAR
FAIRMOUNT
CHAGRIN
HARVARD
MILES
SHAKER
BLVD.
NORTHFIELD
WARRENSVILLE CENTER