Nos. 01-46C, 01-251C, 01-416C
(Judge Allegra)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,

Plaintiff,
v.

THE UNITED STATES,

Defendant.

---

**APPENDIX TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO DAMAGES AND CROSS-MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO DAMAGES**

---

**INDEX**

Housing Assistance Payments Contract C-77-242;
Mar. 4, 1977 . . . . . 1

Housing Assistance Payments Contract C-77-330;
Mar. 10, 1977 . . . . . 15

Housing Assistance Payments Contract C-78-089;
Nov. 10, 1977 (Parts I and II) . . . . . 39

Department of Housing and Urban Development ("HUD")
Notice 95-12; Mar. 7, 1995 . . . . . 49

HUD Notice 97-14; Mar. 17, 1997 . . . . . 72

HUD Notice 00-14; Mar. Aug. 9, 2000 . . . . . 89

Notice of fair market rents,
59 Fed. Reg. 49,494 (Sept. 28, 1994) . . . . . 90

Final fiscal year (FY) 1995 fair market rents,
60 Fed. Reg. 42,230 (Aug. 15, 1995) . . . . . 92

Final fiscal year (FY) 1996 fair market rents (FMRs),
60 Fed. Reg. 48,278 (Sept. 18, 1995) . . . . . . . . . . 94

Notice of final fiscal year (FY) 1996 fair market rents,
61 Fed. Reg. 6,690 (Feb. 21, 1996) . . . . . . . . . . 96

Notice of final Fiscal Year (FY) 1997 Fair Market Rents (FMRs),
61 Fed. Reg. 49,576 (Sept. 20, 1996) . . . . . . . . . . 98

Notice of Final Fiscal Year (FY) 1998 Fair Market Rents (FMRs),
62 Fed. Reg. 50,724 (Sept. 26, 1997) . . . . . . . . . . 100

Notice of Final Fiscal Year (FY) 1999 Fair Market Rents (FMRs),
63 Fed. Reg. 52,858 (Oct. 1, 1998) . . . . . . . . . . 102

Notice of Final Fiscal Year (FY) 2000 Fair Market Rents (FMRs),
64 Fed. Reg. 53,450 (Oct. 1, 1999) . . . . . . . . . . 104

Notice of Final Fiscal Year (FY) 2001 Fair Market Rents (FMRs),
65 Fed. Reg. 57,658 (Sept. 25, 2000) . . . . . . . . . . 106

Notice of Final Fiscal Year (FY) 2002 Fair Market Rents (FMRs),
66 Fed. Reg. 50,024 (Oct. 1, 2001) . . . . . . . . . . 108

Letter of Samuel L. Williams, Cuyahoga Metropolitan Housing
Authority ("Cuyahoga"), to John McNeela, HUD;
Jan. 11, 1999 (attachments excluded) . . . . . . . . . . 110

Letter of Laverne N. Boyd, Acting General Counsel, Cuyahoga, to
John McNeela, HUD; Feb. 9, 1999 . . . . . . . . . . 111

Letter of Terri Hamilton Brown, Cuyahoga, to Dennis G. Morton,
HUD; Nov. 17, 2000 (including rent survey) . . . . . . . . . . 122

Complaint No. 01-46C (Fed. Cl.); Jan. 23, 2001 . . . . . . . . . . 126

Letter of Dennis G. Morton, HUD, to Terri Hamilton Brown,
Cuyahoga; Jan. 26, 2001 . . . . . . . . . . 132

Letter of George Phillips, Cuyahoga, to Dennis G. Morton, HUD;
Feb. 15, 2001 . . . . . . . . . . 135

Letter of Terri Hamilton Brown, Cuyahoga, to Dennis G. Morton,
HUD; Mar. 2, 2001 (including rent survey) . . . . . . . . . . 137

Letter of Dennis G. Morton, HUD, to Terri Hamilton Brown,
Cuyahoga; Mar. 27, 2001 . . . . . . . . . . 142

Letter of Lou Anne Chung, Cuyahoga, to Dennis G. Morton, HUD;
Apr. 16, 2001 . . . . . . . . . . 146

Letter of John J. McNeela, HUD, to Lou Anne Chung, Cuyahoga;
Apr. 19, 2001 . . . . . . . . . . 148

Complaint No. 01-251C (Fed. Cl.); Apr. 26, 2001 . . . . . . . . . . 149

Letter of Terri Hamilton Brown, Cuyahoga, to Dennis G. Morton,
HUD; May 15, 2001 (including rent survey) . . . . . . . . . . 155

Complaint No. 01-416C (Fed. Cl.); Jul. 17, 2001 . . . . . . . . . . 160
Letter of Dennis G. Morton, HUD, to Terri Hamilton Brown,
Cuyahoga; Mar. 19, 2002 . . . . . . . . . . 166

Letter of Dennis G. Morton, HUD, to Lou Anne Chung,
Cuyahoga; May 16, 2002 . . . . . . . . . . 169

Letter of John L. McNeela, HUD, to Lou Anne Chung,
Cuyahoga; May 16, 2002 . . . . . . . . . . 169

Memorandum of Silvio J. DeBartolomeis re: Questions and Answers on
Section 8 Annual Rent Adjustments; January 14, 1986 . . . . . . . . . . 176

Amended Complaint No. 01-416C (Fed. Cl.); Apr. 26, 2001 . . . . . . . . . . 149

Excerpt of transcript of oral argument on parties' cross-motions
for summary judgment; March 7, 2003 . . . . . . . . . . 195

Declaration of Dennis G. Morton; January 29, 2004 . . . . . . . . . . 209