Case 1:01-cv-00046-FMA Document 55-9 Filed 02/03/2004 Page 1 of 6



**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. N-94-3754; FR-3699-N-03]**

## Section 8 Housing Assistance Payments Program; Fair Market Rent Schedules for Use in the Rental Certificate Program, Loan Management and Property Disposition Programs, Moderate Rehabilitation Program and Rental Voucher Program

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of final fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (part 882, subparts A and B), including space rentals by owners of manufactured homes under the Section 8 Rental Certificate program (part 882, subpart F) and project-based Certificate assistance (part 882, subpart G); the Section 8 Moderate Rehabilitation program (part 882, subparts D and E); Section 8 housing assisted under part 886, subparts A and C (Section 8 Loan Management and Property Disposition programs); and to determine payment standard schedules in the Rental Voucher program (part 887).

HUD published the proposed Fiscal Year (FY) 1995 FMRs in the **Federal Register** on June 23, 1994 (59 FR 32492), and in another publication on July 13, 1994 (59 FR 35739), announced that the public comment period was extended to October 14, 1994. The public comment period was extended to give Public Housing Agencies (PHAs) the opportunity to use the new rental housing survey guide that HUD had recently developed for smaller, nonmetropolitan areas.

Two separate sets of proposed FMRs were published on June 23—one based on the 45th percentile rent standard and the other based on the 40th percentile rent standard. The authorization bill now moving through Congress establishes FMRs at the 45th percentile rent standard. This notice, therefore, makes effective the final FY 1995 FMRs at the 45th percentile level.

As announced in the **Federal Register** on July 13, there will be two final FY 1995 FMR publications. Today's notice makes effective final FMRs for all areas on October 1, 1994. The FMRs in this notice are based on the proposed FMRs included in the June 23 notice for all areas except eight with RDD and AHS surveys that will have proposed reductions in their FMRs postponed pending the outcome of the review of comments submitted (see AHS and RDD surveys). A second publication later this year will announce revised final FMRs for the areas for which HUD makes a determination that the rental housing surveys submitted as public comments provided a sufficient basis for such revision.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1994.

**FOR FURTHER INFORMATION CONTACT:** Shirley C. Stone, Rental Assistance Division, Office of Elderly and Assisted Housing, telephone (202) 708-0477, (TDD: (202) 708-0850). For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708-0577 (TDD: (202) 708-0770). (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used to Develop FMRs

*FMR Standard:* The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 45th percentile rent, the dollar amount below which 45 percent of the standard quality rental housing units rent. The 45th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Public housing units and newly built units less than two years old are excluded.

*Data Sources:* HUD used the most accurate and current data available to develop the FMR estimates. Three sources of survey data were used for the base-year estimates. They are: (1) The 1990 Census; (2) RDD telephone surveys conducted of individual FMR areas since the 1990 Census; and (3) the post-1990 Census American Housing Surveys (AHSs) available at the time the FMR estimates were prepared. The base-year FMRs were then updated using Consumer Price Index (CPI) data for rents and utilities or the HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 103 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions (a total of 20 separate factors). The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

The decennial Census provides statistically reliable rent data for use in establishing base-year FMRs. AHSs are conducted by the Bureau of the Census for HUD and have accuracy comparable to the decennial Census. These surveys enable HUD to develop between-census revisions for the largest metropolitan areas on a revolving schedule. The RDD telephone survey technique is based on a sampling procedure that uses computers to select random samples of rental housing, dial and keep track of the telephone numbers and tabulate the responses.

*Manufactured Home Space FMRs:* The final manufactured home space FMRs are established at 30 percent of the applicable Section 8 Rental Certificate program two-bedroom FMR. HUD accepts public comments requesting modifications of manufactured home space FMRs. To be accepted for approval, such comments must contain statistically valid survey data that show the 45th percentile space rent (excluding the cost of utilities) for the FMR area. This program uses the same FMR area definitions as the Section 8 Rental Certificate program. All manufactured home space FMR revisions approved will be published as final FMRs in Schedule D. In addition HUD has retained all of the modifications approved since 1990 because they are based on recent survey data that HUD had determined to be valid.

Case 1:01-cv-00046-FMA Document 55-9 Filed 02/03/2004 Page 2 of 6



SCHEDULE B - FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H D A K O T A continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Griggs | 163 | 265 | 297 | 371 | 484 |
| Kidder | 162 | 220 | 294 | 375 | 413 |
| Logan | 148 | 204 | 272 | 378 | 440 |
| McIntosh | 165 | 236 | 301 | 376 | 422 |
| Mclean | 226 | 236 | 294 | 397 | 484 |
| Mountrail | 237 | 255 | 300 | 415 | 472 |
| Oliver | 162 | 229 | 294 | 368 | 482 |
| Pierce | 183 | 249 | 333 | 462 | 509 |
| Ransom | 217 | 242 | 323 | 404 | 453 |
| Richland | 229 | 270 | 359 | 450 | 531 |
| Sargent | 163 | 222 | 296 | 377 | 417 |
| Sioux | 126 | 204 | 228 | 286 | 320 |
| Stark | 172 | 235 | 313 | 435 | 513 |
| Stutsman | 255 | 259 | 346 | 482 | 567 |
| Traill | 224 | 285 | 335 | 425 | 473 |
| Ward | 212 | 290 | 387 | 523 | 624 |
| Williams | 193 | 236 | 306 | 425 | 503 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 167 | 220 | 294 | 384 | 477 |
| Lamoure | 232 | 262 | 294 | 368 | 413 |
| Mchenry | 162 | 220 | 294 | 410 | 460 |
| Mckenzie | 144 | 214 | 263 | 366 | 417 |
| Mercer | 173 | 242 | 315 | 438 | 518 |
| Nelson | 162 | 220 | 294 | 368 | 484 |
| Pembina | 187 | 261 | 340 | 455 | 542 |
| Ramsey | 219 | 293 | 391 | 490 | 639 |
| Renville | 247 | 249 | 324 | 452 | 533 |
| Rolette | 231 | 294 | 355 | 443 | 497 |
| Sheridan | 162 | 262 | 294 | 377 | 484 |
| Slope | 162 | 262 | 294 | 389 | 413 |
| Steele | 156 | 214 | 285 | 388 | 454 |
| Towner | 244 | 274 | 365 | 456 | 599 |
| Walsh | 284 | 303 | 377 | 472 | 527 |
| Wells | 227 | 230 | 304 | 380 | 498 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 333 | 406 | 521 | 652 | 731 | Portage, Summit |
| Brown County, OH | 269 | 294 | 385 | 511 | 539 | Brown |
| Canton-Massillon, OH MSA | 255 | 349 | 448 | 560 | 627 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 288 | 372 | 495 | 665 | 718 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 331 | 418 | 517 | 658 | 740 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 324 | 385 | 493 | 626 | 719 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 357 | 399 | 510 | 659 | 740 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 290 | 412 | 528 | 660 | 740 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 265 | 310 | 382 | 487 | 534 | Lawrence |
| Lima, OH MSA | 258 | 322 | 424 | 539 | 594 | Allen, Auglaize |
| Mansfield, OH MSA | 224 | 322 | 410 | 511 | 572 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 284 | 339 | 388 | 503 | 518 | Washington |
| Steubenville-Weirton, OH-WV MSA | 201 | 296 | 367 | 463 | 516 | Jefferson |
| Toledo, OH MSA | 336 | 409 | 499 | 643 | 699 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 301 | 327 | 396 | 495 | 555 | Belmont |
| Youngstown-Warren, OH MSA | 282 | 332 | 416 | 524 | 595 | Columbiana, Mahoning, Trumbull |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

092294

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

[Docket No. FR–3699–N–04]

## Section 8 Housing Assistance Payments Program; Fair Market Rent Schedules for Use in the Rental Certificate Program, Loan Management and Property Disposition Programs, Moderate Rehabilitation Single Room Occupancy Program and Rental Voucher Program

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Final fiscal year (FY) 1995 fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (part 882, subparts A and B), including space rentals by owners of manufactured homes under the Section 8 Rental Certificate program (part 882, subpart F) and project-based Certificate assistance (part 882, subpart G); the Section 8 Moderate Rehabilitation program (part 882, subparts D and E); Section 8 housing assisted under part 886, subparts A and C (Section 8 Loan Management and Property Disposition programs); and to determine payment standard schedules in the Rental Voucher program (part 887).

There have been several **Federal Register** publications leading to this final publication of the FY 1995 FMRs at the 40th percentile rent level. On June 23, 1994, HUD published separate sets of proposed FMRs at the 45th and the 40th percentile rent levels. The proposed 40th percentile FMRs were included in that publication to alert the public that the Administration was considering lowering the FMR standard as a cost saving measure. On July 13, the FMR comment period was extended to October 14 to give small PHAs in nonmetropolitan areas the opportunity to use HUD's recently issued rental housing survey guide. Because of the extended comment period, HUD could not review the comments in time to meet the October 1 deadline for publishing the final FMRs. On September 28, therefore, HUD published final 45th percentile FMRs for all areas at the proposed FMR levels and announced that there would be a later publication that would include revised FMRs for the areas whose rental housing surveys were still being evaluated.

On March 2, 1995, HUD published the proposed rule to revise 24 CFR part 888 to change the FMR rent standard from the 45th to 40th percentile rent level. The comment period ended on April 3, 1995, and, in a separate **Federal Register** publication on August 15, 1995, the changes were published.

This document concludes the process by providing final FY 1995 FMRs at the 40th percentile level. Included in this publication are increased FMRs for 131 areas that submitted rental housing surveys that HUD determined provided a sufficient basis for revising the FMRs. Five areas also are being added to Schedule D on the basis of surveys submitted on manufactured home space rentals in these areas. In addition, HUD has increased the FMRs for 325 nonmetropolitan counties after discovering that the original analysis of 1990 Census data comparing low rent nonmetropolitan counties with minimum rent values computed for States had led to an unintended result. HUD is continuing to study this issue, and is considering a further change in the way the State minimums are determined in the FY 1996 proposed FMRs.

**EFFECTIVE DATE:** The FMRs published in this document are effective on September 14, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Rental Assistance Division, Office of Elderly and Assisted Housing, telephone (202) 708–0477 or TDD: (202) 708–0850. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0577 or TDD: (202) 708–0770. (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### Method Used to Develop FMRs

*FMR Standard*

The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Public housing units and newly built units less than two years old are excluded.

*Data Sources*

HUD used the most accurate and current data available to develop the FMR estimates. Three sources of survey data were used for the base-year estimates. They are: (1) the 1990 Census; (2) RDD telephone surveys conducted of individual FMR areas since the 1990 Census; and (3) the post-1990 Census American Housing Surveys (AHSs) available at the time the FMR estimates were prepared. The base-year FMRs were then updated using Consumer Price Index (CPI) data for rents and utilities or the HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 103 metropolitan FMR areas. RDD regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD geographic regions (a total of 20 separate factors). The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

The decennial Census provides statistically reliable rent data for use in establishing base-year FMRs. AHSs are conducted by the Bureau of the Census for HUD and have accuracy comparable to the decennial Census. These surveys enable HUD to develop between-census revisions for the largest metropolitan areas on a revolving schedule. The RDD telephone survey technique is based on a sampling procedure that uses computers to select random samples of rental housing, dial and keep track of the telephone numbers and tabulate the responses.

*Manufactured Home Space FMRs*

Manufactured home space FMRs are established at 30 percent of the

Case 1:01-cv-00046-FMA Document 55-9 Filed 02/03/2004 Page 4 of 6



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



## N O R T H   D A K O T A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Bismarck, ND MSA | 281 | 315 | 419 | 584 | 689 | Burleigh, Morton |
| Fargo-Moorhead, ND-MN MSA | 275 | 380 | 458 | 636 | 681 | Cass |
| Grand Forks, ND-MN MSA | 285 | 340 | 446 | 616 | 687 | Grand Forks |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Adams | 159 | 229 | 290 | 383 | 477 |
| Benson | 235 | 239 | 318 | 399 | 491 |
| Bottineau | 163 | 225 | 300 | 418 | 420 |
| Burke | 225 | 253 | 285 | 365 | 468 |
| Dickey | 225 | 244 | 285 | 379 | 400 |
| Dunn | 158 | 255 | 286 | 358 | 401 |
| Emmons | 155 | 249 | 280 | 389 | 458 |
| Golden Valley | 195 | 265 | 354 | 442 | 494 |
| Griggs | 158 | 257 | 288 | 360 | 468 |
| Kidder | 157 | 213 | 285 | 363 | 400 |
| Logan | 152 | 210 | 280 | 390 | 454 |
| McIntosh | 160 | 229 | 292 | 364 | 409 |
| Mclean | 219 | 229 | 285 | 385 | 468 |
| Mountrail | 229 | 246 | 291 | 402 | 457 |
| Oliver | 157 | 222 | 285 | 357 | 466 |
| Pierce | 176 | 241 | 322 | 448 | 493 |
| Ransom | 210 | 234 | 313 | 391 | 439 |
| Richland | 217 | 256 | 341 | 427 | 504 |
| Sargent | 158 | 215 | 287 | 365 | 404 |
| Sioux | 155 | 250 | 280 | 351 | 393 |
| Stark | 168 | 230 | 306 | 426 | 502 |
| Stutsman | 248 | 252 | 339 | 472 | 555 |
| Traill | 217 | 276 | 324 | 412 | 458 |
| Ward | 207 | 284 | 379 | 512 | 610 |
| Williams | 183 | 224 | 290 | 404 | 478 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Barnes | 191 | 260 | 346 | 452 | 494 |
| Billings | 225 | 253 | 285 | 396 | 400 |
| Bowman | 157 | 236 | 285 | 396 | 417 |
| Cavalier | 195 | 266 | 355 | 443 | 547 |
| Divide | 186 | 217 | 290 | 383 | 407 |
| Eddy | 158 | 256 | 287 | 400 | 415 |
| Foster | 186 | 252 | 337 | 422 | 472 |
| Grant | 154 | 230 | 280 | 392 | 406 |
| Hettinger | 162 | 213 | 285 | 372 | 461 |
| Lamoure | 225 | 253 | 285 | 357 | 400 |
| Mchenry | 157 | 213 | 285 | 396 | 446 |
| Mckenzie | 153 | 227 | 280 | 390 | 444 |
| Mercer | 167 | 234 | 305 | 425 | 502 |
| Nelson | 157 | 213 | 285 | 357 | 468 |
| Pembina | 180 | 252 | 329 | 441 | 525 |
| Ramsey | 212 | 284 | 379 | 475 | 620 |
| Renville | 239 | 241 | 314 | 438 | 517 |
| Rolette | 224 | 285 | 344 | 429 | 482 |
| Sheridan | 157 | 253 | 285 | 365 | 468 |
| Slope | 157 | 253 | 285 | 377 | 400 |
| Steele | 153 | 210 | 280 | 381 | 446 |
| Towner | 236 | 265 | 354 | 442 | 581 |
| Walsh | 275 | 294 | 365 | 457 | 511 |
| Wells | 220 | 223 | 294 | 368 | 483 |

## O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 320 | 390 | 500 | 625 | 701 | Portage, Summit |
| Brown County, OH | 261 | 285 | 372 | 496 | 522 | Brown |
| Canton-Massillon, OH MSA | 247 | 338 | 433 | 542 | 607 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 282 | 363 | 485 | 650 | 702 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 321 | 405 | 501 | 637 | 718 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 311 | 369 | 472 | 600 | 690 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

080895

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Office of the Secretary

24 CFR Part 888

[Docket No. FR-3933-N-02]

## Fair Market Rents for Section 8 Housing Assistance Payments Program—Fiscal Year 1996

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Final fiscal year (FY) 1996 fair market rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

On March 2, 1995 (60 FR 11870), HUD published a proposed rule to revise 24 CFR part 888 to change the FMR rent standard from the 45th to 40th percentile rent level. That change was published in the **Federal Register** on August 15, 1995 (60 FR 42222), and made effective on September 14, 1995.

HUD also published proposed FY 1996 FMRs on August 15, 1995 (60 FR 42290). Because of the delay in publishing the proposed FMRs, the public comment period will extend beyond the October 1 statutory date for publishing final FMRs. Therefore, there will be two notices of final FMRs. Today's document provides final FY 1996 FMRs at the level of the proposed FMRs, except for the small number of areas with proposed FMR reductions that will have their FMRs held at the FY 1995 40th percentile level pending evaluation of public comments. The second publication of final FY 1996 FMRs, which will announce revised FMRs for the areas that submitted successful public comments, will occur early next year.

**EFFECTIVE DATE:** October 1, 1995.

**FOR FURTHER INFORMATION CONTACT:** Gerald J. Benoit, Rental Assistance Division, Office of Public and Indian Housing, telephone (202) 708–0477. (TDD: (202) 708–0850). For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0577 (TDD: (202) 708–0770). (These are not toll-free numbers.)

**SUPPLEMENTARY INFORMATION:**

### I. Background

Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

### II. Publication of FMRs

Section 8(c) of the Act requires the Secretary of HUD to publish FMRs periodically, but not less frequently than annually. The Department's regulations provide that HUD will develop FMRs by publishing proposed FMRs for public comment and after evaluating the public comments, publish the final FMRs (see 24 CFR 888.115). The final FY 1996 FMR schedules at the end of this document list the FMR levels for the Rental Certificate program (Schedule B) and for the areas where modifications have been approved for the manufactured home space FMRs (Schedule D).

### III. Method Used to Develop FMRs

*FMR Standard*

The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources*

HUD uses the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) the 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) the Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) the Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

*FY 1996 FMRs*

This document makes effective revised FMRs that reflect estimated 40th percentile rent levels trended to April 1, 1996. The FMRs have been calculated separately for each bedroom size category based on 1990 Census data. For most FMR areas, the ratios developed from the Census for that area were applied to the two-bedroom FMR estimate to derive the FMRs for the other bedroom size categories. Exceptions have been made for areas with local bedroom size rent intervals below an acceptable range. For those areas the bedroom size intervals selected were the minimums determined after outliers had been excluded from the distribution of bedroom ratios for all metropolitan areas. Higher ratios continue to be used for three-bedroom and larger size units than would result from using the actual market relationships. This is done to assist the largest, most difficult to house families in finding program-eligible units.

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



## N O R T H   D A K O T A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Bismarck, ND MSA | 301 | 337 | 449 | 625 | 738 | Burleigh, Morton |
| Fargo-Moorhead, ND-MN MSA | 295 | 407 | 491 | 681 | 729 | Cass |
| Grand Forks, ND-MN MSA | 305 | 364 | 478 | 660 | 736 | Grand Forks |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Adams | 211 | 263 | 341 | 443 | 517 |
| Benson | 239 | 263 | 341 | 443 | 517 |
| Bottineau | 211 | 263 | 341 | 443 | 517 |
| Burke | 229 | 263 | 341 | 443 | 517 |
| Dickey | 229 | 263 | 341 | 443 | 517 |
| Dunn | 211 | 263 | 341 | 443 | 517 |
| Emmons | 211 | 263 | 341 | 443 | 517 |
| Golden Valley | 211 | 270 | 361 | 450 | 517 |
| Griggs | 211 | 263 | 341 | 443 | 517 |
| Kidder | 211 | 263 | 341 | 443 | 517 |
| Logan | 211 | 263 | 341 | 443 | 517 |
| Mcintosh | 211 | 263 | 341 | 443 | 517 |
| Mclean | 223 | 263 | 341 | 443 | 517 |
| Mountrail | 233 | 263 | 341 | 443 | 517 |
| Oliver | 211 | 263 | 341 | 443 | 517 |
| Pierce | 211 | 263 | 341 | 457 | 517 |
| Ransom | 214 | 263 | 341 | 443 | 517 |
| Richland | 221 | 263 | 348 | 443 | 517 |
| Sargent | 211 | 263 | 341 | 443 | 517 |
| Sioux | 211 | 263 | 341 | 443 | 517 |
| Stark | 211 | 263 | 341 | 443 | 517 |
| Stutsman | 253 | 263 | 345 | 481 | 566 |
| Traill | 221 | 281 | 341 | 443 | 517 |
| Ward | 211 | 289 | 386 | 522 | 622 |
| Williams | 211 | 263 | 341 | 443 | 517 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Barnes | 211 | 265 | 353 | 461 | 517 |
| Billings | 229 | 263 | 341 | 443 | 517 |
| Bowman | 211 | 263 | 341 | 443 | 517 |
| Cavalier | 211 | 271 | 362 | 451 | 557 |
| Divide | 211 | 263 | 341 | 443 | 517 |
| Eddy | 211 | 263 | 341 | 443 | 517 |
| Foster | 211 | 263 | 343 | 443 | 517 |
| Grant | 211 | 263 | 341 | 443 | 517 |
| Hettinger | 211 | 263 | 341 | 443 | 517 |
| Lamoure | 229 | 263 | 341 | 443 | 517 |
| Mchenry | 211 | 263 | 341 | 443 | 517 |
| Mckenzie | 211 | 263 | 341 | 443 | 517 |
| Mercer | 211 | 263 | 341 | 443 | 517 |
| Nelson | 211 | 263 | 341 | 443 | 517 |
| Pembina | 211 | 263 | 341 | 449 | 535 |
| Ramsey | 216 | 289 | 386 | 484 | 632 |
| Renville | 244 | 263 | 341 | 446 | 527 |
| Rolette | 226 | 290 | 351 | 443 | 517 |
| Sheridan | 211 | 263 | 341 | 443 | 517 |
| Slope | 211 | 263 | 341 | 443 | 517 |
| Steele | 211 | 263 | 341 | 443 | 517 |
| Towner | 241 | 270 | 361 | 450 | 592 |
| Walsh | 280 | 300 | 372 | 466 | 521 |
| Wells | 224 | 263 | 341 | 443 | 517 |

## O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 326 | 397 | 509 | 636 | 713 | Portage, Summit |
| Brown County, OH | 268 | 315 | 395 | 510 | 563 | Brown |
| Canton-Massillon, OH MSA | 266 | 346 | 443 | 554 | 621 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 289 | 372 | 498 | 667 | 720 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 327 | 412 | 510 | 648 | 731 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 318 | 377 | 483 | 614 | 706 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR.

091195