6690 Federal Register / Vol. 61, No. 35 / Wednesday, February 21, 1996 / Rules and Regulations

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–3933–N–03]**

# Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1996

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of final fiscal year (FY) 1996 fair market rents.

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish Fair Market Rents (FMRs) annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1996 FMRs for all areas. It includes revised FMRs for 6 areas for which the FMRs have been increased as a result of HUD-contracted RDD surveys received in late October. The 6 areas are: Gallatin County, MT; the Johnson City-Kingsport-Bristol, TN–VA; Lexington, KY; Lincoln, NE; Macon, GA; and Raleigh-Durham-Chapel Hill, NC FMR areas.

Today's notice also makes effective the FMR reductions for 26 areas that were proposed in the August 15 notice based on the results of the most recent Random Digit Dialing and American Housing Surveys.

**EFFECTIVE DATE:** The FMRs published in this notice are effective on February 21, 1996.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Michael R. Allard, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0577. Hearing- or speech-impaired persons may use the Telecommunications Devices for the Deaf (TDD) by contacting the Federal Information Relay Service at 1–800–877–8339. (Other than the "800" TDD number, telephone numbers are not toll free.).

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

## Method Used to Develop FMRs

FMR Standard: The FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of the standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

Data Sources: HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) the 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) the Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) the Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

RDD surveys have a high degree of statistical accuracy; there is a 95 percent likelihood that the recent mover rent estimates developed using this approach are within 3 to 4 percent of the actual rent value. Virtually all of the RDD survey FMR estimates will be within 5 percent of the actual value.

State Minimum FMRs: Starting with the FY 1996 FMRs, HUD implemented a new minimum FMR policy in response to numerous public concerns that FMRs in rural areas were too low to operate the program successfully. As a result, FMRs are not established at the higher of the local FMR or the State-wide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

## Public Comments

In response to the August 15, 1995, proposed FMRs, HUD received 78 public comments covering 59 FMR areas. Rental housing survey information was included for 18 of the FMR areas covered by comments. HUD carefully evaluated all of the survey data submitted and, based on that review, is revising the FMRs for 10 of the 18 areas. The information submitted for the 41 areas that did not provide rental housing survey data was not considered sufficient to provide a basis for revising the FMRs.

Of the 10 FMR areas with approved FMR revisions, 6 submitted RDD surveys conducted by the Public Housing Agency (PHA) or by a professional survey firm, and 4 submitted traditional landlord/owner type surveys. The 6 areas that used the RDD survey method were: the Austin-San Marcos, TX; Boston, MA; Lake Charles, LA; Oakland, CA; Santa Rosa, CA; and the Washington, DC FMR areas. The 4 areas with successful traditional surveys were: the Kenai Peninsular Borough and the Matanuska-Susitna Borough in Alaska and Archuleta County and Laplata County in Colorado.

Case 1:01-cv-00046-FMA Document 55-10 Filed 02/03/2004 Page 2 of 4



SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING



N O R T H   D A K O T A

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Bismarck, ND MSA | 301 | 337 | 449 | 625 | 738 | Burleigh, Morton |
| Fargo-Moorhead, ND-MN MSA | 295 | 407 | 491 | 681 | 729 | Cass |
| Grand Forks, ND-MN MSA | 305 | 364 | 478 | 660 | 736 | Grand Forks |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Adams | 211 | 263 | 341 | 443 | 517 |
| Benson | 239 | 263 | 341 | 443 | 517 |
| Bottineau | 211 | 263 | 341 | 443 | 517 |
| Burke | 229 | 263 | 341 | 443 | 517 |
| Dickey | 229 | 263 | 341 | 443 | 517 |
| Dunn | 211 | 263 | 341 | 443 | 517 |
| Emmons | 211 | 263 | 341 | 443 | 517 |
| Golden Valley | 211 | 270 | 361 | 450 | 517 |
| Griggs | 211 | 263 | 341 | 443 | 517 |
| Kidder | 211 | 263 | 341 | 443 | 517 |
| Logan | 211 | 263 | 341 | 443 | 517 |
| McIntosh | 211 | 263 | 341 | 443 | 517 |
| Mclean | 223 | 263 | 341 | 443 | 517 |
| Mountrail | 233 | 263 | 341 | 443 | 517 |
| Oliver | 211 | 263 | 341 | 443 | 517 |
| Pierce | 211 | 263 | 341 | 457 | 517 |
| Ransom | 214 | 263 | 341 | 443 | 517 |
| Richland | 221 | 263 | 348 | 443 | 517 |
| Sargent | 211 | 263 | 341 | 443 | 517 |
| Sioux | 211 | 263 | 341 | 443 | 517 |
| Stark | 211 | 263 | 341 | 443 | 517 |
| Stutsman | 253 | 263 | 345 | 481 | 566 |
| Traill | 221 | 281 | 341 | 443 | 517 |
| Ward | 211 | 289 | 386 | 522 | 622 |
| Williams | 211 | 263 | 341 | 443 | 517 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Barnes | 211 | 265 | 353 | 461 | 517 |
| Billings | 229 | 263 | 341 | 443 | 517 |
| Bowman | 211 | 263 | 341 | 443 | 517 |
| Cavalier | 211 | 271 | 362 | 451 | 557 |
| Divide | 211 | 263 | 341 | 443 | 517 |
| Eddy | 211 | 263 | 341 | 443 | 517 |
| Foster | 211 | 263 | 343 | 443 | 517 |
| Grant | 211 | 263 | 341 | 443 | 517 |
| Hettinger | 211 | 263 | 341 | 443 | 517 |
| Lamoure | 229 | 263 | 341 | 443 | 517 |
| Mchenry | 211 | 263 | 341 | 443 | 517 |
| Mckenzie | 211 | 263 | 341 | 443 | 517 |
| Mercer | 211 | 263 | 341 | 443 | 517 |
| Nelson | 211 | 263 | 341 | 443 | 517 |
| Pembina | 211 | 263 | 341 | 449 | 535 |
| Ramsey | 216 | 289 | 386 | 484 | 632 |
| Renville | 244 | 263 | 341 | 446 | 527 |
| Rolette | 228 | 290 | 351 | 443 | 517 |
| Sheridan | 211 | 263 | 341 | 443 | 517 |
| Slope | 211 | 263 | 341 | 443 | 517 |
| Steele | 211 | 263 | 341 | 443 | 517 |
| Towner | 241 | 270 | 361 | 450 | 592 |
| Walsh | 280 | 300 | 372 | 466 | 521 |
| Wells | 224 | 263 | 341 | 443 | 517 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 326 | 397 | 509 | 636 | 713 | Portage, Summit |
| Brown County, OH | 268 | 315 | 395 | 510 | 563 | Brown |
| Canton-Massillon, OH MSA | 266 | 346 | 443 | 554 | 621 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 289 | 372 | 498 | 667 | 720 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 327 | 412 | 510 | 648 | 731 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 318 | 377 | 483 | 614 | 706 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 020996

Case 1:01-cv-00046-FMA Document 55-10 Filed 02/03/2004 Page 3 of 4



**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**Office of the Secretary**

**24 CFR Part 888**

**[Docket No. FR–4134–N–01]**

**Fair Market Rents for the Section 8 Housing Assistance Payments Program—Fiscal Year 1997**

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of final Fiscal Year (FY) 1997 Fair Market Rents (FMRs).

**SUMMARY:** Section 8(c)(1) of the United States Housing Act of 1937 requires the Secretary to publish FMRs annually to be effective on October 1 of each year. FMRs are used for the Section 8 Rental Certificate Program (including space rentals by owners of manufactured homes under that program); the Moderate Rehabilitation Single Room Occupancy program; housing assisted under the Loan Management and Property Disposition programs; payment standards for the Rental Voucher program; and any other programs whose regulations specify their use.

Today's notice provides final FY 1997 FMRs for all areas. It includes increased FMRs for 21 areas as a result of HUD-contracted Random Digit Dialing (RDD) surveys conducted through August, 1996. It also includes increased FMRs in 8 areas that submitted public comments, plus 4 areas that submitted manufactured home space rent comments.

Today's notice also makes effective FMR reductions for 9 areas that were proposed for reduction in the May 8, 1996 notice (61 FR 20982), based on the results of recent RDD and American Housing Surveys (AHSs).

**EFFECTIVE DATE:** The FMRs published in this notice are effective on October 1, 1996.

**FOR FURTHER INFORMATION CONTACT:** Gerald Benoit, Operations Division, Office of Rental Assistance, telephone (202) 708–0477. For technical information on the development of schedules for specific areas or the method used for the rent calculations, contact Alan Fox, Economic and Market Analysis Division, Office of Economic Affairs, telephone (202) 708–0590, Extension 328. Hearing- or speech-impaired persons may contact the Federal Information Relay Service at 1–800–877–8339 (TTY). (Other than the "800" TTY number, telephone numbers are not toll free.)

**SUPPLEMENTARY INFORMATION:** Section 8 of the United States Housing Act of 1937 (the Act) (42 U.S.C. 1437f) authorizes housing assistance to aid lower income families in renting decent, safe, and sanitary housing. Assistance payments are limited by FMRs established by HUD for different areas. In general, the FMR for an area is the amount that would be needed to pay the gross rent (shelter rent plus utilities) of privately owned, decent, safe, and sanitary rental housing of a modest (non-luxury) nature with suitable amenities.

**Method Used to Develop FMRs**

*FMR Standard:* FMRs are gross rent estimates; they include shelter rent and the cost of utilities, except telephone. HUD sets FMRs to assure that a sufficient supply of rental housing is available to program participants. To accomplish this objective, FMRs must be both high enough to permit a selection of units and neighborhoods and low enough to serve as many families as possible. The level at which FMRs are set is expressed as a percentile point within the rent distribution of standard quality rental housing units. The current definition used is the 40th percentile rent, the dollar amount below which 40 percent of standard quality rental housing units rent. The 40th percentile rent is drawn from the distribution of rents of units which are occupied by recent movers (renter households who moved into their unit within the past 15 months). Newly built units less than two years old are excluded, and adjustments have been made to correct for the below market rents of public housing units included in the data base.

*Data Sources:* HUD used the most accurate and current data available to develop the FMR estimates. The sources of survey data used for the base-year estimates are:

(1) The 1990 Census, which provides statistically reliable rent data for all FMR areas;

(2) The Bureau of the Census' American Housing Surveys (AHSs), which are used to develop between-Census revisions for the largest metropolitan areas and which have accuracy comparable to the decennial Census; and

(3) The Random Digit Dialing (RDD) telephone surveys of individual FMR areas, which are based on a sampling procedure that uses computers to select statistically random samples of rental housing.

The base-year FMRs are updated using trending factors based on Consumer Price Index (CPI) data for rents and utilities, or HUD regional rent change factors developed from RDD surveys. Annual average CPI data are available individually for 102 metropolitan FMR areas. RDD Regional rent change factors are developed annually for the metropolitan and nonmetropolitan parts of each of the 10 HUD regions. The RDD factors are used to update the base year estimates for all FMR areas that do not have their own local CPI survey.

RDD surveys have a high degree of statistical accuracy; there is a 95 percent likelihood that the recent mover rent estimates developed using this approach are within 3 to 4 percent of the actual rent value. Virtually all of the RDD survey FMR estimates will be within 5 percent of the actual value.

*State Minimum FMRs:* Starting with the FY 1996 FMRs, HUD implemented a new minimum FMR policy in response to concerns that FMRs in rural areas were too low to operate the program successfully. As a result, FMRs are established at the higher of the local FMR or the Statewide average of nonmetropolitan counties, subject to a ceiling rent cap. The State minimum also affects a small number of metropolitan areas whose rents would otherwise fall below the State minimum.

**Public Comments**

In response to the May 8, 1996 proposed FMRs, HUD received 53 public comments covering 37 FMR areas. Rental housing survey information was provided for 20 of the FMR areas covered by comments, including the 4 requests for manufactured home space rent changes only. HUD carefully evaluated all of the survey data submitted and, based on that review, is revising the FMRs for 12 of the 20 areas. The information submitted for the other 17 FMR areas that did not submit rental housing surveys was not considered sufficient to provide a basis for revising the FMRs.

The 8 FMR areas with approved FMR revisions are as follows:

Dover, DE MSA
Sussex County, DE
Reno, NV MSA
Preble County, OH
Box Elder County, UT
Cache County, UT
Iron County, UT
Fond du Lac County, WI

The 4 manufactured home space survey areas with approved revisions are:

Mendocino County, CA
Rochester, NY MSA
Utica-Rome, NY MSA
Portland-Vancouver, OR–WA MSA

PHAs and other interested parties should be aware that FMR comments

49616 Federal Register / Vol. 61, No. 184 / Friday, September 20, 1996 / Rules and Regulations

SCHEDULE B - 40TH PERCENTILE FAIR MARKET RENTS FOR EXISTING HOUSING 

N O R T H   D A K O T A continued

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Griggs | 219 | 274 | 355 | 461 | 538 |
| Kidder | 219 | 274 | 355 | 461 | 538 |
| Logan | 219 | 274 | 355 | 461 | 538 |
| McIntosh | 219 | 274 | 355 | 461 | 538 |
| Mclean | 232 | 274 | 355 | 461 | 538 |
| Mountrail | 242 | 274 | 355 | 461 | 538 |
| Oliver | 219 | 274 | 355 | 461 | 538 |
| Pierce | 219 | 274 | 355 | 475 | 538 |
| Ransom | 223 | 274 | 355 | 461 | 538 |
| Richland | 230 | 274 | 362 | 461 | 538 |
| Sargent | 219 | 274 | 355 | 461 | 538 |
| Sioux | 219 | 274 | 355 | 461 | 538 |
| Stark | 219 | 274 | 355 | 461 | 538 |
| Stutsman | 263 | 274 | 359 | 500 | 589 |
| Traill | 230 | 292 | 355 | 461 | 538 |
| Ward | 219 | 301 | 401 | 543 | 647 |
| Williams | 219 | 274 | 355 | 461 | 538 |

| NONMETROPOLITAN COUNTIES | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR |
|---|---|---|---|---|---|
| Hettinger | 219 | 274 | 355 | 461 | 538 |
| Lamoure | 238 | 274 | 355 | 461 | 538 |
| Mchenry | 219 | 274 | 355 | 461 | 538 |
| Mckenzie | 219 | 274 | 355 | 461 | 538 |
| Mercer | 219 | 274 | 355 | 461 | 538 |
| Nelson | 219 | 274 | 355 | 461 | 538 |
| Pembina | 219 | 274 | 355 | 467 | 556 |
| Ramsey | 225 | 301 | 401 | 503 | 657 |
| Renville | 254 | 274 | 355 | 464 | 548 |
| Rolette | 237 | 302 | 365 | 461 | 538 |
| Sheridan | 219 | 274 | 355 | 461 | 538 |
| Slope | 219 | 274 | 355 | 461 | 538 |
| Steele | 219 | 274 | 355 | 461 | 538 |
| Towner | 251 | 281 | 375 | 468 | 616 |
| Walsh | 291 | 312 | 387 | 485 | 542 |
| Wells | 233 | 274 | 355 | 461 | 538 |

O H I O

| METROPOLITAN FMR AREAS | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | Counties of FMR AREA within STATE |
|---|---|---|---|---|---|---|
| Akron, OH PMSA | 334 | 406 | 521 | 651 | 730 | Portage, Summit |
| Brown County, OH | 274 | 322 | 403 | 521 | 575 | Brown |
| Canton-Massillon, OH MSA | 272 | 354 | 453 | 566 | 635 | Carroll, Stark |
| Cincinnati, OH-KY-IN | 297 | 382 | 511 | 685 | 740 | Clermont, Hamilton, Warren |
| Cleveland-Lorain-Elyria, OH PMSA | 335 | 422 | 522 | 663 | 748 | Ashtabula, Cuyahoga, Geauga, Lake, Lorain, Medina |
| Columbus, OH MSA | 325 | 385 | 494 | 627 | 721 | Delaware, Fairfield, Franklin, Licking, Madison, Pickaway |
| Dayton-Springfield, OH MSA | 336 | 376 | 480 | 619 | 696 | Clark, Greene, Miami, Montgomery |
| Hamilton-Middletown, OH PMSA | 299 | 425 | 545 | 681 | 763 | Butler |
| Huntington-Ashland, WV-KY-OH MSA | 292 | 342 | 421 | 537 | 591 | Lawrence |
| Lima, OH MSA | 272 | 326 | 429 | 547 | 601 | Allen, Auglaize |
| Mansfield, OH MSA | 272 | 326 | 415 | 518 | 580 | Crawford, Richland |
| Parkersburg-Marietta, WV-OH MSA | 294 | 351 | 402 | 521 | 536 | Washington |
| Steubenville-Weirton, OH-WV MSA | 272 | 321 | 402 | 513 | 572 | Jefferson |
| Toledo, OH MSA | 340 | 414 | 506 | 652 | 707 | Fulton, Lucas, Wood |
| Wheeling, WV-OH MSA | 298 | 325 | 402 | 513 | 572 | Belmont |
| Youngstown-Warren, OH MSA | 285 | 336 | 420 | 529 | 602 | Columbiana, Mahoning, Trumbull |

Note: The FMRS for unit sizes larger than 4 BRs are calculated by adding 15% to the 4 BR FMR for each extra bedroom. For example, the FMR for a 5 BR unit is 1.15 times the 4BR FMR, and the FMR for a 6 BR unit is 1.30 times the 4 BR FMR. 091196