CMHA

Cuyahoga Metropolitan Housing Authority

1441 West 25th Street • Cleveland, Ohio 44113
Phone: 216/348-5000 • Fax: 216/348-4925

January 11, 1999

Mr. John McNeela
U.S. Department of Housing and Urban Development (HUD)
1350 Euclid Avenue, Suite 500
Cleveland, OH 44115-1815

Re: CUYAHOGA METROPOLITAN HOUSING AUTHORITY
- Severance Towers HAP Contract – Project No.: OH-12-8023-002
- Quarrytown Towers HAP Contract – Project No.: OH-16-0013-012
- Ambleside Towers HAP Contract – Project No.: OH-16-0013-013

Dear Mr. McNeela:

The Cuyahoga Metropolitan Housing Authority hereby requests payment by HUD of past annual increases in HAP payments under the above contracts, which we should have requested annually in accordance with those contracts. Schedules of the rent increase effects are attached hereto and amount to $825,168.00. This represents the difference between the HAP rents modified by the automatic annual adjustment factors since the June 3, 1994 rent increase, the last we received from HUD.

We would appreciate your cooperation in expediting this request. If you need anything further, please let us know immediately. We can be contacted at (216) 348-8292, ext. 2160.

Very truly yours,

Samuel L. Williams, Jr.
DEPUTY DIRECTOR/FINANCIAL SERVICES

C: LaVerne Nichols-Boyd, Esq.
Stephen M. O'Bryan, Esq.

Board of Commissioners
Bracy Lewis, Chairman • Dwayne Browder, Vice-Chairman
Louise Harris • Emmanuel Onunwor • Robert C. Townsend II
T ector

CMHA

Cuyahoga Metropolitan Housing Authority

1441 West 25th Street • Cleveland, Ohio 44113
Phone: 216/348-5000 • Fax: 216/348-4925

DEPT. OF HOUSING & URBAN DEV.
RECEIVED
FEB 16 1999
M. F. LOAN MANAGEMENT

February 9, 1999

John McNeela, Asset Management
U.S Department of Housing & Urban Development
1350 Euclid, Suite 500
Cleveland, Ohio 44115

ANNIVERSARY

RE: Cuyahoga Metropolitan Housing Authority
5-1 Severance Towers HAP Contract - Project No. OH-12-8023-002
2-1 Quarrytown Towers HAP Contract - Project No. OH-16-0013-012
8-15 Ambleside Towers HAP Contract - Project No. OH-16-0013-013

Dear Mr. McNeela:

The Cuyahoga Metropolitan Housing Authority ("CMHA") hereby requests an increase in the contract rents due pursuant to the HAP contracts covering the above projects. Such increase should reflect each of the automatic annual adjustment factors applicable since these rents were last increased in 1994.

CMHA further requests payment by HUD of the difference between the HAP payments made under the above indicated contracts and those which should have been made automatically by virtue of the annual adjustments required by those respective contracts since 1994. Schedules of the delinquencies are attached hereto and amount to approximately Eight Hundred Twenty-Five Thousand One Hundred Sixty-Eight Dollars ($825,168.00). In addition to the delinquent payment, the Authority is additionally requesting interest from the dates those increased payments were due.

At our recent meeting held at your offices on or about January 21, 1999, it was asserted that the requested increases are not due because they were not timely requested. It appeared to be additionally inferred that the requested rents may exceed the comparable rents in the area and that would be an additional factor in denying same. I requested and received an additional opinion from outside counsel, Kelley McCann & Livingstone, who were involved in the initial development in the early years of the projects which is at issue with those positions. Outside counsel is in accord with our initial opinion determining the propriety of the adjustment and negating the position that an automatic annual adjustment is waived if a timely application is not made for it. They

Board of Commissioners
Bracy Lewis, C ...ler, Vice-Chairman
Louise Harris • ...obert C. Townsend II
T... ...ector

additionally concur that such increases should not be precluded because of the comparability limitation in Section I.8d of the HAP contract.

The legal position as to the claimed waiver is that "the terms of Section I.8b of the HAP contract are quite clear." First of all, that subsection is called "Automatic Annual Adjustments". The normal definition of "automatic" as "having an inherent power of action or motion", "self-acting", "not voluntary; not depending on the will, etc." support the basic premise that there was no necessary action on the part of CMHA. Subsection b(2) of the HAP contract provides in pertinent part:

> "on each anniversary date of the contract, the contract rents shall be adjusted by applying the applicable automatic annual adjustment factor most recently published by government . . ."

The legal position is that "neither the word 'automatic' or the unequivocable obligatory language in Subsection b(2) would in any way imply a waiver if there was no timely application." On the contrary, it is asserted that the language requires action on HUD's part to make known to CMHA the new rents dictated by application of the appropriate adjustment factor. Since there is no waiver by virtue of the contract terms, our current application for back increases should be honored unless there is some other limitation applicable.

The position of the Agency on the issue of comparability is that "Section I.8d does limit the increases under the contract to what is being charged for comparable, unassisted units with one exception. It is specifically stated as an exception:

> "provided, that this limitation should not be construed to prohibit differences in rents between assisted and comparable unassisted units to the extent that such differences may have existed with respect to the initial contract rents."

It is proposed that the rents of all these projects had an initial differential which HUD records should reflect. The fact that these differentials exist is shown by HUD's own actions in processing the rent increases up to 1994 when the last documented one was implemented. If the current HAP contract rents are now comparable to unassisted units or even higher, what must they have been back in 1994 and the earlier years when the unassisted rent levels were so much lower? The fact that those automatic annual adjustments were made for 1994 and earlier shows that HUD was recognizing the differential in the initial contract rents for each of those projects. In fact, Scott Pollock, Executive Assistant to the Executive Director, recalled a similar situation in the 1980's in regard to Quarrytown where retroactive adjustments to the rent were, in fact, approved and processed by HUD. Accordingly, in the opinion of the CMHA Legal Department and as opined by our outside counsel, neither of the positions raised by HUD are supportable under the contract and the requested increases should be processed and back rent differentials paid.

Please find attached computation sheets outlining the annual adjustment deficiencies for each project and relevant excerpts from the Federal Register. The Authority is attempting to focus on issues during this Administration that, unfortunately, appeared to be unemphasized in the past. In order for these projects to be successfully managed for the greater good of our residents and the community, the Authority requests your consideration in this matter in accord with the relevant contract provisions.

I will await your prompt response to this outstanding matter.

Sincerely,

LaVerne N. Boyd
Acting General Counsel

LNB/ct

cc: Terri D. Hamilton, Executive Director
Tom Marshall, HUD
Stephen M. O'Bryan, Esq.
Fred J. Livingstone, Esq.
John Danis, Chief Financial Officer
Samuel Williams, Deputy Comptroller

# Severance Tower
## HAP Rent-Annual Adjustment Deficiency
## ( Number of Units:190 )

| Year Applicable ( 5/1 to 4/30 ) | Publication Approval Date | Annual Adj. Factor | HAP Rent | Rent Used | Difference | Monthly Difference | Yearly Difference |
|---|---|---|---|---|---|---|---|
| 1994 | 6/3/94 | | $572 | $572 | $0 | $0 | $0 |
| 1995 * | 3/7/95 | 1.028 | $588 | $572 | $16 | $3,040 | $24,320 |
| 1996 | 10/1/95 | 1.018 | $599 | $572 | $27 | $5,130 | $53,200 |
| 1997 | 10/1/96 | 1.023 | $614 | $572 | $42 | $7,980 | $84,360 |
| 1998 | 3/11/98 | 1.03 | $632 | $572 | $60 | $11,400 | $123,120 |
| **Total** | | | | | | | **$285,000** |

* 5/1/95 Thru 12/31/95

Effective Date: 3/7/95

SCHEDULE C - TABLE 2 CONTRACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS PREPARED ON 013095

| | HIGHEST COST UTILITY INCLUDED | EXCLUDED | | HIGHEST COST UTILITY INCLUDED | EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.005 | 1.005 | New England Nonmetropolitan | 1.000 | 1.000 |
| New York/New Jersey Metropolitan | 1.000 | 1.000 | New York/New Jersey Nonmetropolitan | 1.014 | 1.014 |
| Mid-Atlantic Metropolitan | 1.008 | 1.005 | Mid-Atlantic Nonmetropolitan | 1.010 | 1.002 |
| Southeast Metropolitan | 1.008 | 1.003 | Southeast Nonmetropolitan | 1.004 | 1.000 |
| Midwest Metropolitan | 1.018 | 1.020 | Midwest Nonmetropolitan | 1.004 | 1.000 |
| Southwest Metropolitan | 1.028 | 1.029 | Southwest Nonmetropolitan | 1.004 | 1.000 |
| Great Plains Metropolitan | 1.020 | 1.018 | Great Plains Nonmetropolitan | 1.012 | 1.012 |
| Rocky Mountain Metropolitan | 1.052 | 1.057 | Rocky Mountain Nonmetropolitan | 1.004 | 1.003 |
| Pacific/Hawaii Metropolitan | 1.008 | 1.006 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.001 |
| Northwest/Alaska Metropolitan | 1.028 | 1.030 | Northwest/Alaska Nonmetropolitan | 1.013 | 1.012 |
| STATE Hawaii | 1.027 | 1.022 | PMSA Akron, OH | 1.018 | 1.015 |
| MSA Anchorage, AK | 1.037 | 1.036 | PMSA Ann Arbor, MI | 1.012 | 1.018 |
| Atlanta, GA | 1.019 | 1.015 | PMSA Atlantic-Cape May, NJ | 1.003 | 1.006 |
| PMSA Baltimore, MD | 1.014 | 1.014 | PMSA Bergen-Passaic, NJ | 1.017 | 1.015 |
| *COUNTY Berkeley, WV | 1.001 | 1.000 | PMSA Boston, MA-NH | 1.000 | 1.000 |
| PMSA Boulder-Longmont, CO | 1.058 | 1.064 | PMSA Brazoria, TX | 1.021 | 1.022 |
| PMSA Bremerton, WA | 1.014 | 1.010 | PMSA Bridgeport, CT | 1.017 | 1.018 |
| PMSA Brockton, MA | 1.000 | 1.000 | *COUNTY Brown, OH | 1.018 | 1.001 |
| PMSA Buffalo-Niagara Falls, NY | 1.027 | 1.018 | *COUNTY Carroll, GA | 1.021 | 1.015 |
| Chicago, IL | 1.018 | 1.011 | *Cincinnati, OH-KY-IN | 1.011 | 1.003 |
| *COUNTY Clarke, VA | 1.000 | 1.000 | PMSA Cleveland-Lorain-Elyria, OH | 1.018 | 1.018 |

Effective Date: 10/1/95

SCHEDULE C - TABLE 1.- CONTRACT RENT AAFS FOR UNITS WITH TURNOVER, SECTION 8 HAP PROGRAMS

PREPARED ON 072195

| | HIGHEST COST UTILITY INCLUDED | EXCLUDED | | HIGHEST COST UTILITY INCLUDED | EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.007 | 1.004 | New England Nonmetropolitan | 1.010 | 1.008 |
| New York/New Jersey Metropolitan | 1.030 | 1.034 | New York/New Jersey Nonmetropolitan | 1.014 | 1.014 |
| Mid-Atlantic Metropolitan | 1.031 | 1.033 | Mid-Atlantic Nonmetropolitan | 1.028 | 1.023 |
| Southeast Metropolitan | 1.033 | 1.040 | Southeast Nonmetropolitan | 1.018 | 1.020 |
| Midwest Metropolitan | 1.023 | 1.037 | Midwest Nonmetropolitan | 1.008 | 1.014 |
| Southwest Metropolitan | 1.021 | 1.026 | Southwest Nonmetropolitan | 1.029 | 1.042 |
| Great Plains Metropolitan | 1.027 | 1.040 | Great Plains Nonmetropolitan | 1.009 | 1.022 |
| Rocky Mountain Metropolitan | 1.071 | 1.080 | Rocky Mountain Nonmetropolitan | 1.019 | 1.020 |
| Pacific/Hawaii Metropolitan | 1.022 | 1.024 | Pacific/Hawaii Nonmetropolitan | 1.028 | 1.004 |
| Northwest/Alaska Metropolitan | 1.045 | 1.046 | Northwest/Alaska Nonmetropolitan | 1.028 | 1.030 |
| STATE Hawaii | 1.025 | 1.025 | PMSA Akron, OH | 1.018 | 1.017 |
| MSA Anchorage, AK | 1.027 | 1.035 | PMSA Ann Arbor, MI | 1.017 | 1.020 |
| *Atlanta, GA | 1.028 | 1.031 | PMSA Atlantic-Cape May, NJ | 1.014 | 1.013 |
| PMSA Baltimore, MD | 1.013 | 1.011 | PMSA Bergen-Passaic, NJ | 1.024 | 1.028 |
| *COUNTY Berkeley, WV | 1.017 | 1.018 | PMSA Boston, MA-NH | 1.008 | 1.008 |
| PMSA Boulder-Longmont, CO | 1.093 | 1.055 | PMSA Brazoria, TX | 1.025 | 1.030 |
| PMSA Bremerton, WA | 1.027 | 1.021 | PMSA Bridgeport, CT | 1.024 | 1.027 |
| PMSA Brockton, MA | 1.009 | 1.008 | *COUNTY Brown, OH | 1.028 | 1.023 |
| PMSA Buffalo-Niagara Falls, NY | 1.020 | 1.014 | *COUNTY Carroll, GA | 1.025 | 1.031 |
| *Chicago, IL | 1.024 | 1.039 | *Cincinnati, OH-KY-IN | 1.026 | 1.024 |
| *COUNTY Clarke, VA | 1.017 | 1.018 | PMSA Cleveland-Lorain-Elyria, OH | 1.018 | 1.017 |

Table 2

RACT RENT AAFS FOR UNITS WITH NO TURNOVER, SECTION 8 HAP PROGRAMS.

PREPARED ON 072195

dwest Metro

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| | 1.000 | 1.000 | New England Nonmetropolitan | 1.000 | 1.000 |
| opolitan | 1.020 | 1.024 | New York/New Jersey Nonmetropolitan | 1.004 | 1.004 |
| an | 1.022 | 1.023 | Mid-Atlantic Nonmetropolitan | 1.018 | 1.013 |
| | 1.023 | 1.030 | Southeast Nonmetropolitan | 1.005 | 1.010 |
| | 1.013 | 1.023 | Midwest Nonmetropolitan | 1.000 | 1.005 |
| | 1.011 | 1.016 | Southwest Nonmetropolitan | 1.019 | 1.032 |
| an | 1.017 | 1.030 | Great Plains Nonmetropolitan | 1.000 | 1.012 |
| itan | 1.061 | 1.070 | Rocky Mountain Nonmetropolitan | 1.009 | 1.010 |
| itan | 1.012 | 1.014 | Pacific/Hawaii Nonmetropolitan | 1.018 | 1.024 |
| olitan | 1.035 | 1.036 | Northwest/Alaska Nonmetropolitan | 1.018 | 1.020 |
| | 1.015 | 1.015 | PMSA Akron, OH | 1.008 | 1.007 |
| | 1.017 | 1.025 | PMSA Ann Arbor, MI | 1.007 | 1.010 |
| | 1.018 | 1.021 | PMSA Atlantic-Cape May, NJ | 1.004 | 1.003 |
| | 1.003 | 1.003 | PMSA Bergen-Passaic, NJ | 1.014 | 1.016 |
| | 1.007 | 1.008 | PMSA Boston, MA-NH | 1.000 | 1.000 |
| CO | 1.043 | 1.045 | PMSA Brazoria, TX | 1.015 | 1.020 |
| | 1.017 | 1.011 | PMSA Bridgeport, CT | 1.014 | 1.017 |
| | 1.000 | 1.000 | ·COUNTY Brown, OH | 1.018 | 1.013 |
| Falls, NY | 1.010 | 1.004 | ·COUNTY Carroll, GA | 1.016 | 1.021 |
| | 1.014 | 1.029 | ·Cincinnati, OH-KY-IN | 1.016 | 1.014 |
| | 1.007 | 1.008 | PMSA Cleveland-Lorain-Elyria, OH | 1.008 | 1.007 |

Effective Date: 10/1/96

SCHEDULE C - TABLE I - CONTRACT RENT AAFS

PREPARED ON 111398

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.008 | 1.013 | New England Nonmetropolitan | 1.037 | 1.038 |
| New York/New Jersey Metropolitan | 1.004 | 1.002 | New York/New Jersey Nonmetropolitan | 1.024 | 1.028 |
| Mid-Atlantic Metropolitan | 1.026 | 1.038 | Mid-Atlantic Nonmetropolitan | 1.011 | 1.017 |
| Southeast Metropolitan | 1.030 | 1.030 | Southeast Nonmetropolitan | 1.012 | 1.004 |
| Midwest Metropolitan | 1.022 | 1.027 | Midwest Nonmetropolitan | 1.019 | 1.028 |
| Southwest Metropolitan | 1.028 | 1.025 | Southwest Nonmetropolitan | 1.009 | 1.000 |
| Great Plains Metropolitan | 1.026 | 1.028 | Great Plains Nonmetropolitan | 1.021 | 1.011 |
| Rocky Mountain Metropolitan | 1.058 | 1.062 | Rocky Mountain Nonmetropolitan | 1.040 | 1.037 |
| Pacific/Hawaii Metropolitan | 1.020 | 1.021 | Pacific/Hawaii Nonmetropolitan | 1.014 | 1.012 |
| Northwest/Alaska Metropolitan | 1.018 | 1.020 | Northwest/Alaska Nonmetropolitan | 1.025 | 1.028 |
| STATE Hawaii | 1.009 | 1.006 | PMSA Akron, OH | 1.023 | 1.032 |
| MSA Anchorage, AK | 1.014 | 1.017 | PMSA Ann Arbor, MI | 1.015 | 1.018 |
| *Atlanta, GA | 1.043 | 1.057 | PMSA Atlantic-Cape May, NJ | 1.018 | 1.014 |
| PMSA Baltimore, MD | 1.008 | 1.011 | PMSA Bergen-Passaic, NJ | 1.028 | 1.038 |
| *COUNTY Berkeley, WV | 1.019 | 1.022 | PMSA Boston, MA-NH | 1.029 | 1.034 |
| PMSA Boulder-Longmont, CO | 1.045 | 1.051 | PMSA Brazoria, TX | 1.009 | 1.028 |
| PMSA Bremerton, WA | 1.018 | 1.018 | PMSA Bridgeport, CT | 1.025 | 1.029 |
| PMSA Brockton, MA | 1.029 | 1.034 | *COUNTY Brown, OH | 1.021 | 1.040 |
| PMSA Buffalo-Niagara Falls, NY | 1.022 | 1.031 | *COUNTY Carroll, GA | 1.035 | 1.087 |
| *Chicago, IL | 1.040 | 1.043 | *Cincinnati, OH-KY-IN | 1.027 | 1.038 |
| *COUNTY Clarke, VA | 1.019 | 1.022 | PMSA Cleveland-Lorain-Elyria, OH | 1.023 | 1.032 |

1 - CONTRACT RENT AAFS

PREPARED ON 111296

| | HIGHEST COST INCLUDED | UTILITY EXCLUDED | | HIGHEST COST INCLUDED | UTILITY EXCLUDED |
|---|---|---|---|---|---|
| opolitan | 1.000 | 1.003 | New England Nonmetropolitan | 1.013 | 1.025 |
| sey Metropolitan | 1.000 | 1.000 | New York/New Jersey Nonmetropolitan | 1.014 | 1.016 |
| ropolitan | 1.016 | 1.026 | Mid-Atlantic Nonmetropolitan | 1.001 | 1.007 |
| olitan | 1.020 | 1.020 | Southeast Nonmetropolitan | 1.002 | 1.000 |
| itan | 1.012 | 1.017 | Midwest Nonmetropolitan | 1.009 | 1.015 |
| olitan | 1.016 | 1.015 | Southwest Nonmetropolitan | 1.000 | 1.000 |
| ropolitan | 1.015 | 1.016 | Great Plains Nonmetropolitan | 1.011 | 1.001 |
| etropolitan | 1.048 | 1.052 | Rocky Mountain Nonmetropolitan | 1.030 | 1.027 |
| letropolitan | 1.010 | 1.011 | Pacific/Hawaii Nonmetropolitan | 1.004 | 1.002 |
| Metropolitan | 1.008 | 1.010 | Northwest/Alaska Nonmetropolitan | 1.015 | 1.015 |
| | 1.000 | 1.000 | PMSA Akron, OH | 1.013 | 1.022 |
| AK | 1.004 | 1.007 | PMSA Ann Arbor, MI | 1.005 | 1.008 |
| | 1.033 | 1.047 | PMSA Atlantic-Cape May, NJ | 1.006 | 1.004 |
| MO | 1.000 | 1.001 | PMSA Bergen-Passaic, NJ | 1.016 | 1.018 |
| /, WV | 1.009 | 1.012 | PMSA Boston, MA-NH | 1.019 | 1.024 |
| ongmont, CO | 1.035 | 1.041 | PMSA Brazoria, TX | 1.000 | 1.018 |
| , WA | 1.008 | 1.008 | PMSA Bridgeport, CT | 1.015 | 1.019 |
| MA | 1.019 | 1.024 | *COUNTY Brown, OH | 1.011 | 1.030 |
| iagara Falls, NY | 1.013 | 1.021 | *COUNTY Carroll, GA | 1.025 | 1.047 |
| | 1.030 | 1.033 | *Cincinnati, OH-KY-IN | 1.017 | 1.026 |
| VA | 1.009 | 1.012 | PMSA Cleveland-Lorain-Elyria, OH | 1.013 | 1.022 |

Effective Date: 3/11/98

SCHEDULE C - TABLE 2 - CONTRACT RENT AAFS

PREPARED ON 090597

| | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED | | HIGHEST COST UTILITY INCLUDED | HIGHEST COST UTILITY EXCLUDED |
|---|---|---|---|---|---|
| New England Metropolitan | 1.003 | 1.003 | New England Nonmetropolitan | 1.008 | 1.006 |
| New York/New Jersey Metropolitan | 1.006 | 1.006 | New York/New Jersey Nonmetropolitan | 1.006 | 1.007 |
| Mid-Atlantic Metropolitan | 1.009 | 1.007 | Mid-Atlantic Nonmetropolitan | 1.012 | 1.012 |
| Southeast Metropolitan | 1.016 | 1.016 | Southeast Nonmetropolitan | 1.011 | 1.007 |
| Midwest Metropolitan | 1.015 | 1.016 | Midwest Nonmetropolitan | 1.013 | 1.011 |
| Southwest Metropolitan | 1.016 | 1.016 | Southwest Nonmetropolitan | 1.012 | 1.008 |
| Great Plains Metropolitan | 1.007 | 1.005 | Great Plains Nonmetropolitan | 1.003 | 1.007 |
| Rocky Mountain Metropolitan | 1.022 | 1.030 | Rocky Mountain Nonmetropolitan | 1.007 | 1.015 |
| Pacific/Hawaii Metropolitan | 1.004 | 1.010 | Pacific/Hawaii Nonmetropolitan | 1.000 | 1.008 |
| Northwest/Alaska Metropolitan | 1.005 | 1.009 | Northwest/Alaska Nonmetropolitan | 1.008 | 1.013 |
| STATE Hawaii | 1.006 | 1.000 | PMSA Akron, OH | 1.020 | 1.038 |
| MSA Anchorage, AK | 1.007 | 1.010 | PMSA Ann Arbor, MI | 1.023 | 1.032 |
| MSA Atlanta, GA | 1.046 | 1.047 | PMSA Atlantic-Cape May, NJ | 1.012 | 1.010 |
| PMSA Baltimore, MD | 1.014 | 1.008 | PMSA Bergen-Passaic, NJ | 1.019 | 1.018 |
| *COUNTY Berkeley, WV | 1.013 | 1.013 | PMSA Boston, MA-NH | 1.032 | 1.036 |
| PMSA Boulder-Longmont, CO | 1.043 | 1.050 | PMSA Brazoria, TX | 1.017 | 1.011 |
| PMSA Bremerton, WA | 1.019 | 1.018 | PMSA Bridgeport, CT | 1.015 | 1.017 |
| PMSA Brockton, MA | 1.032 | 1.034 | *COUNTY Brown, OH | 1.011 | 1.008 |
| PMSA Buffalo-Niagara Falls, NY | 1.019 | 1.011 | *Chicago, IL | 1.022 | 1.018 |
| *Cincinnati, OH-KY-IN | 1.010 | 1.008 | *COUNTY Clarke, VA | 1.013 | 1.013 |
| PMSA Cleveland-Lorain-Elyria, OH | 1.020 | 1.018 | *COUNTY Culpeper, VA | 1.013 | 1.013 |

PREPARED ON 030597

SCHEDULE C - TABLE 1 - CONTRACT RENT AAFS

| | HIGHEST COST UTILITY INCLUDED | EXCLUDED |
|---|---|---|
| New England Metropolitan | 1.013 | 1.013 |
| New York/New Jersey Metropolitan | 1.016 | 1.016 |
| Mid-Atlantic Metropolitan | 1.019 | 1.017 |
| Southeast Metropolitan | 1.026 | 1.026 |
| Midwest Metropolitan | 1.025 | 1.026 |
| Southwest Metropolitan | 1.026 | 1.026 |
| Great Plains Metropolitan | 1.017 | 1.014 |
| Rocky Mountain Metropolitan | 1.032 | 1.040 |
| Pacific/Hawaii Metropolitan | 1.014 | 1.020 |
| Northwest/Alaska Metropolitan | 1.015 | 1.019 |
| STATE Hawaii | 1.004 | 1.002 |
| MSA Anchorage, AK | 1.017 | 1.020 |
| MSA Atlanta, GA | 1.056 | 1.057 |
| PMSA Baltimore, MD | 1.024 | 1.018 |
| *COUNTY Berkeley, WV | 1.023 | 1.023 |
| PMSA Boulder-Longmont, CO | 1.083 | 1.059 |
| PMSA Bremerton, WA | 1.029 | 1.028 |
| PMSA Brockton, MA | 1.042 | 1.044 |
| PMSA Buffalo-Niagara Falls, NY | 1.029 | 1.021 |
| *Cincinnati, OH-KY-IN | 1.020 | 1.018 |
| PMSA Cleveland-Lorain-Elyria, OH | 1.030 | 1.028 |

| | HIGHEST COST UTILITY INCLUDED | EXCLUDED |
|---|---|---|
| New England Nonmetropolitan | 1.017 | 1.016 |
| New York/New Jersey Nonmetropolitan | 1.016 | 1.017 |
| Mid-Atlantic Nonmetropolitan | 1.023 | 1.022 |
| Southeast Nonmetropolitan | 1.021 | 1.017 |
| Midwest Nonmetropolitan | 1.023 | 1.021 |
| Southwest Nonmetropolitan | 1.022 | 1.018 |
| Great Plains Nonmetropolitan | 1.019 | 1.017 |
| Rocky Mountain Nonmetropolitan | 1.017 | 1.025 |
| Pacific/Hawaii Nonmetropolitan | 1.009 | 1.018 |
| Northwest/Alaska Nonmetropolitan | 1.018 | 1.023 |
| PMSA Akron, OH | 1.030 | 1.028 |
| PMSA Ann Arbor, MI | 1.033 | 1.032 |
| PMSA Atlantic-Cape May, NJ | 1.022 | 1.020 |
| PMSA Bergen-Passaic, NJ | 1.029 | [illegible] |
| PMSA Boston, MA-NH | 1.042 | [illegible] |
| PMSA Brazoria, TX | 1.027 | [illegible] |
| PMSA Bridgeport, CT | 1.029 | [illegible] |
| *COUNTY Brown, OH | 1.021 | [illegible] |
| *Chicago, IL | 1.032 | [illegible] |
| *COUNTY Clarke, VA | 1.023 | [illegible] |
| *COUNTY Culpeper, VA | 1.023 | [illegible] |

CMHA

Cuyahoga Metropolitan Housing Authority

1441 West 25th Street • Cleveland, Ohio 44113
Phone: 216/348-5000 • Fax: 216/348-4925

November 17, 2000

Mr. Dennis G. Morton
Director, Cleveland Multifamily Program Center
Cleveland Area Office of HUD
Renaissance Building - Suite 500
1350 Euclid Avenue
Cleveland, OH 44115-1815

Re: Request for Rent Increase Applicable to Project No. OH16-0013-012 Quarrytown Towers; Berea OH- Years 1995 through the Present

Dear Mr. Morton:

This is to supplement our letters of January 11, 1999, February 9, 1999 and April 27, 2000, and to respond to your letters of February 17, 1999 and May 5, 2000. In CMHA's earlier letters the appropriate automatic adjustment contract rent increases for the above Project for years 1995 through 2000 were requested. This submission extends that request to December 31, 2000 and beyond, if this matter is not resolved by that date. It is further requested that the past due increases in contract rents be paid to CMHA in a lump sum together with interest.

Per your letter of May 5, 2000, CMHA is documenting its current request with the following enclosed material:

1. HUD Rent Survey prepared by Richard G. Racek, MAI and Richard G. Racek, Jr. containing HUD Forms 92-273 for each Project for each year from 1995 through June 1, 2000.

2. Letter of Addendum from Richard G. Racek concluding that the adjusted rental rate for one bedroom units in Quarrytown as of May 30, 1977 was $190 per month thereby reflecting a $120 initial difference between that and the $310 initial contract rent in HAP Contract.

3. Owner's Certification.

4. Report of Unit Turnover.

Board of Commissioners
Bracy Lewis, Chairman • Dwayne Browder, Vice-Chairman
Louise Harris C. Townsend II
Terr rector

Mr. Dennis G. Morton
Director, Cleveland Multifamily Program Center
November 17, 2000
Page 2.

Also enclosed is a summation of the past due increases for the Project calculated at the rates prescribed by the regulations. Please note that the enclosed summation for increases include calculations of the comparability limitation and include a 20% materiality component. See, Park Village Apts., vs. The United States, 25 Cl. Ct. 729; 1992 U.S. Cl. Ct. LEXIS 145 and subsequent 1994 and 1998 cases.

Your letter of May 5, 2000, again refers to certain language in HUD Notice 97-14 which purports to restrict the ability of HAP Contract Owners to receive "Automatic Annual Adjustments". As pointed out in CMHA's letter of April 27, 2000, there is no provision in the HAP Contract which permits HUD to impose conditions on the application of the annual automatic adjustment, and most certainly not, in effect, to establish a new statute of limitations overriding the six year statute enacted by Congress.

CMHA has delayed pressing its claims in deference to your demand that it come into compliance with HUD's Automation Rule. The agency has made several transmissions pertaining to Quarrytown which can arguably document that it is in compliance. However, the more substantive position on the part of CMHA is that the claims being presented here are based on a separate contract of which the Automation Rule is not a part. Since the six year statute of limitations is approaching for CMHA's 1995 claims, CMHA is in the position of having to insist that HUD immediately process and either approve or reject its claims within 60 days from the receipt of the claims. If rejected, CMHA will have no other option than to litigate the matter in the United States Court of Federal Claims.

Very truly yours,

Terri Hamilton Brown
Executive Director

THB\alw

c: LaVerne N. Boyd, Esq.
Fred J. Livingstone, Esq.
Lessie M. Jones, Esq.

CALABRESE, RACEK AND MARKOS, INC.
REAL ESTATE SERVICES
1110 EUCLID AVENUE, SUITE 300
CLEVELAND, OHIO 44115-1603

216/696-5442
FAX 216/696-5499
www.crmonline.com

OFFICERS

ANTHONY J. CALABRESE, MAI (1934-1989)
RICHARD G. RACEK, MAI
STEVEN A. CALABRESE, MAI
CLIFFORD D. FEIERABEND, MAI
DAVID S. CALABRESE

ASSOCIATES

ERIC M. CALABRESE
DWIGHT A. KUMLER MAI
DOUGLAS C. LEOHR
MARK E. PAUL SRA MAI
RICHARD G. RACEK JR
DANIEL L. SMITH
DOUGLAS P. SLOAN MAI
BRIAN J. TOBEY

November 9, 2000

RECEIVED
MF ASSET MGMT BR
JAN 03 2001
COLUMBUS HUD OFFICE

Cuyahoga Metropolitan Housing Authority
c/o Kelley, McCann & Livingstone, LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Dear Mr. Livingstone:

As requested, the appraisers have made a personal inspection, study, and analysis of the above captioned property and the area in which it is located. The results of this HUD Rent Survey are delineated in the accompanying summary report. The subject property is a180 unit, apartment building that was constructed in 1979. Due to an average maintenance program the overall property is in generally average to fair condition. The improvements include one, 11 story, masonry, elevator apartment building with various site improvements.

The purpose of this HUD Rent Survey is to estimate the market rent for the subject's one bedroom units in their relative condition as of the effective dates of evaluation. The intended use of this summary report is to assist the Cuyahoga Metropolitan Housing Authority in analyzing the rent schedule of the above captioned property for external reporting purposes. Market rent is defined on page 8 of this report.

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1995, is:

**$385 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1996, is:

**$395 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1997, is:

**$405 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1998, is:

**$430 per month**

CALABRESE, RACEK AND MARKOS, INC.

Cuyahoga Metropolitan Housing Authority
c/o Kelley, McCann & Livingstone, LLP
Cleveland, Ohio 44114-2302 -2- November 9, 2000

Attention: Fred J. Livingstone, Esq.

RE: HUD Rent Survey of -
Quarrytown Apartments
55 West Bagley Road
Berea, Cuyahoga County, Ohio

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 1999, is:

**$440 per month**

Our opinion of the market rent for the one bedroom units within the subject property, **in their "as is" condition**, as of June 1, 2000, is:

**$470 per month**

At the time of the inspection (November 6, 2000) only two units were vacant. A representative sampling of the units and all of the common areas were inspected. The units inspected were generally in average to fair overall condition. Additionally, the exterior of the property has been adequately maintained and hence it is also in average to fair condition.

It is assumed by the appraisers that the subject property is free and clear of all materials or conditions that are considered hazardous by the Environmental Protection Agency. Should any materials or conditions of this nature be found, the estimated market rent will then be subject to review.

The appraisers state that there is no present or contemplated future interest in the real estate that is the subject of this report. Furthermore, it is stated that no other party has influenced the appraisers' final rent conclusions. This rent survey report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and the Standards of Professional Conduct of the Appraisal Institute, and was completed in accordance with Uniform Standards of Professional Appraisal Practices.

In conclusion, the subject property is considered to have desirable apartment units within its market, which should continue to be viable income producing units into the foreseeable future.

Respectfully submitted,

CALABRESE, RACEK & MARKOS, INC.

Richard G. Racek, MAI
President

Richard G. Racek, Jr.
Appraiser

:lc
5522
4694