**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CUYAHOGA METROPOLITAN HOUSING AUTHORITY,** | ) | **CONSOLIDATED CASE NOS. 01-46C, 01-251C AND 01-416C** |
| **Plaintiff,** | ) | **JUDGE ALLEGRA** |
| **v.** | ) | **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION, ETC.** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

Pursuant to Rule 6(b) of the United States Court of Federal Claims, Plaintiff, the Cuyahoga Metropolitan Housing Authority, respectfully requests an enlargement of fourteen (14) days to file its reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion, etc. (Government's Cross Motion) in these cases. If granted, the enlargement would enlarge the time for filing from February 20, 2004 until March 5, 2004. Counsel for the Plaintiff has conferred with Defendant's counsel by telephone regarding this request, and has been authorized to represent that Defendant does not object to the enlargement. The Plaintiff seeks an enlargement because Government's Cross Motion contained a Declaration of Dennis G. Morton relating to a certain January 14, 1986 HUD Memorandum and estimations of operating cost pursuant thereto which necessitated accessing Plaintiff's archived records. It has proven more difficult than originally contemplated to locate and review same. Because counsel believes it probably will take the additional time

to access and review said records, counsel requests an extension of fourteen (14) days within which to file Plaintiff's Reply.

Respectfully submitted,

Dated: February 19, 2004

/s/ Fred J. Livingstone

Fred J. Livingstone (0009528)
flivingstone@taftlaw.com
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 (facsimile)

Attorney for Plaintiff

Of Counsel:

Mark J. Valponi (0009527)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

LaVerne Nichols Boyd (0009279)
CUYAHOGA METROPOLITAN HOUSING AUTHORITY
1441 West 25th Street
Cleveland, Ohio 44113-3101
(216) 348-5000
(216) 348-4925 (facsimile)

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Unopposed Motion for Enlargement of Time to Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion, etc. was filed electronically with the Court on February 19, 2004, with notice of this filing being sent to all parties by operation of the Court's electronic filing system.

/s/ *Fred J. Livingstone*

Fred J. Livingstone