# EXHIBIT
# B

U.S. Department of Housing and Urban Development
Cleveland Office, Region V
1375 Euclid Avenue, Room 420
Cleveland, Ohio 44115-1832

21/1988

Mr. George James
Executive Director
Cuyahoga Metropolitan Housing Authority
1441 West 25th Street
Cleveland, Ohio 44113

Dear Mr. James:

Subject: Quarrytown Towers - 1988 Annual Rent Adjustment
OH 16-0013-012
Berea, Ohio

We have processed an annual rent adjustment for the units covered by the Section 8 contract referenced above. As a result of that adjustment, we are approving and you may implement the rents shown below. You may make the new rents effective on/after 1/31/88.

| Unit Type | Contract Rent |
|---|---|
| 1 BR | $472 |

In processing your annual adjustment, we reviewed rents of comparable unassisted projects to apply the overall comparability limitation required by the Section 8 statute and your HAP Contract. Because our review indicated that application of the full adjustment factor would cause your Section 8 rents to materially exceed the rents of comparable unassisted projects, we are approving rents less than those derived through application of the full annual adjustment factors. Attachment #1 identifies the unassisted projects we used as comparables and shows how we computed the adjusted Section 8 rents.

You may appeal our decision to limit rent adjustments to the above levels but you must do so in writing within one month of the date of this letter. Any appeal must comply with all of the requirements set forth in Attachment #2. Your appeal should be addressed to me.

If requested, we will send you a copy of the Form HUD-92273, Estimate of Market Rents by Comparison. This form lists the unassisted units and rents that we used in our rent comparability review and shows the dollar adjustments we made for differences in project amenities and services. You may request the form in writing or by phone but you should do so early enough to file your appeal within the one-month period.

We will promptly review any appeal to the adjusted contract rents. After we complete our review, we will send you a decision letter.

EXHIBIT B
PAGE 1

RECEIVED
JAN 22 1988
EXECUTIVE OFFICE

MAR 04'04 13:24 NO.001 P.03 ID:2163485183 CMHA COMPTROLLER

If you have any questions, please contact Michael LaRiccia at 522-3831.

Sincerely,

Garreth H. Dowlen
Director
Housing Management Division, 5.2HM

ATTACHMENT #1
VIDEO HANDOUT #6b



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Unit Type | 1 BR | | | | | | |
| 2. Current Section 8 Rent | $410 | | | | | | |
| 3. AAF per: /_/ Local Area Factor /_/ Register dated 9/1/87 | 1.028 | | | | | | |
| 4. AAF Rent (2) x (3), rounded up | $484 | | | | | | |
| 5. Correlated Rent for Comparable Units | $410 | | | | | | |
| 6. Initial Difference | $62 | | | | | | |
| 7. Correlated Rent + Initial Difference | $472 | | | | | | |
| 8. 1.20 x Line 7 | $567 | | | | | | |
| 9. Operating Rent | | | | | | | |
| 10. Initial Section 8 Rent | $310 | | | | | | |
| 11. Rent Approved Per: (Check One) /X/ General Rule (Lower of Line 4 or 7, but never less than line 10.) /_/ Operating Needs Formula (Lowest of Lines 4, 8 or 9.) | $472 | | | | | | |

8. Names and Location of Unassisted Units Used as Comparables

| Project Name | Unit Type | City, State |
|---|---|---|
| 1. Tower in the Park | 1. 1 br | 1. Berea, Ohio |
| 2. Regency Towers | 2. 1 br | 2. Parma, Ohio |
| 3. Executive Towers | 3. 1 br | 3. Parma Ht., Ohio |
| 4. Chestnut Lake | 4. 1 br | 4. Strongsville, Ohio |
| 5. Churchill Towers | 5. 1 br | 5. Parma Hts., Ohio |

EXHIBIT B
PAGE 3