# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: April 7, 2004)

---

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

An oral argument on plaintiff's motion for summary judgement will be held in this case at 10:00 a.m. (EST) on June 18, 2004, at the United State District Court, Courtroom No. 15B, 801 W. Superior Avenue, Cleveland, OH.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge