**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | Nos. 01-46C, 01-251C, 01-416C |
| Plaintiff, | ) | (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEFS**

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of thirty days to file each of the additional briefs contemplated by the Court's order of June 22, 2004. If granted, the enlargement would enlarge the time for filing of the parties' initial briefs from July 22, 2004 to August 23, 2004; and the time for the filing of parties' reply briefs from August 23, 2004 until September 22, 2004. Counsel for the Government has conferred with plaintiff's counsel by telephone regarding this request, and has been authorized to represent that plaintiff does not object to the enlargement.

The Government seeks an enlargement because counsel for the Government is scheduled to begin a four-day trial before Judge Braden in C.H. Guernsey & Co. v. United States, Fed. Cl. No. 99-294, on July 12, 2004. In addition to preparing pretrial stipulations and attending a pretrial conference, counsel intends to spend the next two weeks preparing for trial, including travelling to Louisville, Kentucky from July 5 to July 9, to meet with witnesses.

For these reasons, defendant respectfully requests an enlargement of time for filing of the parties' initial briefs from July 22, 2004 to August 23, 2004; and a corresponding enlargement of time for the parties' reply briefs from August 23, 2004 until September 22, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0527
Facsimile: (202) 514-8624

June 24, 2002

Attorneys for Defendant