# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: May 2, 2005)

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

To facilitate resolution of the pending motions in this matter, on or before May 10, 2005, defendant shall file with the court a memorandum identifying, without discussion, the statute(s) or other authorities that authorized HUD to issue Directive 95-12 and the timing requirements (*e.g.*, the 60-day rule) established therein, as well as similar subsequent notices.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge