**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 01-46C, 01-251C, 01-416C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO COURT'S ORDER OF MAY 2, 2005**

Pursuant to the Court's order of May 2, 2005, defendant, the United States, provides the following list of authorities authorizing the promulgation of Directive 95-12 and other similar subsequent notices:

42 U.S.C. § 3535(d)

42 U.S.C. § 1437f(b),(c)

5 U.S.C. § 553(b)

24 C.F.R. § 10.1

24 C.F.R. § 10.2

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
CAROLE W. WILSON
Associate General Counsel
for Litigation

HOWARD SCHMELTZER
Assistant General Counsel
for Litigation

ALLEN C. VILLAFUERTE
Trial Attorney
Office of General Counsel

CHARLES W. WILLIAMS
Office of the Assistant General
Counsel

Department of Housing and
Urban Development

May 10, 2005