# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: May 13, 2005)

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On or before May 18, 2005, defendant is hereby ordered to file with the court (in paper form) one copy of each of the following briefs from *National Leased Housing Association v. United States*, Case Nos. 6-87C, 204-88C, and 90-6C:

1. Defendant's Motion for Partial Summary Judgment, filed November 10, 1988;

2. Defendant's Response to Plaintiff's Cross-Motion for Summary Judgment, filed June 12, 1989;

3. Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, filed July 31, 1990;

4. Defendant's Supplementary Brief, filed January 10, 1991;

5. Defendant's Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment, filed March 30, 1994; and

6. Defendant's Reply to Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment, filed June 24, 1994.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge