**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | Nos. 01-46C, 01-251C, 01-416C |
| | ) | (Judge Allegra) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 2, 2005, the parties submit this joint status report.

Plaintiff, Cuyahoga Metropolitan Housing Authority, has provided the Government with its calculations of the rent adjustments and the sums due plaintiff for the years in question based upon the rent adjustment limitations and damage formula endorsed by the Court, together with the cost it incurred to perform comparability studies. Plaintiff's calculations are currently being reviewed by the Government and the parties hope to be able to reach agreement as to the formula-based rent adjustments and the cost of comparability studies.

The parties request that they be permitted until August 1, 2005 to attempt to reach agreement with respect to these calculations and/or to enter into a stipulated judgment or settlement agreement. Based upon the parties' discussions during the next several weeks, the United States will determine whether it will be necessary to further pursue its defense based upon mitigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinus & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

Attorney for Plaintiff

Of counsel:
Vark J. Valponi
Majeed G. Makhlouf

Dated: June 24, 2005

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant