# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: June 27, 2005)

---

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 24, 2005, the parties filed a joint status report in which they requested that they be given until August 1, 2005, to reach agreement regarding possible settlement of this case. Accordingly, on or before August 1, 2005, the parties shall file a joint status report indicating how this case should proceed. The status report should, if appropriate, include a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge