IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | CONSOLIDATED CASE NOS. 01-46C, 01-251C AND 01-416C |
| Plaintiff, | ) | JUDGE ALLEGRA |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | JOINT STATUS REPORT |
| Defendant. | ) | |

The parties submit this Joint Status Report in accordance with this Court's June 27, 2005 Order.

Plaintiff has furnished Defendant calculations regarding damages in this case, and Defendant has acknowledged that its calculations are similar. The parties are in the process of assessing potential settlement scenarios. As this Court is aware, however, both Plaintiff and Defendant are governmental entities, and the decision-making process requires some time for assessment by all necessary divisions within the governmental entities.

Additionally, since this Court entered its judgment, Judge Charles F. Lettow entered summary judgment on July 20, 2005, in the case of *Statesman II Apts. v. United States*, U.S. Court of Federal Claims Consolidated Case Nos. 04-805C and 04-806C. The parties are in the process of assessing the effect of Judge Lettow's decision on their potential settlement options in this case.

As such, the parties respectfully request an additional 60 days until October 3, 2005, in which to finalize their options as to how this case should proceed. This request is made in good faith and not for purposes of delay.

Respectfully submitted,

For the Plaintiff,

/s/ *Fred J. Livingstone*
FRED J. LIVINGSTONE
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 (facsimile)

Of Counsel:
Mark J. Valponi
Majeed G. Makhlouf

For the Defendant,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ *Harold D. Lester, Jr.*
HAROLD D. LESTER, JR.
Assistant Director

s/*Andrew P. Averbach*
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Attorney for Plaintiff Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118

Dated: July 31, 2005