IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | Nos. 01-46C, 01-251C, 01-416C |
| | ) | (Judge Allegra) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 1, 2005, the parties submit this joint status report.

The parties have reached agreement as to the amount of damages, in the form of rent increases that plaintiff did not receive for the years in question in this litigation, that plaintiff would be entitled to recover if the Government's mitigation defense fails. However, the parties have not reached an agreement to settle the case in its entirety but are still negotiating. The Board of Plaintiff is to consider the status of negotiations at its October 5th meeting. The parties request that they be given until November 4, 2005 to reach an agreement without any further proceedings. If they fail to reach an agreement, the Government requests until January 4, 2005, to conduct discovery related to its mitigation defense, and until February 6, 2006, to file a motion for summary judgment with respect to this issue.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinus & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

Attorney for Plaintiff

Of counsel:
Vark J. Valponi
Majeed G. Makhlouf

Dated: October 3, 2005

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant