# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: October 6, 2005)

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 3, 2005, the parties filed a joint status report requesting that they be given until November 4, 2005, to reach a settlement agreement. The court hereby orders that, on or before November 4, 2005, the parties shall file a joint status report indicating the results of those settlement discussions. If this matter has not been settled by that date, the court will establish a discovery schedule and will set the case for trial. No further motions for summary judgment will be received from either party. Any further legal issues requiring resolution will be resolved in *ad limine* motions in preparation for trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge