**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, | ) | Nos. 01-46C, 01-251C, 01-416C |
| | ) | (Judge Allegra) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated October 6, 2005, the parties submit this joint status report.

The parties have continued their efforts to negotiate a resolution of this case and, as a result of such negotiations, on October 28, 2005, CMHA provided the Government a written offer containing the material terms of a proposed settlement. The Government is in the process of considering this offer.

The parties are mindful of the Court's instruction that, in the absence of a settlement by November 4, 2005, the Court would establish a discovery schedule and set a trial date. Accordingly, the parties request that they be afforded until January 15, 2005 to complete discovery, and that the date for trial be set at least 30 days after the completion of discovery. The parties intend to continue their settlement discussions during the period that the Court designates for discovery and hope to reach a negotiated resolution of this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinus & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

Attorney for Plaintiff

Of counsel:
Vark J. Valponi
Majeed G. Makhlouf

Dated: November 4, 2005

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118
Attorneys for Defendant