# In the United States Court of Federal Claims

Nos. 01-46C, 01-251C, 01-416C

(Filed: November 7, 2005)

CUYAHOGA METROPOLITAN HOUSING AUTHORITY,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 6, 2005, this court ordered the parties to submit, on or before November 4, 2005, a joint status report indicating the results of their settlement discussions. The court stated that if this matter was not settled by November 4, 2005, it would establish a discovery schedule and set the case for trial. On November 4, 2005, the parties filed a joint status report informing the court that settlement discussions are in progress but that no settlement agreement has been reached.

Accordingly, the parties are ordered to adhere to the following discovery schedule:

1. On or before March 1, 2006, all discovery shall be completed.

2. On or before March 15, 2006, the parties shall submit a joint status report indicating how this case should proceed with, if appropriate, a schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge