# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, Plaintiff, | ) | Nos. 01-46C, 01-251C, 01-416C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated November 7, 2005, the parties report that they have executed a settlement agreement resolving all claims raised in this litigation. Pursuant to the terms of their agreement, the parties will file a stipulation of dismissal with prejudice upon payment of the sum due under the agreement. The parties expect that the stipulation will be filed on or before March 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

Attorneys for Plaintiff

Of counsel:
Mark J. Valponi
Majeed G. Makhlouf

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118

Attorneys for Defendant

Dated: March 15, 2006