**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | ) | Nos. 01-46C, 01-251C, 01-416C<br><br>(Judge Allegra) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective attorneys, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, stipulate to the dismissal of the claims plaintiff has asserted in case nos. 01-46C, 01-251C, and 01-416C with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Fred J. Livingstone
FRED J. LIVINGSTONE
Taft, Stettinius & Hollister LLP
3500 BP Tower
200 Public Square
Cleveland, OH 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

Attorneys for Plaintiff

Of counsel:
Mark J. Valponi
Majeed G. Makhlouf

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0527
Facsimile: (202) 305-2118

Attorneys for Defendant

Dated: March 22, 2006